| | |
|---|---|
| Your Name: | MAI-TRANG THI NGUYEN |
| Address: | No address because I am semi-homeless |
| Phone Number: | Too poor and mental to have a # |
| Fax Number: | |
| E-mail Address: | Fuelycustomerservice@yahoo.com |
| Pro Se Plaintiff | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAI-TRANG THI NGUYEN

Plaintiff,

vs.

The United States

Defendant.

Case Number  *[leave blank]*

CV 23 6047 VKD

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐   No ☒

FILED
NOV 22 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

| | |
|---|---|
| Name: | MAI-TRANG THI NGUYEN |
| Address: | Semi-homeless with no address |
| Telephone: | Too mental & poor to have a # |

furlycustomerservice@yahoo.com is the best way to contact me.

COMPLAINT
PAGE 1 OF 12 *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: The United States (US Department of Justice)
Address: U.S. Attorney Northern District of CA
Telephone: 9th Floor, Federal Building
450 Golden Gate Ave, Box 36055
SF CA 94102-3495

Defendant 2:
Name:
Address:
Telephone:

Defendant 3:
Name:
Address:
Telephone:

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☒ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] The Preamble of the Declaration of Independence, Civil Rights Acts of 1964, Comphrehensive

☒ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

Anti-Apartheid Act of 1986, and 1st Amendment of Constitution.

COMPLAINT
PAGE 2 OF 12 [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]

5. Because this lawsuit arose in Santa Clara_ee or Santa Clara County, it should be assigned to the San Jose Division of this Court.

## STATEMENT OF FACTS

[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

6. On October 7th 2023, I became extremely angry at the Hamas (voted by the Gazan ADULTS or Palestinian adults in GAZA to be their new government) for savagely killed poor ISRAELI baby(ies) in baby crib(s) and possibly burned his/her/their still-alive body(ies)

COMPLAINT
PAGE 3 OF 12 [JDC TEMPLATE – Rev. 05/2017]

and kidnapped Israeli children like captured toddler soldiers. -8-

[Copy this page and insert it where you need additional space.]

after being knifed / shot at, I used BING as search engine to do some RESEARCH. I learned that ISRAEL is an apartheid government and the Palestinians were pushed to the 2 least fertile sections of their land (GAZA & the West Bank) living in open air prisons which prevented them from seeing their grand-parents. Furthermore, I learned that Jesus was born in Palestine; but the new name is ISRAEL. I learned that the Hamas are fighting for the land where their Mohammad died & went to heaven (Palestine). Finally, I learned that the U.S government (the Defendant) has been supporting this apartheid government of ISRAEL by sending them atleast $3 billions of military aid each year and even now after the declaration of the Israel-Hamas war on October 7th, 2023. OH, I learned that Jesus was born in dark-people's land located near the gate of Africa (next to Egypt), in which all this time, I thought Jesus was born in Italy, the Vatican City, or atleast below Turkey where there is more light-skinned people. This might mean ~~Jesus~~ might have dark skin just like I had to learn as a yellow Buddhist that Buddha had darker skin (from India).

2. Eventhough Israel left in 2005, preventing the Gazans from seeing their GRANDPARENTS IS AN apartheid system. Under the apartheid systems in old America & South Africa, the blacks were still able to see their grandparents. The U.N stated 80 of its workers died in GAZA - THE HIGHEST NUMBER IN ONE CONFLICT.

COMPLAINT
PAGE 4 OF 12 [JDC TEMPLATE - 05/17]

# CLAIMS

## First Claim

(Name the law or right violated: <u>The Preamble of the Declaration of Independence</u>)

(Name the defendants who violated it: <u>The United States</u>)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

8. The Preamble of the Declaration of Independence states that "all men are created equal." The Preamble is the goal of the contract of America (the U.S. Constitution). The Defendant (the U.S.A) violated the goal of the Constitution when it has been sending 8 B billions each year to the apartheid state of Israel covering some of military expenses. Israel has been an apartheid state for many decades against the Palestinians. An apartheid system in Israel has been jailing the Palestinians in 2 most undesirable areas of Israel preventing them to see their grandparents. This support of Israel's apartheid government doesn't match with the "all men are created equal" goal of the Constitution. (See paragraph 9.5 on page 6 for continuation)

