MAI-TRANG THI NGUYEN
1669 Hollenbeck Ave (OLD ADDRESS)
Sunnyvale, CA 94080

Retail
U.S. POSTAGE PAID
FCM LG ENV
SANTA CLARA, CA 95050
NOV 13, 2023
RDC 99     95113     $8.10
R2304M116002-11

RECEIVED
NOV 17 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
U.S. District Court
280 South 1st Street, # 2112
San Jose, CA 95113

CERTIFIED MAIL
7022 3330 0001 6472 2381

U.S. MARSHALS SERVICE
NOV 17 2023