Clear Form

1

2

3

4   **FILED**

5   NOV 22 2023

6   CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

7

8   **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**

9

10  MAI-TRANG THI NGUYEN            )   **CV 23 6047**
11                      Plaintiff,  )   CASE NO. _____
12          vs.                     )   **APPLICATION TO PROCEED**
13  The United States               )   **IN FORMA PAUPERIS**
                                    )   **(Non-prisoner cases only)**    **VKD**
14                      Defendant.  )
15

16      I, _Mai-Trang Thi Nguyen_, declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct.  I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security.  I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22  1.      Are you presently employed?                    Yes _✓_ No ____

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: _12,000_____ Net: _11,000_____

26  Employer: _IHSS_____

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7       a.     Business, Profession or     Yes ____ No _X_

8               self employment?

9       b.     Income from stocks, bonds,     Yes ____ No _X_

10               or royalties?

11       c.     Rent payments?     Yes ____ No _X_

12       d.     Pensions, annuities, or     Yes ____ No _X_

13               life insurance payments?

14       e.     Federal or State welfare payments,     Yes _X_ No ____

15               Social Security or other govern-

16               ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _Disability checks of $2,034/month_____

20  _____

21  3.     Are you married?     Yes ____ No _X_

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.     a.     List amount you contribute to your spouse's support:$ _____

27       b.     List the persons other than your spouse who are dependent upon you for support

28               and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.      Do you own or are you buying a home?          Yes ____ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.      Do you own an automobile?                     Yes _X_ No ____

7   Make _Nissan Leaf_ Year _2017_ Model _Leaf_

8   Is it financed? Yes ____ No _X_ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.      Do you have a bank account?  Yes _X_ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _Wellsfargo_                    _Bank of America_    _Capitol One_

13  Present balance(s): $ _$1000_              _$1000_        _$200_

14  Do you own any cash?  Yes _X_ No ____ Amount: $ _100_

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                                       Yes ____ No _X_

17  _motels_ _____

18  $1,000/month  8. _motels_ What are your monthly expenses?   in car & peoples room

19  Rent: $ _Semi-homeless living_ Utilities: _5_

20  Food: $ _200_                    Clothing: _100 for work clothes_

21  Charge Accounts:

22  | Name of Account | Monthly Payment | Total Owed on This Account |
    |---|---|---|
    | _Bank of America_ | $ _$400 100_ | $ _$1000_ |
    | _____ | $ _____ | $ _____ |
    | _____ | $ _____ | $ _____ |

26  9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)  LOTS

28  _Yes, $50,000 to people whom we had to_
    _borrow to avoid being a homeless disabled &_
    _a mental during 1st #3- two years._

1 _____

2 10.    Does the complaint which you are seeking to file raise claims that have been presented in

3 other lawsuits?    Yes \_\_\_  No ⨯

4 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5 which they were filed.

6 _____

7 _____

8 I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9 false statement herein may result in the dismissal of my claims.

10

11 \_\_11\|11\|2023_____          _____

12        DATE                                    SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -