**Snooki Puli**

**From:** Y@hoo-Mail Manager <furlycustomerservice@yahoo.com>
**Sent:** Tuesday, November 21, 2023 2:17 PM
**To:** Snooki Puli
**Subject:** Re: Civil Complaint Received 11/17/2023

**CAUTION - EXTERNAL:**



CV 23 6047

Hi:
My address is 1669 Hollenbeck Ave., Sunnyvale ca 95050. Please reply back to confirm that you have received my address.
Thank you,
Trang

Sent from Yahoo Mail on Android

On Fri, Nov 17, 2023 at 1:38 PM, Snooki Puli
<Snooki_Puli@cand.uscourts.gov> wrote:

Dear Mr. Nguyen ~

We received your complaint via USPS today. We need to have your address before we open a civil case for you. Please send us an address in which we can mail documents to you.

Thank you,



**Snooki Puli**
Manager - San Jose Division
United States District Court
Northern District of California
https://cand.uscourts.gov
snooki_puli@cand.uscourts.gov
Office: 408 535-5583

1

Dear Clerk;

No need to send me back a stamped copy for I currently don't have an address as a semi-homeless but I will check on the website to see all postings on this case
Thank you.
TRANCE