Mai Tray Thi Nguy

1669 Hollenbeck

Sunnyvale, CA 94086

SAN JOSE CA 950

1 DEC 2023   PM 3   L



FOREVER USA

**RECEIVED**

DEC 04 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
Federal Court House
200 1st street, #2112
San Jose, CA 95113

95113-300837

