**FILED**

**DEC 13 2023**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Your Name: MAI-TRANG THI NGUYEN

2  Address: No address because I am semi-

3  Phone Number: Too poor and mental to have a #

4  Fax Number:

5  E-mail Address: Fuelycustomerservice @ yahoo.com

6  Pro Se Plaintiff

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

5:23-cv-06047-VKD

MAI-TRANG THI NGUYEN

Case Number   *[leave blank]*

**AMENDED COMPLAINT**

Plaintiff,

vs.

The United States

**DEMAND FOR JURY TRIAL**

Yes ☐   No ☒

Defendant.

## PARTIES

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: MAI-TRANG THI NGUYEN

Address: Semi-homeless with no address

Telephone: Too mental & poor to have a #

fuelycustomerservice@yahoo.com is the best way to contact me.

COMPLAINT
PAGE 1 OF 25. *[JDC TEMPLATE – Rev. 05/2017]*

2.  **Defendants.** [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: _The United States (US Department of Justice)_

Address: _U.S. Attorney Northern District of CA_

Telephone: _9th Floor Federal Building_

_450 Golden Gate Ave, Box 36055_

Defendant 2: _SF CA 94102 - 3495_

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3.  My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _The First Amendment of the Consti-_

_tution and the Leahy Law._

[X] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

defendants <u>and</u> the amount of damages is more than $75,000.

**COMPLAINT**

PAGE 2 OF 25 [*JDC TEMPLATE – Rev. 05/2017*]

1

# VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in ___Scent Clara__ or Senta Clara___ County, it should be assigned to the ___San Jose___ Division of this Court.

terrorist- militant government

# STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6. On October 7TH, 2023, I became extremely angry at the Hamas (voted by the Gazan ADULTS or Palestinian adults in GAZA to be their new government) for savagely killed poor ISRAELI baby (Yes) in baby cribs) and possibly burned still-alive body(ies)

his/her/their

COMPLAINT
PAGE _3_ OF _25_ *[JDC TEMPLATE – Rev. 05/2017]*

and kidnapped Israeli children like captured toddler soldiers. -8-

*[Copy this page and insert it where you need additional space.]*

after being knifed / shot at. I used BING as search engine to do some RESEARCH. I learned that ISRAEL is an apartheid government and the Palestinians WERE pushed to the 2 least fertile sections of their land (GAZA & the West Bank) living in open air PRISONS which prevented them from seeing their grand-parents. Furthermore, I learned that Jesus was born in Palestine, but the new name is ISRAEL. I learned that the Hamas are fighting for the land where their Mohammad died & went to heaven (— Palestine). Finally, I learned that the U.S government (the Defendant) has been supporting this apartheid government of ISRAEL by sending them at least $3 billions of military aid each year and even now after the declaration of the Israel - Hamas war on October 7th, 2023. Oh, I learned that Jesus was born in dark-people's land located near the gate of Africa (next to Egypt), in which all this time, I thought Jesus was born in Italy, the Vatican City, or at least below Turkey where there is more lighter-skinned people. This might mean Jesus might have dark skin just like I had to learn as a yellow Buddhist that Buddha had darker SKIN (from India). Palestinians are the Indigenous people of Israel.

2. Eventhough Israel left in 2005, DEMOCRACY —TERRORIST IDF of ISRAEL still PREVENTS GAZANS FROM seeing their GRAND-PARENTS & KIDNAPS UNDER-AGED TEEN-FIGHTERS WHO THROW ROCKS. ... the U.N. stated 110 of its workers died in GAZA— THE HIGHEST NUMBER IN ONE CONFLICT.

COMPLAINT PAGE 4 OF 25 *[JDC TEMPLATE – 05/17]*

## CLAIMS

### First Claim

1
2
3  (Name the law or right violated: The Constitution under First Amesdment

4  (Name the defendants who violated it: The U.S. _____ )

5  [Explain briefly here what the law is, what each defendant did to violate it, and how you were

6  harmed.  You do not need to make legal arguments. You can refer back to your statement of facts.]

7  The First Amendment of the Constitution

8  states that "Congress shall make no law

9  respecting an establishment of religion."

