

# U.S. District Court

## California Northern - San Jose

Receipt Date: Dec 15, 2023 12:19PM

Mai Trang Thi Nguyen
2260 Monroe St
#182
Santa Clara, CA 95050

Rcpt. No: 511019109     Trans. Date: Dec 15, 2023 12:19PM     Cashier ID: #BW

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** Civil Case # 23-6047-VKD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.