AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

MAI-TRANG THI NGUYEN
*Plaintiff(s)*

v.

The United States
*Defendant(s)*

Civil Action No. 5:23-CV-06047-VKD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The U.S (U.S. Department of Justice)
U.S. Attorney Northern District of CA, 9th Floor, Federal Bldg
450 Golden Gate Ave, Box 36055
SF, CA 94102-3495

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAI-TRANG THI NGUYEN (OLD ADDRESS)
1669 Hollenbeck Ave
Sunnyvale CA 94018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
CLERK OF COURT

Date: DEC 21 2023

*Signature of Clerk or Deputy Clerk*