Mai Tran Thi Nguyen
1669 Hollenbeck
Sunnyvale, CA 94087

RECEIVED

DEC 21 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348999

SAN JOSE CA 950
19 DEC 2023 PM 3 L

Clerk
US District Court
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102