# FILED

| Attorney or Party without Attorney:<br>Mai-Trang Thi Nguyen<br>1669 Hollenbeck Avenue, #2<br>P.O. Box 198<br>Sunnyvale, CA 94087<br>Telephone No: 408-591-6848 | DEC 28 2023<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. District Court, Northern District of California |

| Plaintiff: Mai-Trang Thi Nguyen |
|---|
| Defendant: The United States |

| **PROOF OF SERVICE**<br>**Summons in a Civil Action** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:23-CV-06047-VKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Amended Complaint; Adr Certification By Parties And Counsel; Order Setting Initial Case Management Conference And Adr Deadlines; Joint Case Managemment Statement & Propoed Order

3. a. *Party served:*              The United States

4. *Address where the party was served:*     The US Attorney's Office
                                                 450 Golden Gate Ave
                                                 Box 336055
                                                 San Francisco, CA 94102-3495

5. *I served the party:*
    d. **by other means** On: Fri., Dec. 22, 2023 at: 11:42AM by Certified Mail:
       (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Dec. 22, 2023 from: San Jose, CA

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Kyle A. Dominguez                                 d. *The Fee for Service was:*    $47.00
    b. **Bender's Legal Service, Inc.**                   e. I am: (3) registered California process server
       1625 The Alameda                                      *(i)*   Independent Contractor
       Suite 511                                                     *(ii) Registration No.:*    PS1812
       San Jose, CA 95126                                *(iii) County:*               Santa Clara
    c. 408 286-4182, FAX 408 298-4484

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
    Date: Tue, Dec. 26, 2023

                                                                                (Kyle A. Dominguez)

Judicial Council Form                             PROOF OF SERVICE                                      nguy-mtt.297433
Rule 2.150.(a)&(b) Rev January 1, 2007            Summons in a Civil Actio

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TheUnited States

was received by me on *(date)* 12/22/23 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* By Certified mail at: The US Attorney's Office, 450 Golden Gate, Ave, Box 336055, San Francisco, CA 94102

My fees are $ 47.00 for travel and $ _____ for services, for a total of $ $47.00 ~~x0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 12/26/23

*Server's signature*

Kyle Dominguez. Registered Process Server #PS1812 Santa Clara
*Printed name and title*

6440 Bose Ln SJ CA 95120
*Server's address*

Additional information regarding attempted service, etc: