CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES
HEALTH CARE OPTIONS
PO BOX 989009
WEST SACRAMENTO, CA 95798-9009

Mai Trang Thi Nguyen
1669 Hollobed
Sunnyvale CA 94080

SAN JOSE CA 950
27 DEC 2023 PM 4  L
RECEIVE[D]

DEC 28 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Recycled Envelope

RETURN SERVICE REQUESTED

To Clerk
US District Court
280 S. 1st Street, #2112
San Jose, CA 95113



Recycled Envelope

ZB_0002032_ENG_0707