

MALIA M. COHEN
STATE CONTROLLER
DISBURSEMENTS BUREAU
P.O. BOX 942850
SACRAMENTO, CA 94250-0001

FIRST CLASS MAIL
OFFICIAL BUSINESS

SAN JOSE CA 950
23 JAN 2024 PM 4 L

RECEIVED
JAN 24 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mai-Trang Nguye
1669 Hollenbeck Ave
Sunnyvale, CA 94086

US District Court
Clerk
280 S. 1st St
San Jose, CA 95113




