

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED

JAN 18 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

01/12/24

*2372-03895-03-17

RETURN TO SENDER
UNABLE TO FORWARD
DELIVERABLE AS ADDRESSED

MANUAL PROC REQ

NIXIE

RETURN TO SENDER
NO LONGER AT THIS ADDRESS!!

neopost
12/22/2023
US POSTAGE $000.63

FIRST-CLASS MAIL

ZIP 94102
041M12251267

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

)
)
)
MAI-TRANG THI NGUYEN )
*Plaintiff(s)* )
v. )    Civil Action No. 5:23-CV-06047-VKD
)
)
The United States )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The U.S (U.S. Department of Justice) 9th Floor, Federal Bldg
U.S. Attorney Northern District of CA
450 Golden Gate Ave, Box 36055
A lawsuit has been filed against you.  SF, CA 94102-3495

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAI-TRANG THI NGUYEN  (OLD ADDRESS)
1669 Hollenbeck Ave
Sunnyvale CA 94018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
*CLERK OF COURT*

Date:  DEC 2 1 2023

_____
*Signature of Clerk or Deputy Clerk*