UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>             Plaintiff,<br><br>      v.<br><br>THE UNITED STATES,<br><br>             Defendant. | Case No.  23-cv-06047-VKD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

An initial case management conference in this matter is scheduled for February 20, 2024. Dkt. No. 4.  However, defendant, the United States, has not appeared and its answer to plaintiff's first amended complaint is not due until February 20, 2024.  *See* Dkt. No. 10.  Neither party has filed a case management statement.  *See* Dkt. No. 4.

Accordingly, the Court continues the case management conference to **March 26, 2024 at 1:30 p.m.**  The parties' joint case management statement is due by **March 19, 2024**.

**IT IS SO ORDERED.**

Dated: February 14, 2024

VIRGINIA K. DEMARCHI
United States Magistrate Judge