FILED

FEB 14 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAI-TRANG THI NGUYEN
Plaintiff(s),

vs.

The United States
Defendant(s).

Case Number: C 18-xxxx

**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9.

1. Jurisdiction & Service    Yes

*The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding persona jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.*

2. Facts

*A brief chronology of the facts and a statement of the principal factual issues in dispute.* ≠ free

① In 2023, U.S. sent a fact check in ~~generous~~ generous - obese American bombs to Israel after October attack for Israel-Hamas War.

② 5 Gazan premature babies in incubators died in less than 2 months after Israel cut off all electricity, & blocked fuel aid being sent in, & refused to let incubator children out of Gaza.

*(handwritten at top):* ② People fighting to rebuild the Kingdom of God by stealing land.

3. **Legal Issues**

*A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.*

*(handwritten):* ① & fighting with people who claim stolen their land. they are fighting for Muhammad's

1st Amendment – gave money & weapons to support a war in Holyland

Healy Law – gave money & weapons to support an undemocratic or democratic wanna-be country in which the Secretary of State, General Austin & Biden are aware of Israel's inhumane acts in this Israel-Hamas war by now.

4. ~~Motions~~

*All prior and pending motions, their current status, and any anticipated motions.*

5. **Amendment of Pleadings**

*The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.*

6. **Evidence Preservation**   *Not yet*

*A brief report certifying that the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirming that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. See ESI Guidelines 2.01 and 2.02, and Checklist for ESI Meet and Confer.*

7. **Disclosures**   *Not yet*

*Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made. For ADA and employment cases, see General Order Nos. 56 and 71.*

8. **Discovery**   *Not yet*

*Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have considered entering into a stipulated e-discovery order, a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f), and any identified discovery disputes.*

9. **Class Actions**   *No*

*If a class action, a proposal for how and when the class will be certified.*

10. **Related Cases**   *No*

*Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.*

*Form updated January 17, 2023*

11. Relief   A letter of Apology, letter to Congress & President that

*All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.*

We should end all military support to Israel & vote officially

12. Settlement and ADR   for Ceasefire in UN before WWWIII begins

*Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including which ADR process option the parties have selected and a proposed deadline, or if the parties do not agree, each party's preferred option and timing, in compliance with ADR L.R. 3-5. In addition, the parties should include a description of key discovery or motions necessary to position the parties to negotiate a resolution.*   No

13. Other References   — No

*Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.*

14. Narrowing of Issues   No

*Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses. The parties shall jointly identify (in bold or highlight) one to three issues which are the most consequential to the case, and discuss how resolution of these issues may be expedited.*

15. Expedited Trial Procedure   Yes if you want to stop a WWWIII

*Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order 64, Attachment A. If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64, Attachments B and D.*

16. Scheduling   Not Yet

*Proposed dates for completion of initial ADR session, designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.*

17. Trial   Court

*Whether the case will be tried to a jury or to the court and the expected length of the trial.*

18. Disclosure of Non-party Interested Entities or Persons   No

*Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party*

Page 3 of 5

*Form updated January 17, 2023*

to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

19. Professional Conduct      Of course

*Whether all attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.*

20. Other      No

*Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.*

Page 4 of 5

*Form updated January 17, 2023*

Dated: 2/12/2024

_____
Counsel for plaintiff

Dated:

_____
Counsel for defendant

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*Form updated January 17, 2023*

Proof of Service       Joint Statement

I, Mai-Trang Thi Nguyen, mailed _____

Case Management to US attorney 450 Golden Gate Ave, 36055
SF CA 94102
on 2/12/2024 via first class U.S. stamp(s)

by placing in mail box.

Mai Trang Thi Nguyen