ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 23-cv-6047-VKD<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Christopher F. Jeu, Assistant United States Attorney, as counsel of record for the Federal Defendant United States of America.

The Clerk is requested to update the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be sent to Assistant United States Attorney Christopher F. Jeu at the above-stated contact information.

1  In addition, Plaintiff is requested to add AUSA Christopher F. Jeu at the above mailing address
2  to the proof of service.

3                                      Respectfully submitted,

4                                      ISMAIL J. RAMSEY
                                       United States Attorney

5  Dated:  February 20, 2024    By:    /s/ Christopher F. Jeu
6                                      Christopher F. Jeu
                                       Assistant United States Attorney
7                                      Attorneys for Federal Defendant