OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS

SAN FRANCISCO CA 940

30 FEB 2024 PM 5 L

NEOPOST

02/15/2024
US POSTAGE

FIRST-CLASS MAIL

$000.64⁰

ZIP 95113
041M11277547



**RETURN TO SENDER**
NO LONGER AT THIS ADDRESS !.

F I L E D

FEB 26 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



9408735420   C049



Mai-Trang Thi Nguyen
1669 Hollenbeck Avenue
Sunnyvale, CA 95050

23-cv-06047-VKD

1

2

3

4                                 UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6                                        SAN JOSE DIVISION

7

8     MAI-TRANG THI NGUYEN,                        Case No.  23-cv-06047-VKD

9                  Plaintiff,
                                                   **ORDER CONTINUING CASE**
10           v.                                     **MANAGEMENT CONFERENCE**

11    THE UNITED STATES,

12                  Defendant.

13

14           An initial case management conference in this matter is scheduled for February 20, 2024.

15    Dkt. No. 4.  However, defendant, the United States, has not appeared and its answer to plaintiff's

16    first amended complaint is not due until February 20, 2024.  *See* Dkt. No. 10.  Neither party has

17    filed a case management statement.  *See* Dkt. No. 4.

18           Accordingly, the Court continues the case management conference to **March 26, 2024 at**

19    **1:30 p.m.**  The parties' joint case management statement is due by **March 19, 2024.**

20           **IT IS SO ORDERED.**

21    Dated: February 14, 2024

22

23                                                  *Virginia K. DeMarchi*

24                                                  VIRGINIA K. DEMARCHI
                                                    United States Magistrate Judge
25

26

27

28

United States District Court
Northern District of California