United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant. | Case No. 23-cv-06047-VKD<br><br>**CLERK'S NOTICE RESETTING MOTION TO DISMISS HEARING**<br><br>**NEW DATE: April 9, 2024**<br><br>**Time: 10:00 a.m.**<br><br>Re: Dkt. No. 18 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that the Motion to Dismiss (Dkt. 18) hearing noticed for April 11, 2024 is HEREBY RESET and advanced to April 9, 2024 at 10:00 a.m. to be held in Courtroom 2, 5th floor at 280 S. First Street in San Jose, California before Magistrate Judge Virginia K. DeMarchi.

Dated: February 27, 2024

　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　By: *Adriana M. Kratzmann*
　　　　　　　　　　　　　　　　　　Adriana M. Kratzmann, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　408-535-5365