UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 23-cv-06047-VKD<br><br>**ORDER RE SERVICE<br>ON PRO SE PLAINTIFF** |

Plaintiff Mai-Trang Thi Nguyen, who is representing herself, has not registered to file documents or receive notifications in the case in the Court's Electronic Case Filing ("ECF") system. Accordingly, the United States is required to manually serve its filings on Ms. Nguyen. *See* Civil L.R. 5-1(b). Because the United States failed to include a proof of service with its February 20, 2024 motion to dismiss Ms. Nguyen's first amended complaint (Dkt. No. 18), the Court cannot be sure that Ms. Nguyen was properly served. The United States shall file proof of service of its motion to dismiss on Ms. Nguyen by **March 8, 2024**.

The Court also notes that documents mailed by to the address Ms. Nguyen listed on her complaint have been returned as undeliverable on several occasions, but that Ms. Nguyen appears to have regular access to email. Ms. Nguyen may wish to participate in this case by ECF. Instructions on how to register are available on the Court's website: www.cand.uscourts.gov/e-file/. However, participation in ECF does not relieve Ms. Nguyen of her duty to notify the Court of any changes in her address while the case is pending. *See* Civil L.R. 3-11.

//

//

**IT IS SO ORDERED.**

Dated: March 4, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge