| | |
|---|---|
| **From:** | Y@hoo-Mail Manager |
| **To:** | Adriana Kratzmann |
| **Cc:** | Adriana Kratzmann |
| **Subject:** | Re: 23cv06047VKD - Nguyen v The United States |
| **Date:** | Monday, March 4, 2024 2:37:24 PM |

<mark>CAUTION - EXTERNAL:</mark>

Ms. Kratzmann:

Please let the Court know that I am currently semi-homeless with no money to finance a mail box like before so there's no need for the Defend to send anything to me because I rely on the EMC system via Pacer to download all the filings.  The Defendant sent me a courtesy copy of the motion to dismiss via email and asked me if I needed him to mail me a copy.  I replied thank you and there was no need to send me a copy

Thank you,
Mai-Trang Thi Nguyen

Sent from Yahoo Mail on Android

On Mon, Mar 4, 2024 at 11:26 AM, Adriana Kratzmann
<Adriana_Kratzmann@cand.uscourts.gov> wrote:

> Good morning,
>
> The Court posted an Order today and a filed copy has been mailed to the address of record and also sent via this email.  Please NOTE: the court is receiving returned undeliverable mail for the address on record on documents that are mailed by the court to you.  Thank you.
>
> Best regards,
>
> **Adriana M. Kratzmann**
> Courtroom Deputy
>
> to Honorable Virginia K. DeMarchi
> United States District Court

 Northern District of California

San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
adriana_kratzmann@cand.uscourts.gov
http://www.cand.uscourts.gov/vkd
Direct Dial: (408) 535-5365

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.