9. I was harmed to release my anger in protesting against my beloved adopted government (the Defendant) by writing this lawsuit. I was harmed by the Defendants' violation of the Preamble

//

Case 5:23-cv-06047-VKD   Document 1   Filed 11/22/23   Page 6 of 12

-8-

[Copy this page and insert it where you need additional space.]

by jailing myself at home for fear of the Defendants' violation of the "all men are created equal" goal in providing Israel money for the Israel-Hamas War will created more animalistic jihadi's violence on America's ground (in public places like shopping areas, libraries, social events, etc.). Furthermore I was harmed by certifying my decision to relinquish my American citizenship to go back where I came from (Vietnam) for its no longer a safe place for me to live anymore - after I pay off all my debts to my beloved adopted American country & debts to others that I owe money since I became a crippled and a mental 15.56 years ago.

9.5. Eventhough Israel claimed that it left controlling GAZA in 2005, preventing the Gazans from seeing their grandparents, preventing the civilians to flee during first 2 weeks of war, cutting of water supply in Gaza during war, preventing international aid to enter Gaza during 1st 2 weeks of war, preventing children to leave during first 2 weeks of war, bombing a refugee camp knowing civilians are there, and forcing 4 babies in incubators to defend themselves alone with little electricity left are elements of an apartheid government under U.S. military aid of $3 billions per year.

[Margin note:] Even evil Putin & the evil Syrian regime allowed some of this FREEDOM during wars - their

1             __Second__ **Claim**
2  (Name the law or right violated: __(the United States__
3  (Name the defendants who violated it: __Civil Rights Acts of 1964__
4  10. The Civil Rights Acts of 1964 was created
5  to end America's version of apartheid when this
6  federal law BARRED discrimination on the basis of race,
7  color, national origin, sex (including pregnancy), and
8  religion in employment, education, and access to
9  public facilities and public accommodations,
10 such as restaurants and hotels." (Quote from
11 law.cornell.edu) The Defendant violated
12 the Civil Rights Acts of 1964 when it provided
13 $3 a year for military aid to the apartheid
14 government of ISRAEL and currently voted for
15 a $14-billion-dollar package going to the Israel-
16 Hamas war when it created a federal law
17 for itself to eradicate its apartheid system in 1964.
18 Preventing the Gazans from seeing their grandparents violated
19 the U.S. Civil rights goal eventhough Israel claimed it left in 2005
20      11. I was harmed by the Defendants' wrong
21 doing by the mental illness of worrying that a
22 WWIII might erupt so I have to sue
23 by writing this lawsuit to release my pain. Further-
24 more, this put another stamp on why I must
25 relinquish my American citizenship to return where
26 I came from (Vietnam).
27
28

COMPLAINT
PAGE __7__ OF __12__ [JDC TEMPLATE – 05/17]

**Third** Claim

(Name the law or right violated: The United States Comphrehensive Anti-Apartheid Act of 1986

(Name the defendants who violated it:

12. The Comphrehensive Anti-Apartheid Act of 1986 declares " that the U.S. policy towards victims of apartheid is to use economic, political, diplomatic, and other means to remove the apartheid system and to assist the victims of apartheid to overcome the handicaps imposed on them by apartheid" in South Africa. (Quote from congress.gov). The Defendant violated its own law for foreign policy against an apartheid government like South Africa when it has been contributing $3 billions a years to the apartheid government of Israel, and currently voted for a $14 billions meletary package for Israel for the Israel-Hamas war. Preventing the Gazans to see their grandparents is still an apartheid act.

13. I Was harmed of mental illness of fear that the Defendants support for the apartheid government of Israel will created more animalistic Jihadi's violence in America and the possibility of a WWIII. Therefore I had to sue to release my feelings and I have to relinquish my American citizenship to go back to Vietnam to certify my desapproval of the Defendants wrong doing for hyprocrites are never true leaders.

_____Fourth_____ **Claim**

(Name the law or right violated: The United States)
(Name the defendants who violated it: First Amendment of the Constitution

14. "The First Amendment of the Constitution shall make no law respecting an establishment of religion." (Quote from constitutioncenter.org) This law basically separates church and state. The Defendant violated this law when it offers $3 billion a year in military aid to an apartheid government of Israel living on stolen HOLY land where Jesus was born and where the Hamas terrorists stated that their Muhammad died & went to heaven. (Palestine and now the new name is Israel). This is not any cheap land that was stolen & occupied — This is RELIGIOUS land between 2 different religions with their own Gods representatives with followers of different races (white and dark - dark people who ARE capabable to fight with some big bombs in jihadi style).