10  The Defendant violated the Constitution

11  under the First Amendment by providing Israel

12  an annual $3-billion military package and

13  in the process of approving an emergency

14  military package to support Israel in the

15  Israel-Hamas war eventhough Israel

16  has the following religious attachments:

17  ① Israel is a state of Judaism religion.

18  Israelis used zionism ideology to steal land

19  from the indigenous people (Palestinians)

20  and killed nearly 1 million Palestinians and

21  drove millions abroad by saying "God gave us

22  the right to live on this land." I used to

23  have so much compassion & admiration for

24  the Jew's ___ after learning evil Hitler & evil

25  Nazi's killed 8 millions of their people;

26  however, after learning that the same Jewish

27  people who survived Hitler's & Nazi's CONCENTRATION

28  flew to Palestine stole 85% of the

*(left margin, vertical)* I lost 50% of my compassion for the Jews

TITLE OF DOCUMENT: Complaint   CASE NO.: _____

PAGE NO. 5 OF 25   [JDC TEMPLATE]

by saying God gave us this land & this land belongs to whities

1  Palestinian land & renamed the land into ElSrael
2  and killed 1 million Palestinians. This blatant
3  UNKINDNESS of the Jewish people who survived
4  Hitler's and Nazi's regime gave the Nazi's
5  great happiness that the Jewish people
6  aren't all innocent as the world was told they Are.
7      ② The land ElSrael stole (Palestine)
8  is the land where Jesus Christ was born,
9  and the land where the Hamas-terrorist-militant
10  government said their Muhammad died
11  and went to heaven. Thus this is
12      the most religious land of all
13  for it has ties to 2 great representatives
14  of God (Jesus Christ & Muhammad) and 2
15  different religions ( Christianity & ElSlam ).
16      ③ Here is where El don't have proof.
17  El was informed that the ancestors of
18  the Jewish people were the ones to blame
19  for nailing Jesus Christ on the cross.
20  El this is true, then El made an assumption
21  that perhaps karma via God sent Hitler
22  & the Nazis to murder 8 millions Jewish
23  people as collective punishment. El number
24  3 is NOT true, then El would like to
25  throw it out. Howevever, imagine the sins AGAINST
                                                 JESUS for
26      ④ ElSrael had been using its apartheid
27  system and current controlling the -movement-
28  of-the-Palestinians system to the mingling

*nailing him & now stealing the land where he was born!*

TITLE OF DOCUMENT: _Complaint_    CASE NO.: _____
PAGE NO. _6_ OF _25_  [JDC TEMPLATE]    *PREVENT

of 2 religions in its newly-formed state called ElSRAEL for ElsraEl should only be known as a Jewish state. They pushed the Palestinians into the Palestinian ghettos living their Jewish State of ElsraEl.

(4) This IsraEl - Hamas war is approaching the birthday of Jesus Christ and Jesus Christ was born on the very land in which the ElsraEl and Hamas are fighting right Now. Don't you Jesus people see the pain of your poor Jesus Christ having to learn that so many children of indigenous people of the land he was born are dying? We celebrate the birthday of Jesus Christ on December 25th by forcing a permanent cease fire in Gaza so your Jesus Christ CAN BE proud of you. IT DEEPLY PAINS YOUR CHRIST TO watch ElsraEl fire bullets, shoot rockets, and throw American obese BOMBS KILLING 5,000 - 7,000 indigenous children in Gaza who never voted for this Hamas militant terrorists as their governments. The Gazan population of 40% is children under 18 years of age. The chances of bombs & rockets of killing Gazan Children are very high when 40% of Gazan population are children. This is collective punishment when you know 40% of the population is children who didn't vote

*Left margin (rotated):* How would you like your children to die in WWIII when they didn't vote for the government?

*Right margin (rotated):* Imagine singing "Happy Birthday" to Jesus while knowing so many children where Jesus was born are dying.