15. I suffered from Defendants wrong doing by having to stamp my last approval to relinquish my American citizenship & return to Vietnam for I don't want to fight for Jesus & Muhammad. I don't want to fight for the Israelis whose ancestors were blamed for nailing Jesus. I don't even want to fight for Buddha or even Maria. I do want to fight for the planet

[left margin: prevent the Gazans @apartheid restriction to see their grandparents under stolen holy land. is still an]

COMPLAINT
PAGE 9 OF 12 *[JDC TEMPLATE – 05/17]*

[Copy this page and insert it where you need additional space.]

*[Left margin annotation: and kidnapping children as pawns. The female Buddha]*

*[Right margin annotation: ON NPR RADIO OF BAY AREA, CA — the segment was on BBC radio @ 11am on BBC radio & the segment was Muhammad & (The doctor's name was Muhammad)]*

2. for I feel so much more pain when humans set
3. off bombs and rockets fighting for people that they
4. have never met and whom were born gazillion
5. years ago (Jesus, Mohammad, Maria, Buddha, etc.)
6. I suffered having to sue to release my
7. disapproval of the Defendants violation of
8. its First Amendment. Furthermore, I don't want
9. to fight for the Hamas terrorists for shooting
10. or knifing babies in their cribs and
11. burning possibly-still-alive baby bodies in the
12. robbles with adult dead bodies; Lastly, I
13. don't want to fight for the Israeli government
14. terrorists for allowing 4-5 Gazan
15. (Palestinians living in Gaza) babies in
16. incubators on November 10, 2023 to defend
17. for themselves as soldiers in incubatoes with
18. little or no electricity left when IOF forced the
19. doctors to leave the hospital immediately.
20. Religions war between different races
21. with their own God's representatives on the
22. most prized land on earth (the Holy land
23. where Jesus was born & where Mohammad
24. died and went to heaven) will lead to a
25. WWIII with many atomic bombs for I,
26. Trans, believe this is a war between the West
27. & the East to defend God's RE-INCARNATION
28. theory of life for the Christians & Jesus
    lack that section of God's teaching.

COMPLAINT
PAGE 10 OF 12 [JDC TEMPLATE – 05/17]

*[Copy this page and insert it where you need additional space.]*

16. I want to fight for Einstein's people to have a safe ISRAEL to live in (Einstein is our Jew for he invented the atom bomb for us humans to use in case a BIG asteroid hits earth). I want to fight for the Palestinians in Gaza to build their own version of the Vatican City for their Muhammad's religion as a place of peace, happiness, health with education & money for Muslims to visit & pray. I want to help the Palestinians in the West Bank to turn their land into their own state as a vacation spot for Muslims & non-Muslims to relax & rest while enjoying the mysterious beauty of the Muslim's culture. I want to help Einstein's people in Israel to have a wonderful & peaceful Jesus vacation spot where the Christians can visit and invest tons of money in Jesus tourism. (The wann-be business person in me is always thinking of ways to make money out of such deplorable situations)

17. Supposedly Rich people can "zelle" me money via furyscustomerservice@yahoo.com as the female Buddha. I'll "zelle" off the money to the above places for I am on American disability checks so NO fear I will use "YOUR" "zelle" money.

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

18. I ask for $5 trillions if a WWIII erupts; however since America is in debt of $31 trillions, I'll take a letter of apology, or $25,000 for turning in this lawsuit.

(and stop funding $$$$ to the apartheid Israel government or the world will sue the Defendant for more than an apology letter!!)

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.] Get sued or a WWWIII. I choose suing for better karma.)

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 11/14/2023   Sign Name: Mai-Trang Thi Nguyen
                   Print Name: MAI-TRANG THI NGUYEN

a disabled person sucking American disability checks with mental illness, back, knee, and neck pain with ARTHRITIS HANDS,

As a credential teacher (history) with 1 month of work experience in America, an ex-Infoseek worker, and a refugee from Vietnam, this is my contribution to America & humanity (prevent a WWWIII).

COMPLAINT
PAGE 12 OF 12 (JDC TEM.