*Bottom right:* for the MILITAN-TERRORIST-Hamas governmen

1. (5) The terrorist-militant *Hamas* government of
2. Gaza elected by the Gazan adults
3. after Israel's army left Gaza in 2005
4. said that they are fighting this war
5. & started the October animalistic massacre
6. because they are fighting for the
7. stolen land where their ᐯ Muhammad
8. died & went to heaven. Thus, this is
9. a religious war in their terrorist-militant heart
10. & should be a religious war in the eyes of
11. America. I want to remind America that
12. its founding fathers WERE once deem as
13. terrorists in the eyes of England & the King.
14. Terrorists can change and rise up to
15. be leaders to build a more equal
16. society for "all men are created equal"
17. as the words of America's Declaration of
18. Independence & also the words
19. borrowed from a Jewish religious text
20. (Jewish contribution to America). Here I
21. would like to inform Israel & religious
22. Jewish people who WANT to wipe out
23. Gaza. Your religious text states that
24. "all men are created equal," so why can't
25. you give Gazans equal RIGHTS to see
26. their grandparents? Is it equality
27. when you Israelis can see your
28. grand-parents while the Gazans &

TITLE OF DOCUMENT:_____   CASE NO.:_____

PAGE NO. __8__ OF __25__   [JDC TEMPLATE]

the Palestinians cry when they can't see theirs? Are you following your religious teaching of "all men are created equal?" I think not. Perhaps the Gazans and Palestinians exploded in animalistic pain for revenge because you Israelis treat them like animals who don't need to see their grand parents while you are hugging yours on the other side of the fences. Sometimes when humans don't get candies from their grand-parents they can turn into animals to fight back especially if their people go to college, have friends in surrounding countries, have the self-esteem that they too have their Gods representative (Muhammad) to support their fight for equality & land. However I don't think Muhammad would approve killing Israeli babies & possibly burned their injured bodies alive. That's very cruel — animal-like human's hearts. So perhaps that is why Allah is using Israel to kill so many Gazan children by bombing Gaza using American bombs to teach Gazans & Palestinians to not be so cruel to your enemies' children anymore for they will respond by killing so many of yours. So let the poor children go in war, especially children in cribs & incubators. FAIR?

TITLE OF DOCUMENT: ___Complaint___    CASE NO.: _____

PAGE NO. __9__ OF __25__  [JDC TEMPLATE]

my Karmic warning.

1. NOTE: I would like to inject my warring to Israel with
2. Now that I have high-lighted that Palestine
3. is the place where Jesus was born (new name is
4. Israel) and its a prize land. DON'T BE STOCK that
5. the colonizing Christians who carry Jesus' words come knocking
6. on your Israel's door and demand half of your land
7. and turn it into Christianity land (Christ land). This
8. is KARMA for your stealing the land from Palestinians
9. & doing your version of genocide on the Gaza
10. population living into tiny strip of land with your
11. animalistic bombing. It might be your fate to lose
12. half of your Israeli's land to the Christians
13. via the Christians in America, England and France
14. who invest so much money & military support to
15. plant your people in palestine. Nothing is free, my
16. Israel. Don't be innocent to think the Christians
17. helped you to take land from Palestinians since
18. 1940's is a debt-free gesture. If the CHRISTIANS
19. want peace in Christ's birth land, they wont wage
20. war; however, they'll simply ask half of your
21. population to move away from the town where
22. Jesus was born. Don't worry I was also a
23. victim of karma, so I know Karma very well.
24. I could be wrong, Israel, but don't be shock.
25.
26. as the female Buddha for being crippled with
27. mental illness; semi-homeless; broke; loss of condo;
28. no job & lost 15 years of health; to have biological children

TITLE OF DOCUMENT: Complaint   CASE NO.: because of her abortion
PAGE NO. 10 OF 25   [JDC TEMPLATE] sin at 3-4 month pregnancy.

WHO SEXUALLY ASSAULTED ME IN MINOR FORM & BULLIED ME... 3 GAY BOSSES @ Starbucks in a gay San Francisco in 2008. 1 Tex, 1 Muslim & LatinX with NATIVE AMERICAN

thanks to the 3, 1 GAY BOSSES in gay San Francisco in 2008.

NOTE 2: Dont be in a hurry to kill each other's off, God has placed A.I. to do that for us.

NOTE 3: I want to inject another thing catering to those white people Christians Americans, MAGA, etc. who say they have nothing in common with the Palestinians, Gazans, Muslims etc. WELL, let moi or tui enlighten you that your precious Jesus Christ was born in Palestine (land of indigenous people called Palestinians & Gazans). You have so much in common with the Palestinians & Gazans if you worship Jesus as your savior, God, etc. The Palestinians & Gazans (Palestinians live in Gaza) are mostly people who worship Islam & they are Muslims. Muslims are related to Arabs in the way they look & they too follow the Muslim religion. Your whiteness (no matter how much you reject Jesus) is always attached to Jesus. If Jesus was born in Muslim land, then you must give 1 second of your daily time to try to understand & hate less towards these people for your Jesus was born on their land. Rejecting them out of your lives eternally is reject a part of Jesus eternally. I ask for 1 second of your daily life to be open-minded or else your Jesus will be Very Sad.

NOTE 3: Note to Hamas, Gazans, the West Bank Palestinians, Palestinians abroad, & Muslims please find it in your Muhammad hearts to give Israel & Christians whatever land they have stolen for it was the land where their Jesus was born & Jesus was the only Gods representative to die. I'll reward your kindness.

New name is ISRAEL.

→ New name is City of

→ by turning GAZA into the Vatican City of Muhammad's religion & West Bank into a glorious tourist spot

TITLE OF DOCUMENT: Complaint

CASE NO.: 22-(EC 74

PAGE NO. 11 OF 25 [JUC TEMPLATE]

1          Second          **Claim**

2  *(Name the law or right violated:* The Leahy Law                )

3  *(Name the defendants who violated it:* The United States       )

4          The Leahy Law states that "no assistance

5  shall be furnished under this Act or the Arms

6  Export Control Act to any unit of the security

7  forces of a foreign country if the Secretary of State

8  has credible information that such unit has committed

9  a gross violation of human rights".

10

11

12          The Defendant violated the Leahy Law when it

13  has been sending $3 billion a year in military aid

14  to Israel and in the process of passing an emergency

15  military aid bill to support Israel in the Israel-

16  Hamas war even though the Secretary of State is

17  aware of the following human rights violations:

18      ① Israel's cutting off electricity in Gaza

19  during first 3 weeks of the war in which the

20  Secretary of State is aware of the danger of extremely

21  sick patients in hospitals dying from lack of electricity.

22  As the result 5 premature babies died possibly

23  from no electricity running their incubators. On

24  November 10th 2023 Dr. Muhammad (I believe he

25  is the head doctor of the main hospital in north Gaza)

26  screamed out on an N.P.R radio segment of B.B.C.

27  radio @ 11 pm in Bay Area, CA time that the

28

**COMPLAINT**
PAGE 12 OF 25 *[JDC TEMPLATE – 05/17]*

children in incubators would die and die alone with FORCED ADULTS NO

because IDF democracy terrorists doctors & others to democracy

evacuate the hospital immediately for IDF to TERRORIST

continue their military campaign inside the

hospital. democracy terrorists

② IDF limits humanitarian-aid trucks into

Gaza which led to the death of a little girl who

died of intense pain after/during the amputation

of her leg "without anesthesia." I heard of this

news on 12/7/2023 on Democracy Now

show on KPFA radio at 7 a.m. This little

girl's father is Basath (spelling?) and he

WROTE A poem called Things You Might Find Hidden

In My Ears.     ALLOWED

③ IDF Democracy terrorists     its white settlers killing

indigenous people (Palestinians) in the West Bank

(Palestinian's left-over territory next to Gaza) PRESI-

DENT Biden approved sanctions on these white

settlers who are caught killing Palestinians during

the Israel-Hamas war while "only" URGING

Israel to do more to prevent unjust killing

of Palestinians by the white settlers. I am sure

by now, the Secretary of State is aware of this.

NOTE: I would like to remind American citizens, President

Biden, Secretary of State and (in case) Trump (takes

over 2024) that the Indian Organization Act

of 1934 taught this country & its people that

it was inhumane for white settlers to steal

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. 13 OF 25   [JDC TEMPLATE]

land from the indigenous people ( the Indians) of America & killing the indigenous people. This law was the first law in America to pay back some mistakes that America made with its white settlers ( gave back some surplus land, prevented white settlers from stealing more land during the DAW ACT in 1887, provided financial assistance to rebuild living in less fertile land where U.S. TRAIN tracks RAN through, provided autonomy for the Indians, etc).

    ④ Israel's support of an apartheid system that still controls the movement of its indigenous population (Palestinians) from visiting their grand-parents (imagine not being able to see your grand-NOTE: I want to remind the American people, President BIDEN, Secretary of State, and Trump (in case he returns) that the Comprehensive Anti-Apartheid Act of 1986 FORCED us as a country, as civilized humans, as a democracy, as the West (England, listen here, too, for you & France support Israel's apartheid) to say NO MORE to apartheid because it's inHumane because we are civilised

    ⑤ IDF DEMOCRACY TERRORISTS KIDNAPPED UNDER-AGE MALE FIGHTERS for throwing rocks IN administrative detention without formal charges and evidences. IIn America, some teenagers are charged as adults with crimes so heinous being committed. However, throwing rocks is not a heinous crime unless, so

*(right margin, rotated text:)* parents because of the (law) ... people (democracy) ... with

TITLE OF DOCUMENT: Complaint   CASE NO.: _____

PAGE NO. 14 OF 25   [JDC TEMPLATE]

*terrorist-militant government*

Democracy terrorists

many rocks that disfigure a human's body. The Palestinians consider this jailing system of people being jailed in administrative detention as a kidnapping system or kind of similar to hostage system because when IDF takes you in, with no evidence, no charges, keep you for 6 months, & throw you in ADULT JAIL even though you ARE under-age. When → ISRAEL Hamas were exchanging hostages & prisoners, the IDF Democracy terrorists kidnapped 100 administRATIVE PRISONERS. This would mean that the Palestinians saw their people being released from prisons while the IDF democRAcy terrorists kidnapped the same # of people with almost no formal charges under administrative detention in the West Bank. Same number went out while same number went in. It WASN't fair switching system when ISRAEL controls all Palestinians' lives still in this fading apartheid government don't you think? And I am sure I don't have to remind you what under-age humans have to endurE in adult prison: sodomy & other raping styles. Furthermore this could fall into the disappearing act of the gross violation of human rights if IDF democRAcy terrorists won't allow you to contact your family. We in AmeRICAN democRAcy don't do this. This was why I came up with new terminology: DemocRACY terrorism.

HOW RETARDED... Democracy has to steal land & kill people to spread equality & Then call themselves civilized people

TITLE OF DOCUMENT: Complaint   CASE NO.:
PAGE NO. 15 OF 25   [JDC TEMPLATE]

(6) I am sure I don't have to remind America, especially the Democrats, President Biden, and Secretary of State of our country's infamous Civil Rights Acts which ended our version of apartheid in 1964. Even though we didn't share the black Americans to their reservation areas (SORRY, Indian territory only.) a social and economic system that prevented blacks and other minorities from entering white spaces). However, we still allowed the blacks to visit their grandparents & the Indians were free to run out of their reservations to meet their grandparents. Imagine a government system that prevents you from seeing your grandparents — the only people to give you a few bucks when all you need to give them is a hug. One of the nicest humans in humanity ARE grandparents. Unfortunately for nearly 75th years since Palestine was occupied Israel, a lot of Palestinians couldn't move freely to meet their relatives & even hug their grandparents to get a few dollars for candies. This is the civil right of moving around to meet families. Unfortunately, I couldn't find the name of a civil right to visit grandparents in this Civil Rights Acts of 1964 because the old racist white American government

TITLE OF DOCUMENT: Complaint     CASE NO.:

PAGE NO. 16 OF 25   [JDC TEMPLATE]

we IMPOSED ghettos

was kind enough to let the blacks to ~~& Indians~~
travel freely to meet relatives whereas ~~& colored people~~
the Israeli's racist white-zionist-Jewish
government said no to seeing your
grandparents. The Gazans ARE stuck within
the confine of Gaza surrounded by
military-style fences and the sea of Gaza is
controlled by ISRAEL.   democrACY terrorists

In conclusion, it is a gross violation
of human rights for the IDF or Israel
to prevent the Gazans from seeing their
parents in other areas of Israel &
even West Bank. Humans especially babies
& children need familial contacts. If you
rob their rights of seeing their grand-parents,
the hate, pain, & jealousy will drive
them into doing animalistic revenge like
the ones in the October attack.
Note: I have always admire the Jews (the other
white people) in America that have Jewish
traditions of hanging out with their grand-parents
(something even the Irish people ditch after
living in America for too long). I don't know
about the Jewish in Israel, but I know
their government's policy ... prevents the
Gazans (Palestinians in Gaza) from seeing
their grandparents (PErhaps the Israeli's
society & religion don't value grand-parents).

TITLE OF DOCUMENT: Complaint   CASE NO.: _____

PAGE NO. 17 OF 25   [JDC TEMPLATE]

1  ⑦ It's genocide 101 in a war where water is
2  deliberately CUT off from the civilians because you
3  can't use drinking water & washing water & cooking
4  water to build bullets, bombs and rockets. It's genocide
5  101 in a war where 2 millions civilians in tiny
6  piece of land have no surrounding countries to escape to
7  while bombs are dropping in places, rockets are shooting,
8  and bullets are firing. It's genocide 101 when 40%
9  of the death of the war are children under 18 because
10  children don't have the strength to fight adults.
11  Thus this is genocidal war crime committed by the
12  IDF terrorists, Usrael, & countries like America
13  to send obese bombs as they blow up GAZA while
14  saying this all Hamas rats' fault for running
15  around & under the Gazans when it always
16  takes two to tangle (obese bombs from America,
17  IDF terrorists' bombs, and USRAEL's support
18  to flatten Gaza while trying kill a few clever
19  rats hiding under & around the 2 millions
20  Gazans population).
21  In conclusion, you show me a war where
22  civilians have no drinking water. You show me a
23  war where civilians have no countries to escape
24  to & sneak out of. You show me a war where 40%
25  of the civilian population is under-age children
26  fighting with adults to survive. Then it will change
27  my mind that this Usrael-Hamas war has become
28  a genocidal war as collective punishment against the

*(left margin, vertical): ← democracy*

*(right margin, vertical): in U.N. vote in December, 2023.  a cease fire is vetoed against America's with America the*

TITLE OF DOCUMENT: ___Complaint___    CASE NO.: ___GAZANS, A___

PAGE NO. _18_ OF _25_   [JDC TEMPLATE]

- 8 -

1  NOTE: This morning (12/8) @ 8 a.m. on KPFA,
2  a Palestinian professor at Berkeley was reading
3  his paper saying the song "sea to river"
4  is not a racist song when the Israeli's, Jews,
5  & Americans said it is. I am trying to understand
6  how an intelligent Palestinian professor can
7  argue that this "sea to river" song is not
8  anti-Semite because it does sound like it
9  wants to exterminate the Jews out of Israel.
10  Well, here it is. I came to a conclusion
11  that the "sea to river" song is partially
12  not racist at all or anti-Semite at all,
13  if we think WATER IS THE ONE THING
14  HUMANS NEED TO SURVIVE NEXT TO
15  AIR. If the Gazans sing this song, it is
16  because Gaza has no access to river water.
17  GAZA dependent water $100\%$ on its enemy's
18  (ISRAEL). If Gazan sings this "sea to
19  river" song, it is because they can't drink
20  "sea water" so they need access to river water
21  or they'll die. This war deprived them of
22  water in first 3 weeks by its enemy (Israel)
23  who stole their ancestor's land. If we
24  want eternal peace between Gazans & Israeli's,
25  we must grant GAZAN OWNERSHIP OF A long
26  thin strip of land where they can connect
27  their Gaza to river water. Humans share
28  (what they can), animals don't. As for the West Bank, I

*Kindness* 

DON'T know if there is access to river for
drinking water.

this reminds me how the Nazis started
the Jews & made them worked.

*[left margin, vertical:]* This Palestinian lady said the Gazans are slowly dying of starvation

*[right margin, vertical:]* democracy

B. I just heard on BBC radio at 11:07 pm or in Bay Area
Time in CA that a Palestinian woman names Widan
Iraki (Spelling?) escaped Gaza using Egypt's
door to return to her half-British children
in school. She said she witnessed an IDF terrorist
shot a 1-year-old Gazan baby who was crying too
much. After that, the IDF terrorist told the mother
to move on as she was forced to move to another
area to avoid the bombing while IDF terrorists
surround the walking Gazan mass with arms
and forced the mass of people to walk with their arms up

or they will get shot. If any Gazan turns around
while walking they will get shot. BBC radio said
no one in Israel would comment. The Palestinian woman
who left her weak father who has problem of breathing
the bombing air behind alone She was crying in
the conversation & when I heard she mentioned the
baby was shot by IDF terrorists. She sounded like
she was crying. She was crying when said she met
up with her half-British children at school
for the first time.

*[right margin, vertical:]* New York journalist was being interviewed

I learned from Forum talk show on NPR RADIO at 9:45 pm 12/7
with a lady name Kim as the host that 50 journalists
"have been killed by bombing & shooting. A Reuter's
"journalist was shot by an IDF terrorist in Southern
Lebanon's fighting. Reuter is currently investigating for
killing journalist is a war-crime.

*[bottom:]* 12/17/2023

COMPLAINT
PAGE 20 OF 25 [JDC TEMPLATE – Rev. 05/2017]

## ∿ CONCLUSION ∿

-6-

1  I, HOW TRANG (OR NGUYEN) CAN SUE AS AN INDIVIDUAL.
2  WITH PARTICULAR INTEREST IN THE RELIGIOUS AND
3  VIOLATIONS OF HUMAN RIGHTS CLAIMS THAT INVOLVE
4  YEARLY $3-BILLION MILITARY FUNDING FROM THE U.S. TO ISRAEL
5  ① I, Trang (OR NGUYEN) claim that I am "the
6  hardcore heterosexuality" d the father of Jesus Christ, God,
7  Allah, Krishna, Ông Trời, Jew God, Island People's God, etc.,
8  Aetheist God, Indigenous People's God, China's God, The
9  SUN (My current God is the Sun for that is the only entity
10  living in a female body called the female Buddha
11  name TRANG — Simply the hardcore-heterosexual
12  female philosopher who will be using this lawsuit
13  as my project to get into a masters program (ONLINE
14  ONLY) in philosophy & a P.H.D in philosophy before
15  I die (after I spend sometime quietly learning to
16  improve my English writing).
17  ② I, Trang (or NGUYEN) was one of the war children
18  (I was 2 years old when the Vietnam war ended living
19  in the South) with some physical & perhaps mental
20  scars. I came to America as a refugee at 10 years old as
21  one of the boat people. As I am coming out as the
22  female Buddha or hardcore heterosexuality of who know who, I
23  fear for my life living in Jesus territory of the Americas
24  & witnessing how deadly the Christians & Jews can be in
25  their quests to preserve the lands for Jesus. I predicted
26  there will be a civil war in America in my life time.
27  I also predicted a WWWIII in my life time. Thus,
28  I had to sue to stop those possibilities & protest by
   relinquishing my American citizenship to go back to

   Vietnam for the female Buddha

*(right margin, vertical:)* I trust God (Sun.)

1  is safer in Asia unless Asia turns gay or ~~Asia~~
2  wants to kill her.
3  ③ I am an American-certified social studies
4  teacher in high-school level teaching world and
5  American history. Although I only have 1 month
6  of experience as a teacher, I have 2 years of experience
7  as a substitute teacher, and I would like to use
8  this platform to teach humans world history
9  via the religious & Leahy claims to prevent a
10  W.W.W III & religious jihadis from teaching
11  our bored kids & adults to carry guns & shoot
12  up places to see who can kill more. I want
13  to show these mentals another way to release
14  their machoness is to sue like I did instead
15  of using guns, knives, bombs, etc. Hopefully soon,
16  there will be video games of suing
17  around the world to reduce the interest of
18  violent video games.
19      Furthermore, you Americans seem to forget
20  your American democracy values of "all men are
21  created equal" & the laws you created to
22  move to a ____ TRUER democracy to
23  reflect all your people, so I have to step in to
24  sue to remind you of your laws & contract of
25  your country because your forgetfulness will
26  contribute to your own children's & grandchildren's
27  deaths in a W.W.W III.
28

TITLE OF DOCUMENT: _Complaint_ ____ CASE NO.: ____
PAGE NO. 22 OF 25 [JDC TEMPLATE]

*(right margin, vertical:)* as a social studies teacher

II. How: NGUYEN OR & TRANG SUFFERS FROM U.S. $3 billion MILITARY PACKAGE A YEAR TO ISRAEL & CURRENT PACKAGE TO HELP ISRAEL WITH THIS ISRAEL-HAMAS WAR.

(1) AS A DISABLED, NGUYEN suffers immense anxiety and fear after learning that the Defendant has been sending & in the process of sending more money to support a state of Israel who has been stealing the Holy land from the Palestinians & support a war; that is the most religious WAR because it involves 2 completely different religions & 2 different races. Nguyen changed her way of living by jailing herself at home. Furthermore, as a disabled, Nguyen FEARS she would be the first to die if a Jihadi's event in America, mass shooting in America, & especially in a WWWIII. Instead of buying up guns, bullets and building bunker's Nguyen chose to use the pen AS a sword to fight coupled with some left-over old brain cells. Lastly, Nguyen chose to relinquish her American Citizenship to return to Vietnam because Vietnam might be a safe country to go to if there is a WWWIII because Vietnam has already experience a massive war — Vietnam War. Instead of seeing a psychiatrist, Nguyen decides to use her credit card to sue to release anger.

TITLE OF DOCUMENT: Complaint     CASE NO.: _____

PAGE NO. 23 OF 25   [JDC TEMPLATE]

(top margin, inverted) in incubators by venting the electricity & forcing the nurses

(left margin, vertical) & care givers to leave the babies.

(right margin, vertical) babies, preemie — killing premature — in the fire), and (possibly burn their still-alive bodies in the fire) and killing premature babies

(2) As a human who fears for the rising temperature of the planet Nguyen suffers immense anxiety & dear that the possibility of a WWIII (thanks to the U.S. support of sending $$$ to fight for religious land against a race that is completely different from their white race) will further push the temperature of the planet to rise causing polluted air, water, soil, and crazy natural destructions of hurricanes, flood, etc. As a disabled, I am the first to go in a natural disaster pushed by rising temperature of the planet. Instead of seeing a psychiatrist, I decided to use my credit card to sue to release my anger & pains.

(3) As a woman, I am scared to death the way you men in charge runs the world with your male egos. battling it out on the fields & bringing the fight home. Thats why I have to resort to the pen as a sword to save myself for women are the first to get raped & die in a WWWIII while you men battle out whose God is better by stealing the Holy land & sending massive bombs & weapons on our tax money to kill indigenous people of that Holy land who dare to revolt in any forms starting from children throwing rocks (I heard a boy of 12 years old) to shooting babies in cribs

TITLE OF DOCUMENT: Complaint   CASE NO.: _

PAGE NO. 24 OF 25   [JDC TEMPLATE]

God sacrificed the life of his son (Jesus Christ) for the sins of Jesus people (Christians & even Jews) to steal land, kill indigenous people, to spread the words of equal-rights of Christianity & Jew religion. Said TRUNG. NOW!!! 00,000,000

**DEMAND FOR RELIEF**

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

I ask for $5 Trillions if a WWIII erupts; however since America is in debt of $31 Trillions, I'll take a letter of apology, or $25,000 for turning in this lawsuit.

FOR JESUS BIRTHLAND & BIRTHDAY, PERMANENT CEASE FIRE (and stop funding $$$$ to the apartheid of Israel government or the world will sue the Defendant for more than an apology letter.)

**DEMAND FOR JURY TRIAL**

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.] Get sued or a WWWIII. I choose suing for better KARMA)

☐ Plaintiff demands a jury trial on all issues.

10
12/8/2023

Date: 11/14/2023   Sign Name: _Mai-Vy Thi Nguy_

Respectfully submitted,

Print Name: MAI-TRANG THI NGUYEN

a disabled person suing American disability checks with mental illness, back, knee, and neck pain with ARTHRITIS HANDS,

As a credential teacher (history) with 1 month of work experience in America, an ex-Infoseek worker, and a refugee from Vietnam this is my contribution to America & humanity (prevent a WWWIII).

COMPLAINT PAGE 25 OF 25 JDC TEM.

Thanks to AM2 radio, I learned a lot from religious & text radio.