Your name: MAI-TRANG THI NGUYEN
Address: 1669 Hollenbeck (old address) Sunnyvale, CA 94086
Phone Number: Too mental & poor to have a #
Fax Number:
E-mail Address: fuelycustomerservice@yahoo.com
Pro Se [Select one: Plaintiff or Defendant]

FILED
MAR 04 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Total 7 children (newly born to young kid) died of starvation & dehydration — 6 in North Gaza

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

[*Select one location: San Francisco / Oakland / San Jose / Eureka*]

| | |
|---|---|
| MAI-TRANG THI NGUYEN (THE FEMALE BUDDHA) CEASEFIRE NOW!!! Plaintiff(s), vs. The U.S.A. Defendant(s). | Case Number: 5:23-CV-06047-VKD<br>*Title of Document:* Opposition to the Dismissal with Revised Claim |

SKIP TO PAGE 10 FOR REVISED CLAIM

~ forewords ~

① First of all, don't all of us think it's funny that I am fighting in this lawsuit with 80% of the "Jews" in Israel & around the world and their American buds in America with the U.S. as the defendant & with the attorney for the U.S. having a last name resembles the word "jew" as "JEU,"

 (Go to page 2, not 1.5)

# TABLE OF CONTENT

I Opposition to the Dismissal page 1

II Exhibit A (Letter to Israelis) page 22

III Exhibit B (Typed version of bad things GAZA) page 31

IV Exhibit C (Hand-written of bad things GAZA) page 39

(Note from Nguyen: The Defendant subconsciously wants to start a WW III to fight at all costs against jihadi-terrorists Palestinians and Iranians to defend their Judaism and Christianity rights of the Holy land "to return to this homeland" of 2,500 years ago as instructed by Jewish God and "to rebuild this kingdom of God for the 2nd coming of Jesus" as instructed by the Christian God EVEN if it involves stealing land killing people, kicking people out who have been living there for the last 400 years (Islam Palestinians), and change their country's name of Palestine to Israel. I, Trang, is scared to death of a WWIII with all the males' modern toys of nuclear bombs, so I would like to present my thoughts & argument of "separation of church & state" claim in the U.S. Constitution via the 1st Amendment)

*while promoting "all men are created equal" and equality for all, especially the gays and their gay RAVES in Holy land!!!...

... GENOCIDE AS answer to a tiny; but still merciful ISRAEL Genocide

It's the little coincidences (positive ones) that gives me the push to continue this lawsuit & my work in building humanity's next law firm when I am only a certified American high-school American history & World history teacher who only had 1 month of teaching experience: a practically nobody in humanity as a recipient of disability checks from America as a new disabled for the last 16 years, and a mental, too (revengeful anger taking out my revenge via suing with my credit cards of a semi-homeless person looking for a stay-at home job to reduce the mental illness epidemic of America & reduce America's the fat epidemic via my DON'T EAT After 4 p.m. diet). A job at Social Security Disability to Reduce America's debt, gun violence & obesity. INFOSEEK # WOMEN.COM

(2) My lawsuit will educate the Defendant (the U.S.A.) and its citizens that we should have never armed Israel & provide financial aids to support the salaries of Israeli's IDF & government and even economy during this Israel-Hamas war because our laws in the First Amendment of the Constitution (separation of church & state) and the Healy Law (no arms to people committed gross violation of human rights). However, I still support us sending money to Israel for water, food, energy & medical supplies.

(3) The Israel-Hamas War is the Rich-Judeo-Christian-democracy colonialism + Poor-Islam-terrorist Militant War. (kill children by) (RAIN down) VERSUS (kidnap infants) (Chop off raped women)

* Rich (2,000 lbs bombs) VS Poor (kill & possibly burn INFANT)

4. ISRAEL-HAMAS WAR = Judeo-Christian Colonialism Vs Islam-terrorist militant



(5)

TITLE OF DOCUMENT: Opposition to the Dismissal

PAGE NO. 3 OF 48 [JDC TEMPLATE]

CASE NO.: 23-CV-06047

"Cultural dien ... democracy oppression"

The Israel-Hamas War is a war of modern colonialism in an ancient Holy land & Anti-Israel-Judaism (already For Christianity & Islam exist in historic Palestine (Now Israel))

(6) On October 7th 2023, another cancer of the planet (human's war) erupted, and this time it was somewhere in the Middle East which involved a poor Israeli baby in the crib being shot by a "Hamas terrorist" and the possibility of still-alive-after-getting-shot-at baby(ies) being burned by throwing him/her/them into the rubbles with adult carcasses. I, as a female, had no choice but began my 24-7 journey to investigate this genocide, because any killing of children under 18 (especially that innocent in baby-crib age) when they have no vote in the government doing the bad deed is a crime against life of that race, religion, type of human life, that piece of land (even stolen land), and life of the planet (the living creatures, especially living creatures who has some brain power to analyze, to be reasoned with, and to develop some compassions).

(7) I used Bing to do research & learned that the October 7th Earth's tumor (erupted by cancer agent Hamas terrorists) was caused by cancer agent called England in 1917 via British colonialism of a country called Palestine. Then in 1948, this British colonialism cancer brought in another cancer agent in many numbers called the Jews from Hitler's Nazi gas chamber concentration camps after the WWII to live to rebuild their tortured hearts & lives). in 75 years, this Nazi Jews cancer

(left margin: cancer agents (America, Western nations, & perhaps even India) With help of other)

TITLE OF DOCUMENT: Opposition to the Dismissal CASE NO.: 23-CV-06047

exploded to dominate the country Palestine and changed its name to Israel with 75% of the land inhabited by its people (Israelis: Nazi camp Jews their families, and Jews from America, England, Europe, Australia, New Zealand, South America, Canada, perhaps even in South Africa & Asia below China within China territory).

(8) Only 25% left of the land being inhabited by the Palestinians. Israeli cancer controls its Palestinian citizens with animalistic apartheid system by placing military fence preventing the Palestinians from entering the Israeli's people territory; massive long cemented walls blocking Palestinians from moving into "NEW CURRENTLY STOLEN TERRITORY" in the West Bank with Israeli and American settlers (militia men, and handsome young cowboys financed by their church), using guns to kill & steal land from farmers; steal olive crops from Palestinian farmers; & just destroyed 40 new baby olive trees planted by Palestinian farmers during this war. This Israeli cancer also built a separate freeways in the West Bank (territory belongs to the Palestinians as recognized by international laws under United Nations or UN which both Israel & America hate with a passion; especially now that the highest court in the UN (ICJ) allowed the Africa's genocide lawsuit against Israel to go through; and Israel's

sudden accusation → revealed 1 day after the genocide lawsuit's decision was announced that 12-13 UN workers are Hamas working in UNWRA as the life line of Gaza for education of its 35% population of children via food water, medicine, etc.). After UNWRA was accused of housing 12-13 Hamas who participated in the October 7th genocide nearly all rich countries including Japan → cut off funding immediately especially funding is needed most after nearly 3 months of the Gazans in a tight area of massive bombings from America's generous donations to their buds Israelis; with no water thanks to Israelis' cutting off water supplies 100%; no food thanks Israelis blocking flour ship & and trucks; & tiny medical aids & fuel thanks to Israelis' cutting off electricity & blocking Aid trucks. America, imagine living with no food & water for 3 months!! It would be heaven to cure America from being obese & fat huh? A little girl → just died of starvation & dehydration last week. Hepatitis-A just erupted. People are resorting to grass & animal feeds while being forced to mobilize their hunger & thirst again by moving from South of Gaza to another territory as American generous obese bombs are about to be "rained" down in the last place where Israelis haven't flattened (an safe zone, inhabited by 350,000 children

who never voted for the Hamas terrorists as their government). All this civilized work of Israelis & Americans while calling themselves people of freedom, equality for all especially the gays & the Jewish religious words of "All men are created equal."

To me as a female who was taught with America democracy values since I was 11, this is not a war of fairness where 35% of the population are children who never voted for the Hamas terrorist. Purposely cutting off electricity by Israel in 1st 3 weeks of war & refusing to allow dozens & dozens of incubator babies to leave before the bombing, is a genocide by Israel with America's "unwavering support." Just like the Hamas killed that baby in the crib & possibly burned still alive after being shot baby(ies) in the rubbles with adult carcasses. Raining down free-American generous -obese- bombs by Israelis in a war where 35% of the population is children who never voted for their evil government, trapped with no countries to flee to (military fencing & Egypt refusing to allow anyone in because its a poor country already housing 1 million Palestinian refugees in the last few decades) & with no food, water, electricity, & medicine is a crime against humanity, OR inhumane acts of genocide — Therefore genocide created by America & Israel. By now around 17,000

CONGRATULATIONS AMERICA, FOR YOU JUST EARNED A GENOCIDE BADGE. (2023)

Gazan childrens are orphaned with no one to care & love them during humanity's first war in a jailed-like-with military fencing-tiny-piece of land with 1/3 of the population is children being caught in fighting to survive with adults & their obese toys (American free bombs to Israel at all cost & whole-heartedly support) to kill off the Hamas terrorists even if we have to kill off their children & THEIR people's children who never voted for them as their government.

No wonder God (Jesus' father), Allah, Krishna, Ong Troi, etc. communicated to us humans that on 2/16/2024, there is no such thing as democracy anymore by using Putin to allegedly kill Navalny (democracy leader of Russia). This is the side of humanity's thinking if there is a force called God & if this is how God communicates to us humans. It might be wild & unproven, but gives another perspective of the possibility of God's existence.

(INTERPRETATION: By Putin's allegedly killing democracy Navalny, God said to us humans that as of on 2/16/2024, there is no democracy for the greatest form of democracy (America) supports an undemocratic wanna-nation called Israel to kill of the militant indigenous people of Israel for daring to fight back & screamed out

the destruction of its wanna-be-State of democracy in the Middle-East (next to the mouth of Africa) with its rockets carried with the tunnels by donkeys & using animalistic revenge to kill, kidnap children, & multilate dead or still-alive bodies of the female Israel colonizers they raped. In killing of the Hamas rats the U.S. defied its democracy values to fight a fair fight with 1/3rd of the population as children who never voted for the Hamas rats as their government & whole-heartedly supported Israel even though its wanna-be country defied the law of democracy since 75 years ago for stealing land, kicking indigenous people out killing indigenous people, replacing their country's name Palestine to Israel, shoving the left-over indigenous people in 2 areas of Israel with an apartheid system of physical barriers (fences, walls & different freeways), put people in administrative detention without formal charges, prevented some of them from seeing their grandparents, cut off their water, food & electricity, blocked aid trucks into war zones, deliberated killed 5 incubator babies by refusing to let them out after Israel cut off electricity & blocked fuel trucks during 1st 3 weeks of RAGE OF ANIMALS WITH OBESE BOMBS.

Everything in GAZA according IDF is a terrorist. A "TERRORIST" donkey was shot by IDF, too!

IDF TERRORISTS killed 16,000 in first month, 5 3 months later, they toned it down and some ... killed

TITLE OF DOCUMENT: Opposition to the Dismissal CASE NO.: 23-CV-06044

## REVISED CLAIM

The First Amendment states, "Congress shall make no law respecting an establishment of religion." The U.S. has been violating the Constitution of America in the last 75 years when Congress made law to send money and arms to Israel to establish its own religious democracy country called "Judeo democracy of Israel" on recent stolen land in the Middle-East; which has been under controlled by a religion called Islam for the last 400 years in a country called Palestine; which is a prize land called the Holy land WHERE JESUS WAS BORN AND MUHAMMAD DIED AND WENT TO HEAVEN; and which has an oil well in Gaza. As a taxpayer with some conscience to preserve almost all God's human children and religions, I suffered anger, sadness, shame, guilt, fear, and paranoia that my tax funded this animalistic humanity for killing, possibly burning, and bombing babies in this Israel-Hamas war. My life was affected by relinquishing my genocide American citizenship, and resorted to a deeper jail-like life to avoid jihadi attacks, jihadhi-machoness fueling America's gun violence, and a WWWIII on American soil. The Constitution via First Amendment demands a letter to be sent to Congress to stop the funding of non-food-water-fuel-medicine and arms to Israel, or pay me $25,000 to write this lawsuit, my expense to leave America eternally, and start saving $5 trillion to pay for a WWWIII.

2 in CRIB, & INCUBATORS

(NOTE 1: This land is known as the Holy land: (1) where God's son Jesus of Christianity was born; (2) where Israelis of Judaism are using their Torah to answer their God's instruction to return to their ancestors' homeland of 2,500 years ago via their Zionism even though their ancestors (the ancient Jews) nailed Jesus; (3) where the Hamas militant-terrorists say their Islam's Muhammad died and went to heaven (this probably justified their violent motto to die for Islam under martyrdom); (4) where the Bible of Christianity tells its churches to rebuild God's kingdom for the second coming of Jesus; (5) where Iran and Osama Bin Laden said they are fighting to defend their Islam; (6) where the female Buddha named Trang, or I, think my God (the Sun) wants me to enter the battle scene of the men of the humanity by crawling out of her semi-homeless life on disability checks and ex-Infoseek-and-women.com credit cards to inject Buddha's reincarnation theory of life from Hinduism as punishments, and predicts more future God's representatives: (1) A gay Latino person for gay pain, (2) A black African man thanks to South Africa's genocide lawsuit against Israel (and as soon as black South Africans stop killing the white South African farmers as revenge after apartheid ended), and thanks for the pain of the black Americans in slavery and segregation (and as soon as the blacks around the world go to college); (3) An indigenous American man to represent all indigenous people whose land and natural resources were stolen by the biggest thieves in humanity so far (the Christians and even the Israelis for stealing Palestine--A thief of a fat luxurious diamond of India, and even humans in the buying of kidnapped Africans into American slavery via capitalism; and as soon as his indigenous people go back to college); and (4) A blonde-haired-blue-eyed American man many thanks to the painful martyrdom of a kind-of-white-white American young man of 25 years old named Aaron Bushnell for having some compassion for the sufferings of people outside his race, caused by his race and country, with his suicide for burning himself while wearing his American military uniform to demand for a free Palestine from colonialism and end of massive genocide in Gaza (he probably wants the return of all hostages from the Hamas and thousands of administrative detention prisoners with no formal charges in Israel's democracy system) in front of the Israeli American embassy on 2/26/2024 (As soon as I,Trang, the hardcore heterosexual female with hardcore heterosexual eggs philosopher, teach his white race not to be so gay if they are not really gay).

NOTE 2: The American democracy' is a semi-religious system for it was created by Christianity's Protestants coming to America from England away from their kings and queens for freedom of religion. Its democracy's equality concept is pulled from the religious text of Judaism of "all men are created equal" which are forewords of the country's contract called the Constitution. If this democracy of Christianity and Judaism controls the Holy land where Jesus was born and where Muhammad died and went to heaven, in fast speed, this democracy of equality will yank out their gays from the closets to jump out dancing happily and safely in nearly nude female undergarment outfits in gay raves and music festivals (like the one next to Gaza with all those poor young people who were killed and kidnapped while dancing in ecstasy into the ears of barbaric Gazan men who were taught to cover their women in extreme conservativeness of black sheets). All this will take place next to the exact location where your Jesus was born, and where your Muhammad died and went to heaven. Scary and so sinful.)

ALSO A DIRTY BLONDE HAIR, BLUE-EYED AMERICAN MAN WITH A BIG NOSE SIMILAR TO A JEWISH NOSE WITH A POLISH LAST NAME STABBED A 6-year-old Palestinian boy on 10/16/2023 26 times to death, & stabbed his mother 10 times.

Opposition to the Dismissal

Case 23-CV-06047

THE FIRST AMENDMENT ARGUMENT

A. The 1st Amendment of the U.S says in colloquial terms there is a separation of church & state in America when it states the below:

"Congress shall make no law respecting an establishment of religion."

I know this law allows citizens to sue, unlike the Healy law. As a disabled American with mental illness who alleged that my life WAS drastically changed ever since I learned that America has been supporting this Jew-ish wanna-be state called Israel to fight with religious jihadis like the Hamas terrorists who are fighting to defend their freedom left-over land, and the land that they claimed their Muhammad died & went to heaven. I was forced to change my life & went into a life of hiding (looking for work at home, no more socializing much in public places, go to groceries stores where they don't attract too many customers, etc.) for fear of jihadi's violence & jihadi's influenced violence our American male & now even females to see who can destruct the most harm using guns, etc. Furthermore, this alleged violation of the 1st amendment with Americans being in whole-heartedly involved in this Hamas-terrorists' religious fight for their Muhammad's land where their God's representative died &

(No more Buddhist temples with cheap & yummy Buddhist vegan food)

for Judaism in Islam land of 4000 years to release my mental illness of fear & paranoia

I sue & sending $ & arms fight for the Defendants

went to heaven.

(1). IF THE ENEMIES SAY THEY ARE FIGHTING FOR MUHAMMAD THEN WE GET OUT!

If the Hamas terrorists are fighting for the land where their Muhammad died & went to heaven then America better get out based on the founding father's ruling of 1st Amendment: Don't give money & don't do any thing that has to do with religion or it will be a WWIII in this case (unless you want a WWIII).

Subconsciously, America could be trying to establish another star on its flag (Jewish-religion star) by fighting so hard by sending generous American obese bombs to Israel. Guam is an American State (I didn't know this). If we can have a State in far far East then dark-dark-near-Africa in Middle-East is very possible especially if those #1 supporters of Israel are the Bible Belt people, American Jesus people, and Godly people in Congress & jealous Irish Biden of being such a devoted Irish of the Vatican to gain power in Jesus' birthland as the price for Ireland (the prize for the lightest skinned with blond hair & blue eyes of the Vatican followers via Catholism): To win over Protestant England & Royal Family of Church of England. Hey, Israel has a star of David in their flag, so a star blended with our stars should be an easy transistion??? "NO," said the Founding Fathers.

against Church-of-England colonizer in Ireland's land

IRAN executed some of their people as spies for Israel. One of the charges is "Sin against God." This is also a religious war for IRAN.

TITLE OF DOCUMENT: Opposition to the Dismissal CASE NO.: 23-CV-06047

" THE FOUNDING FATHERS SAID NO TO JUDEO-CHRISTIAN AMERICA. "

" Hey Israelis, how about taking a vacation in the "homeland" instead of killing & land stealing? "

(2) THE founding father said this is a Christian country, not a Jewish-Christian country, so their 1st Amendment said "No" unless America defies it Constitution & ready for a WWIII. I don't think Jesus would approve either for such nuclear bomb destructions to get to his birthland. Hey, how about a yearly vacation there? No nuclear bombs under Jesus' name. Now, H. TRANG the female Buddha knows exactly why Jesus had to die for the sins of his people (Jesus' people) and Israelis (Jews in Israel). Sending American money to support a religious wanna state that is religious (Judaism) is a no-no according to the 1st Amendment. Israel is a Jewish-religion-wanna state so that's why they created an apartheid system to prevent the indigenous Islam palestinians in & of their left-OVER PALESTINIAN AREAS (Gaza & the West Bank) — Judaism CAN'T go to Israelis' section to see their grandparents. This is very religious acts with american money being sent to build. Even the Pope came out of his Castle to condemn the IDF sniper who killed 2 palestinian women running of a Catholic church (one to use the restroom who is a mother, & the one is the daughter trying to pull in mother's injured body into the Church). The Pope called it a terrorist act on Christianity by a Judeo Israel or Jewish religion Israel). Very religious to me — Jewish religion that is.

Lastly, the people who nailed Jesus ARE back to steal Jesus' birthland using their privilege Zionist banner. Very Religious!

## ADRESSING THE DEFENDANT'S OTHER ARGUMENTS

A. My cognizable injury-in-fact is listed below:

(1) The Female Buddha cannot live and hold citizenship of a country who has "unwavering support to send bombs & money to help another country or wanna-be country to kill children who never voted for their evil government. The female Buddha cannot live & hold citizenship for GENOCIDE AMERICA. In the past, I threatened to RELINQUISH MY AMERICAN CITIZENSHIP ~~against the gays~~ & the system to steal my right as a Trump's voter to participate in an election of only dispensing one vote per person (not 3 votes here and votes for dead people) via the new vote-by-mail system during COVID-19 in America in 2020. This genocide crime of America for abetting & funding COMPLETELY GO AGAINST My peace work, less meat, more Karmic living, & reincarnation as punishment. (Please help me relinquish my American citizenship eternally after I pay off all my debts to America as a Vietnamese refugee. Thank you).

(2) My quality of life has deteriorated tremendously fearing Jihad, jihadi's influence over our people shooting & killing in this religious war of the Hamas terrorists & its backer Iran lead me to live a jail-like life at home, no longer go to the temples, visit churches, & work hard to apply for a job

who didn't report my back-injury at work @ Starbucks & bullied me to crippledness & with mental-illness

even parks & libraries

a home, distant learning, no more even go to malls & popular groceries, etc. These are effects of mental illness of fear, paranoia, etc. as a woman, a disabled, and a mental (who might panic and drive recklessly & kill people when she's angry & afraid) MAKES ME the first to die in these violence & WW III (first to get raped, kidnapped, & have my birth area being blown off with grenades & body chopped into pieces to be paraded as food of the lions in the Safari). So I take out my fear to sue - to stop the madness of men. Suing cost alot of money for seeing a psychiatrist can cost alot of money, too.

(3) The Hamas-Israel war brought back my pain as an adult dealing with physical scars as an infant of war who suffered Hepatitis-A rashes. That's why I haven't found a husband at 50 because I had to deal with my low-self-esteem with scars all over my body. So I had to jump in and sue to help Gazan kids & prevent Israeli kids from being killed in the future & subject to anti-Semitism when it's karma's or God's turn to punish the Israelis for their genocide on the Gazans as revenge for the Hamas' genocide on Israel on October 7th 2023

AND HAVE NO CHILDREN

TRANG said: "This war caught my heart because 35% of population in Gaza is children who never voted for the Hamas terrorists as their Government."

TITLE OF DOCUMENT: Opposition to the Dismissal CASE NO.: 23-CV-06047

B. My redressability in relief are: letter to Congress, or apology letter, $25,000 for writing this lawsuit, pay me to return to where I belong & relinquish my America citizenship, OR incur 5 trillions dollars in WWIII.

C. My revised claim will solve the arguments of political doctrine cannot be applied in lawsuits & Iqbal/Twombly.

D. My Individual interest in this Israel-Hamas war are below:

(ASIA MINOR)

① The war zone is in the Asia continent so it affects me personally because I am an Asian (different kind of Asians but living in Asian continent). This war is also killing my far-far Asian people in the Middle-East. Plus now that Israelis live in that area, I am also out to protect them, too. Thanks to America via Congress sending bombs & money at all cost.

② As the female Buddha, my religion is also taught by the religions of Judaism & Islam so I had to jump in to save them because it pains me that ANOTHER RELIGION the religion is being killed by another religion AFTER IT JUMPED.

③ I am a American & world history leader (soldier of education) so I had to jump in.

④ Lastly, this war triggered my past war pain as an infant so I had to jump in to help other infants (Israeli infant in 5 shot-dead PRE-MATURE babies died) & I am Gazan incubator: 5 crib & infant in...

I am clearing the path & was killed with (...) & action of abortion @ 4-5 months, & abortions in rape, incest, harm to mothers.

TITLE OF DOCUMENT: Opposition of the Dismissal CASE NO.: 23-CV-06047

"CHILDREN OF WARS STICK TOGETHER"

Children of wars stick together especially children of wars in the tender age yet learned to kill (under 2). I, Trang, was 2 when the Vietnam war ended & I somehow understood the pain of that Israeli ~~toddler~~ infant killed in the crib & the thousands of children suffering with hepatitis A (I got it, too as an infant all over my face with deep-cut rashes, deep cut open-skinned leg sores, thick ugly keloid scars from scratching) with infected water or no water in Gaza; and don't forget the 5 incubator Gazans really helpless babies who died of no electricity; and possibilities of baby(ies) burned alive after getting shot by the IDF thrown into the fire of adult carcasses.

1.85 to be exact.

I really feel that I deserve a chance to sue in this lawsuit as an infant born-into-war child to save other infants in Gaza & Israel. Who else would do this besides their families?

You as a judge can't deny my chance as one of the war children to sue to save the war children in Gaza. We can't just sit here & do nothing for those infants didn't vote for the Hamas terrorists. Those infants deserve to live as humans on land their people have been living for 400 years. Religious war with both sides having their own God's representatives in different races are most vicious: kill any babies they see, plant grenade inside Israeli female raped victims to prevent births of more settlers babies (I don't know if this happened but IDF

!! GENOCIDE OF MASSIVE # OF CHILDREN WHO NEVER VOTED FOR HAMAS TERRORISTS

said so." However, I see it as a possibility because it's a war between 2 different God's representatives in their religious land. If you think this is animalistic wait until WWIII when the animals activate their nuclear weapons to end all religious colonolisms (not just white people as colonizers, but colored people, too).

People may not see me as an official religious person now to bring up this religious lawsuit; however I have many reasonable arguments defending my right to sue under the 1st Amendment. Moreover, I don't see any religious official people standing to defend this nasty war in sacred Holy land, so I feel as a regular human being like me needs to stand up to stop this ~~se~~ stupid-vile war in sacred holy land with everyone ready to push their nuclear weapons by sharpening their finger nails & cracking their knuckles.

Plus a a woman, disabled, & a mental, I would probably the first to die in a WWIII & a jihadi attack in my town for ~~one~~ a few crazy American kids have done already ~~since~~ since the war started; thus, I changed my life drastically by jailing myself at home & look for a job a home & only go out for food & doctors. I'm so scarred I am also relinquishing my gay American citizenship.

Plus all the money I've spent on this lawsuit to express my mental suffering of this Israel-Hamas war with our country's deep involvement at all costs!

And those poor ISRAELI's kidnapped infants & toddlers living in Gaza right now praying to be alive.

American "Christian Democracy"

# NO MORE HEALY LAW CLAIM BUT...

I made 2 main arguments by presenting 2 pieces of laws: The 1st Amendment of the U.S. which basically Thomas Jefferson colloquially rephrased it as "separation of church and state", and the Healy's law which basically said the U.S shouldn't arm group of people who commits crimes against humanity.

If the Healy's Law is not permitted to see by the public, then may I use this lawsuit to communicate to the high employees of the American government (judges, U.S attorneys, assistant U.S. attorney, clerks & janitor, bind together or even alone and write to your secretary of state, Congress and President about your concern (if there's is anything) about your government sending money and arms to a country whose values contain are not parallel to yours: stealing land even as we speak in the West Bank (territory of the Palestinians); Gaza sea-side gated community where water, food, & electricity is controlled by the switches of the Israeli's IDF; long and massive cemented walls blocking the movement of people on one side of the West Bank to Israelis stealing side; 2 freeways for the West bank, one for Israeli & American settlers & the other for the Palestinians);

"The Values of Israeli Judeo democracy is not parallel to the values of

"Did you know there's a rich oil well under death Gaza that everyone desires."

"If Israel & democracy of the West take over the Holy land, the GAYS will come out dancing half-naked & even mostly naked next to Jesus' birthplace"

and putting people in Temporary jail with no formal charges by busting into their houses in middle of the night & put them in this Israeli's Democratic jailing system called "administrative detention"; jailing underage Palestinian children in adult jail for throwing rocks, etc.

I know it's hard to convince the hearts of colonizers, but I pray to their God via Jesus to cleanse their colonizer's hearts while they teach me their ~~Amer~~ Co's democratic American values of freedom & equality for all especially for the gays, and preaching the jewish religious words of "all men are created equal" in the Preamble of the Constitution.

I, Mai-Trang Thi Nguyen, do this lawsuit not because I care much about American democracy or the children of Gaza & Israel & America — I do this because I am afraid I will end up being an elderly experiencing a WWIII and even a 2nd civil war of America.

I would like to include 3 pieces of evidences of my mental work fearing for jihadi's violence in my town if this war doesn't stop soon & fear of a WWIII:

(1) Exhibit A documents my letter to Israelis

(2) Exhibit B documents my typed-version of all bad stuff

(3) Exhibit C documents samples of my NOTES.

~ CONCLUSION ~

I pray that your conscience as high workers of the American government to send a letter to your fellow Congress co-workers & the boss President Biden that the 1st Amendment & the Healy Law contradicts our country's involvement in this Israel-Hamas war wholeheartedly & at all cost — EVEN the cost the lives of your children, grandchildren, & great grandchildren in a WWIII.

Please help me MAI-TRANG THI NGUYEN, with the process of how I can relinquish my gay American GENOCIDE citizenship eternally for I am very slow physically & a mental to do this difficult step by myself. Email is the best way to contact me. To return to my BIRTHLAND Vietnam, if it's not too gay yet, or Cambodia, & even Laos for I, TRANG, the female Buddha belongs to Asia to be the safest safest place assigned to me, heterosexual as a hardcore female with hard-core heterosexual eggs philosopher. Only one born as the female Buddha can bring up this religious lawsuit.

Date: 2/26/2024 (6:30 pm) 2/29 (2:43 pm) Monday Thursday

Sign Name: Mai-Trang Thi Nguyen

Print Name: MAI-TRANG THI NGUYEN The Female Buddha

P.S. I would like to thank Chandra Law Firm (chandralaw.com) because I copied some of their text in writing my 1st Amendment claim. "Hindu" INDIA "Endorse the expression of religious viewpoints in school."

EXHIBIT A Letter to the Israelis

**God's/Allah's Punishments on Those Committed the Two Genocides**

**in the Israel-Hamas War**

By Mai-Trang Thi Nguyen or Trang

(The female Buddha carrying the reincarnation theory of Buddha via Hinduism or the hardcore heterosexuality of God/the father of Jesus/Allah/Krishna/Ong Troi/ etc. living as a Vietnamese hardcore-heterosexual female with hardcore-heterosexual eggs.)

Oh Israel on 2/18/2024 (7:02 p.m.):

I can understand your difficulty to have an all-out revenge on your enemies because I went there, too. The differences between me and you are that I am not a country nor do have access to guns and Satan's many free American freedom-and-equality-especially-for-the-gays bombs to bomb my enemies' children into pieces when their children never voted for the Hamas terrorists as their government. If you continue to bomb South of Gaza, your children and grandchildren will be punished very badly for taking Satan's route to bomb out the 900,000 Gazan children living that last place of Gaza you haven't flattened.

Israel, for the sake of your children and grandchildren, have mercy on your enemies' children, because your parents, grandparents, and great grandparents were praying for Hitler and the Nazis to have mercy on them before they were gassed, starved, and worked to death as collective punishment of God's punishment for your ancient Jews' nailing his son Jesus. You can show to your enemies and the world that you are not Hitler and the Nazis by having a ceasefire permanently and demand everyone to return their loved ones in Hamas' hostages and in your prisoners in this great administrative detention with no formal charges as a Jewish democracy government.

You might not see this because all this bombing is blocking your Israeli hearts' view, but your bombing is releasing so much poisonous gas such a tight military-gated land, it will make your enemies' children will develop some kind of cancerous illness. This might not be as bad as the enclosed gas chambers of the Nazi camps, but it fits in an introduction version (it might not kill them now, but it will kill them later with many illnesses and birth defects). Your blocking of truck aids just killed one Palestinian little girl 2 days ago from starvation and dehydration. This is an introduction version of Hitler and the Nazis' starvation of your people. You forcing the Gazans to walk around like chess pieces across 20-mile zone land with tiny food and no water is an introduction version of Hitler and the Nazis forcing your people to do manual work digging their own graves with no food (and probably no water). Guess what happened to Hitler and the Nazis after their war? Suicide, jail, the division of their land, and migration of some of their people. I fear this will be the fate of your children and grand-children, Israel. If you stopping the bombing now, you will have courage to show your enemies and the world that are you not Hitler and the Nazis, and your enemies and the world will forgive your children and grandchildren a little more—They will suffer less in antisemitism via the Nazis, KKK's, and even some blacks in America now after they migrate back to Germany, and to America, England, France, and other Western countries in exchange for the millions of Muslims and Palestinians out of those Western countries to return to their Muslim countries, Palestine, and Gaza. Of course, all this might occur after

we die of old age for the future generation of humanity is very inclined to fix the mistakes of their parents and grandparents.

If there is a God, if it was God's punishment of the descendants of the ancient Jews for nailing his son Jesus in Hitler Nazi's genocide of 6 million poor Jews as collective punishment, and if God or Allah is punishing the Gazans right now for voting for the Hamas terrorists as their government who fought back using poor people's tactics of kidnapping children along, animalistic killing of infants, and animalistic hunger for raping women and decapitating bodies to fight back against 75 years of your colonialism of 75% of their land, wiped out their country; s name Palestine and replaced it with your new country's name Israel, and your cruel apartheid system in Gaza and in the West Bank and stealing more land in the West Bank with your settlers and American settlers, while preaching freedom and equality. I fear for the pain of the Israeli children having with deal with those cruel and evilness of Nazis and KKK all over again after they are forced to live Israel and migrate to Germany, America, England, France, etc. to exchange for the millions of Hamas sympathizers living in those countries.

Oh, I also predict that I will be UNLUCKY live SO long, THAT I WILL BE TRAPPED IN EITHER A WWWIII OR A 2ND CIVIL WAR IN AMERICA SO I AM ALSO WORKING HARD TO SAVE MY FUTURE LIVING ELDERLY BODY IN VERY BIG WAR(S). TAKE CARE ISRAEL. TAKE CARE HAMAS.

---

Oh, Israel on 2/18/2024 (7:11 a.m.):

I can understand your difficulty to stop an all-out revenge on your enemies when Satan keeps sending his free American freedom-and-equality-especially-for-the-gays bombs to kill your no-freedom-no-equality-especially-for-the-gays enemies and their children to death to protect yours, your women's, and your children's survival after your rat enemies dared to impose harm on you, your women, and your children even though you are their conquerors in most of their land, and their rulers controlling their freedom and equality while teaching them your Jewish religious words of "all men are created equal." Israel...didn't you get the memos from your white Christian buds that it was too late to this this God's colonizing work in today's time? Perhaps your parents and grandparents didn't get the memos while they were living in Hitler Nazi's gas-warehouse camps before England flew them out into England's stolen Palestine land to allow them to rebuild their tortured hearts and lives after WWII. Israel...the animals, like me as a roach, have enhanced their brains in college education and developed skills to make their own money and bombs (even nuclear bombs) and learned the art of human's reasoning using thousands of Bibles, 3 main God's representatives (Christian's Jesus, Islam's Muhammad, and Hinu's Buddha), zillion versions of God, gazillions of self-help places like TV, books, radio, the internet, podcasts, etc. to "control out animal urges" to follow the path of God/the father of Jesus/Allah/Krishna/Ong Troi/etc., and not the path of Satan or else we humans will be punished with "what goes around comes around" or karma with our future young generation fixing our mistakes and the mistakes of their ancestors when we die. I could be wrong, but at least I try myself to help reduce the pain of your children and grandchildren as the work of not a random human, but the work of someone who might be able to predict the future as the female Buddha

The Christians, especially America, England and even France, are using you as their proxy to do their dirty work with their free bombs and arms to steal their Jesus' land so one day they will come in and steal it from you. They don't care about you. They care about the prize Holy land because they

don't have what the Italians and Spanish have (the Vatican City, Jesus' Bible, Jesus' body, etc., and the ones conquering the Americas first: Jesus and Maria's biggest continent). Find it in your Hitler Nazi's tortured hearts and end this bombing in South of Gaza where 900,000 Gazan children are sheltering and they never voted for the Hamas terrorists as their government. The Jews in Nazi's camps never nailed God's son Jesus so they should never been collectively punished them Christians via Hitler and his Nazis. Hitler and the Nazis followed Satan's path to do collective punishment on your parents, grandparents, and great grandparents, and I am sure them were praying for mercy on what's left of humanity hoping Hitler and the Nazis would release them. The hearts of Hitler and Nazis failed to do it, but your Jewish hearts can if you allowed your scarred hearts to think: OK, I get it, my ancient Jewish ancestors nailed their Jesus so that was why they were so evil to me as collective punishment and I sure thought collective punishment on my people was wrong. I don' know, perhaps my ancient Jews were driven out of their land (located where the Hamas and their people have been living for 400 years called historic Palestine, but now Israel) as punishment by God because they nailed God's son. OK I understand now the Hamas and their people are fighting for land which they claimed their Muhammad died and went to heaven. OK I can understand why the Hamas and the Palestinians fought back so evil and hard because we Israel shoved them into their own ghetto section and treat them like animals in big open-air jail when we are singing "democracy, freedom, and equality" with our half-naked beautiful, happy, Jewish women dancing in a free-open-air rave next to the Gaza jail where men are used to bed-sheet-covered females.

For the sake of your parents, grandparents, and great-grandparents standing inside the gas chambers of Hitler Nazi's camps praying in their last minutes for what's left of humanity to save them from dying of collective punishment from their ancient Jews' nailing of Jesus, do it for your parents, grandparents, and great-grandparents by pardoning the children in South of Gaza who never voted for the Hamas by stop the bombing South of Gaza and have a permanent ceasefire now. Prove that you Israelis are better than Hitler and his Nazis or else look at the fates of Hitler, the Nazis after WWWII (suicide, prison, land broken up with half to be given to Russia). As further punishment, Germany will have to take in a million Jews back to their Christian German land so the million Muslims taking in by Merkel to return to their Muslim land after we die with our young children doing reparation work. Same fate for America, England, France, and all Christian countries, even India and Japan (for supporting Israel during this war)—Less Muslim terrorist in your Christian countries, but more Jews for taking Satan's path of destruction is never a permanent solution with God's punishment of "what goes around comes around" or karma.

Most importantly Christians and Jews, perhaps your Christian religion is too gay for God to allow to you control the land of his son Jesus. It was your Christian people via the help of the Jewish religion of "all men are created equal" that made Christian nations or Western nations heaven of the gays for gays benefit the most in your Christian nations or Western nations. Perhaps you Christians don't cover your Jesus' naked sexy crotch so it encourages homosexuality even more inside churches with your closeted priests raping your poor choir boys.

OK I am done. My arthritis and tendonitis are done with you human animals. Off to prepare for a WWWIII and American 2nd civil war while praying for my survival. Take care my human animals.

---

Oh, Israel on 2/17/2024 (5:01 p.m.):

page 24-48 Opposition to the 3-9 Dismissal 23-CV-06047

In my animalist revenge (humans, like animals, still need fight for their survivals), I can understand it would be hard to resist the seductions of Satan with all his free and obese American bombs and all his chants from America and Europe praying how manly of Israel is to rain down more bombs into South of Gaza killing more and more Gazan children (1 Palestinian child just died of starvation and dehydration as reported on Al Jazeera 2/17/2024) who never voted for the Hamas terrorists for the killing and raping a few of my precious white-looking Israeli children and women, even though I stole the most of the Hamas terrorists' and their people's land, wiped out their country's name of Palestine and replace it with my new country's name of Israel, and jailed the left-over stubborn animals who refused to leave Israel in an open-air jail while preaching my Jewish religious words of "all men are created equal" and equal rights for everyone including the gays. ONLY GOD CAN HELP YOU NOW ISRAEL. NO MORE SATAN'S BOMBS IN SOUTH OF GAZA. TELL THE ANIMALS THAT YOUR GOD USED SOMEONE OFF THE INTERNET TO TYPE THIS LETTER TO DEMAND THAT YOU MUST STOP THE BOMBING FOR SAKE OF NOT KILLING ANYMORE OF THE ENEMIES' CHILDREN BECAUSE SATAN'S PATH IS NOT THE PATH FOR PEACE BETWEEN ISRAEL, NETANYAHU AND HIS BUDS, HAMAS, AND THE PALESTINIANS.

---

OK Israelis, Americans, white and ethnic people in Western countries, India, and Japan 2/16/2024:

I think that God/Allah created Hitler's German Nazi genocide for killing 6 million poor Jews to punish the ancient Jews (ancestors of the Israelis) for nailing his son, Jesus. Therefore, I, think, God's/Allah's punishments for Israelis (the descendants of those who nailed Jesus) for trying to steal all the land of Jesus in the last 75 years and now (currently as historic Palestine where Jesus was born) and all those countries who helped the descendants of the people who nailed Jesus to steal Jesus' birthland are the followings (It will be the reparation work of our future generation who wants to fix the mistakes of their parents and grand-parents while saving the environment not using war via extreme boycotting):

A. Israel to return all the stolen land to the Palestinians and only keep what England gave to the surviving Jews from Nazi's camps.
B. The volunteering expulsion all the Israelis who don't have direct ties with the poor Jews who were jailed in Nazi camps into America, all Western countries, and India (Indians spying for Israel living in Iran) and Japan (cutting off UNWRA funding while Gazans need it the most from starvation, diseases, and dehydration).

Yes, God or Allah (same thing in my view) is using you, Netanyahu, his war buds and IDF, and donated American freedom-equality bombs to punish the Hamas terrorist animals, Palestinian terrorist animals, Gazan terrorist animals, and Gazan children terrorist animals (even the 5 Gazan premature-incubator baby terrorist animals who died around the first month of battle because electricity was cut off by Israel) in the last 4.2 months for their actions, celebration, and denials of a tiny-tiny genocide of:

A. Shooting a poor colonizing-settler Israeli infant in his/her crib.
B. Possibly burning still-alive-after-getting-shot-at poor colonizing-settler Israeli baby(ies) in the fire along with Israeli colonizing-settler adult carcasses.
C. Kidnapping poor colonizing-settler Israeli infants(s) and toddlers to be used as precious war bargaining chips while being fed with milk and carried by your terrorist animal enemies. It's scary and painful to think that your poor kidnapped Israeli's tiny children are living in a tiny land currently being punished by you, Netanyahu, his war buddies, and America as you and they are trying to locate them poor babies by raining down free American bombs, blocking food trucks to

create starvation, and deliberating cut off water to create illnesses, diseases (hepatitis-A just erupted), and dehydration. Yes, I also see the pain of you Israel and even Netanyahu along with his war buddies and IDF for feeling the highest number of HUMAN deaths in a terrorist attack/war in one day during the last 2 decades (1,139), and 200 people kidnapped with 8,730 people injured even though you are the poor recipients of a tiny section of free stolen Palestinian land from the British colonizers as you were coming out of Hitler's Nazi gas concentration camps during WWII that killed 6 millions of your Jews; and in the last 75 years, you became colonizers and settlers of 65% more of Palestinian land, in which for the last 400 years was the place where the ancestors of the terrorist rats (the Hamas), the Hamas terrorist rats who was formed in Gaza, the Gazans (Palestinians living in Gaza), the Palestinians in the West Bank, the Palestinians driven out of land living in Egypt, Lebanon, Jordan, America, England, France, etc. Most importantly dear Israel and America, the Hamas terrorist rats said this is the land where their beloved Muhammad died and went to heaven, and we, Western countries, deliberately stole that "religious" land from them so that is probably why we see those evil, violent, suicidal, and religious Islamic jihadis in our land killing our children. I also that this is also the same land where your ancestors, Israel, lived in 2,500 years ago; however, I also know that your ancestors, Israel, the ancient Jews were the one who nailed God's son, the Lord Christ. Of course, I know very well that this is land where the Christian's Lord Jesus was born so that's why America, England, France, and rest of the Western countries are willing to destroy the safety of their children, country, and religious and democracy concept of "all men are created equal" by sending you free bombs and weapons to bomb off all the terrorists in Gaza (people of Gaza) while stealing the terrorists' also-religious land that sits top of a massive oil well which Netanyahu has already procured 6 contracts from oil companies to dig; and with Gaza sitting next to the beautiful seaside view looking out into the romance between Africa and the Middle-East as soon as all the Gazan rats are bombed off. All this stealing and killing work of religious land (the Holy land) and oil-rich land of Gaza while using the Bible while hiding under the Western words of "war against terrorism." This is return of the Roman empire with the Western empire coming back to fight the Ottoman empire to reclaim the Holy land. However, the main difference is this fight is the military of ancient swords, horses, girly Roman pleated skirts are now replaced with atomic bombs, rockets, and crazy jihadis in robes. Oh goodness, you men, your women, and your children will never learn without "tui", Trang, as a hard-core heterosexual female with hardcore heterosexual eggs.

D.  are fighting hard because they are jealous that the Southern European countries (Italy and its buds of Spain and Switzerland) have the Bible of Jesus via the Vatican City of, and they have nothing but Jesus biggest Christian land (America) siting in Jesus' biggest continent (the Americas), divorce-permission of Jesus via Church of England, and Jesus' hot fashion and hot language of the France.

I, as revengeful animal and an American banana, can think it is genocide against their occupiers, because those poor Israeli infants and children never had a chance to vote for Netanyahu and his IDF to be their government who impose such an inhumane apartheid system on their indigenous people (the Gazans, the Palestinians, and the Gazan violent militant group called the Hamas) whose land got stolen (75% and still losing more) while Netanyahu, his IDF, and most Israelis call themselves a civilized democracy white people. Those poor Israeli children never chose to come to steal Palestine and renamed it as Israel (the land where the Hamas said their Muhammad died and went to heaven, the land

where the Christians said their Lord Jesus Christ or God's was born, the land where the ancient Jews (ancestors of the Israelis) who happened to nail God's son Jesus lived 2,500 years ago). To an animal like me, babies (even premature babies in incubators) and people under 18 represent life of earth, humanity, a race, a religion, a type of people, a piece of that land, etc. Because we live in today's humanity with tons of bibles, religious books, many versions of God here and there being thrown in our faces, a billion self-help books/websites/radios/podcasts, etc. to help us humans control our animal instincts, I (a hardcore-heterosexual female with eggs) learned that harming people under 18 years old constitute a genocide even if they and their adults are the first to hurt me (so I must wait until they are 18).

Now let's discuss how God or Allah would punish Israel as the result of "civilized' democracy Israel, "able to be reasoned with" Netanyahu and his "humans and not animals" IDF in their animalistic revenge with generous-free-obese American bombs and probably guns from "nice guy" Biden and the great democracy of America. I, Trang, think the solution is for Gaza to be the Vatican City of Muhammad's religion with its own control of drinking water from the river via the "from sea to river" chant to pay for the sacrifice of those 5 dead Gazan incubator babies. Replace the name West Bank to Palestine as its own country of its own government and military, with no trace of any paw prints of the Israeli government and its army, police, and settlers. Kick out all Israeli and American (militia men and cowboys) settlers and hand them handsome fat checks for their hard work building the freeways and infrastructure of the land they are stealing and already in the West Bank in which the U.N. condemned.

If this aforementioned is not possible, then our children and grandchildren will fix their parents' and grand-parents' mistakes and turn Israel into a finally legit country (recognized by the U.N.) under the name of Israel-Palestine with the "true democracy" of allowing the returning of millions of Palestinians from Egypt, Lebanon, London, New York, America, etc. which will make Israelis the minority citizens (as what God truly intended when the British only gave the Nazi-camp Jews a tiny piece of Palestine to live and rebuild their tortured lives after the genocide of 6 million jews in Europe). However, your future Israeli generation will finally get peace and happiness living under true democracy laws that will protect them from being bullied and hurt by the Palestinian young generation. It will be true democracy in the Middle-East (right next to Africa). Those rich ex-settlers of the West Bank (American militia men from the North East of America and church cowboys) can use their fat checks to buy off properties around the place where their Lord Jesus was born and get permits to build their white people's churches (not Palestine people's churches). I believe their Lord would approve of this path because it involves no stealing and killing of indigenous people under their Lord's name.

Below is a list of acts which constituted a genocide in Gaza and even in the West Bank released by the hurt and hate of the Israelis, Netanyahu, his IDF, and the settlers in the West Bank (Israelis and Americans) in their animalistic revenge against the Hamas and its people:

A. The deaths of 5 poor premature Gazan babies during the first 4 weeks of this war because Israeli democracy deliberately cut off electricity, prevented fuel from entering Gaza via aid trucks, and refused to allow dozens and dozens of premature Gazan babies in the incubators to leave Gaza before showering down American generous-obese bombs in Gaza.

B. The deaths of 12,000 of Gazan children, 100 deaths of the West Bank children (one Palestinian child was attacked with blood spilling out by an IDF dog in a house raid according to Al Jazeera News), the missing of 2,000 Gazan children, the physical disability of 8,500 Gazan children, 19,000 Gazan orphans with no parents to take care of them during this war,

and lastly, the total of deaths of Palestinians is 28,000, total missing is 7,000, and total injured is 67,000.

1. Netanyahu said that the numbers are quoted by the lying Hamas terrorist animals government, and Biden even said he didn't trust the numbers in the earlier days of this war. On 2/24/2024, Biden's and America's spoke person John Kirby said that Netanyahu's IDF are protecting civilians more than American soldiers would--Perhaps subconsciously the colonizing-settler hearts of John Kirby, Biden, and America consider the Gazans (Palestinians in Gaza) and the Palestinians in the West Bank as animals (rats) so they don't fit in their definition of "civilians" to be qualified in their democracy protection of civilians in this war). I am sure their Lord Jesus Christ would consider the Gazans, the Palestinians in the West Bank, and the Palestinians abroad as humans or civilians because Jesus himself was born in their homeland (historic Palestine in the last 400 years). Jesus was born in the same location 2,000 years ago next to the mouth of black Africa (top right area of Africa where the skin shade is lighter than black, and more Muslim looking being next to Egypt). I am sure your Lord Jesus as God's son wouldn't think he was an animal or a rat by being born in this Palestinian area 2,000 years ago to have such compassionate heart as a man to come up with such Godly words via God's Christian door. I am sure the science of all races and religions will confirm the Palestinians do fit the definition of human beings so they must be considered as be civilians in a war, too. The internet via many news prominent websites and even Israeli news websites said behind the door Biden called Netanyahu "an a...hole" and "a bad f... guy." As an ethnic American, I, Trang, would consider these names are names for person who failed miserably in protecting civilians in this war through the action of his army called the IDF. What do you think Kirby?
2. While us humanity mourns with Israel, Netanyahu, and his IDF for the highest Israeli deaths and injured in one day in terrorist attack or war of the last 20 years, we should also mourn Israeli' enemies great loss too for this war kills both sides (Hamas initiated the war, and Israel pushed the buttons to throw out indiscriminate bombs), or else the Hamas and their young generation of international sympathizers won't care. This Israel-Hamas war killed the highest number of journalists in the last 30 years as stated by NPR in December, 2023 (around 120), and they are mostly Palestinian journalists. U.N. lost the highest number of U.N. workers in a conflict (around 130) even though 12-13 U.N. workers are accused of being Hamas by Netanyahu out of 13,000 U.N. workers around the world. Those Hamas-infected U.N. workers are probably regular Palestinians being hired by U.N. to work in Gaza and they got caught up in the Hamas movement and joined in, for U.N. condemned Israel for defying its internation laws for stealing more of Palestinian land in the West Bank (Israeli and American settlers) to be closer to Jesus' birth town to rebuild this God's Kingdom of theirs as stated in their Bible for I believe Bethlehem (Jesus' birth town) is part of the West Bank which U.N.'s international law recognized as left-over land of the Palestinians after fighting dated back to the 70's or 80's.
    1. Some Palestinian journalists in the heart of Gaza was told by their Palestinian refugee neighbors to shelter elsewhere because the IDF were sending rockets to explode the house(s) of the journalists with their entire families in it (their parents and their children). Even your Margaret of Face the Nation in February 2024 interviewed a white-sounding American journalist who recently went into Gaza with

IDF as his guides and he said he saw no Palestinians around (probably a newly created buffer zone between Gaza and Israel). He told Margaret that he thanked all the courageous Palestinian journalists inside Gaza who risk their lives to send out reports and pictures of the true devastation of this war (Al Jazeera Muslim News is where you can get most of the pictures not shown in American news). He said Netanyahu doesn't allow any foreign journalists inside Gaza without his IDF's strick supervision to document the destructions of his revenge.

2. In December 22nd, 2023, US Defense Secretary Austin said that 50% Israeli bombs are dirty bombs- dumb bombs, bombs missing targets, unnecessary bombs, wasteful bombs, bombs that could be used to help Ukraine for Ukraine didn't steal land from Russian (Ukraine is not colonizing Russian land). After 2.5 months of bombing in the dark with one eye closed, on KPFA radio with a self-hating American Jew as the host and his guest was a woman monitoring the war, the woman informed the audience that Netanyahu and IDF are asking Biden and America to send them slimer bombs-- These free, free, and free obese American bombs that Biden and America donated were too too fat for anorexic Gaza to precisely strike the Hamas terrorist rats in tunnels are running and hiding underneath, next to, between civilian buildings, houses, hospitals, schools, churches, Mosques, etc. Most importantly, Netanyahu and Biden might not know this, but an animal like me can see nearly 35-40% of Gaza has been flattened via satellite pictures to CONCLUDE the possibility of some high number of deaths of these Palestinian children who NEVER voted for the Hamas terrorist animals as their government in which who started this war with its colonizers (Israelis) for the severe Israel's apartheid system as a democracy (with the wholeheartedly support of the great American democracy) that prevent some of the Gazan and West Bank children to see and get hugs from their grandparents, and get candies from their grandparents who live outside their assigned territories. This Israel-Hamas war marked the first war in humanity (Yes, Israelis: the Palestinians, Gazans, and the Hamas terrorist animals fit the science definition as humans) to have children as 40% of the population in the war zone. Furthermore, this war marked humanity's first war where the war zone is surrounded by military fencing which prevented the children to flee; along with the smallest piece of war-zone land in the size of 42 km or 26 miles (twice the size of Washington D.C. where 700,000 Americans live) where 840,000 children inhabit; and perhaps even the first war where water was deliberated cut off for the children to drink, clean (washing hands after bathroom #2 regime which probably lead to the recent eruption the hepatitis A outbreak), and wash babies who just popped out in births.

C. The possibility of massive amount of dead Gazan children in South of Gaza (the last area where Israel hasn't completely bombed out (the safe zone), but the bombing has begun already 2-3 days ago).

I, Trang, made an amateur theory that God punished the ancient Jews for nailing his son (Jesus) by killing 6 million poor Jews who never nailed Jesus as collective punishment in Hitler's German Nazi closed-gas-warehouse-starvation camps for their ancestors' sin. Now, around 2,500 years later, the descendants of the ancient Jews who nailed God's son are demanding the back their ancient Jew ancestors' land where God's son Jesus was born by flaunting their Bible to rebuild this new God's

kingdom even at the cost of blood, deaths, and all land of historic Palestine (if possible, even though 75% has been already stolen, and currently stealing more in the West Bank with Israeli and American settlers conducting harassments, violence, and even kill Palestinians while stealing land, olive crops, and recently destroyed 40 baby olive trees from Palestinian farmers during the war. Netanyahu called all these actions as "peace keeping actions" to prevent uprising of the Palestinians in their own West Bank territory). Even though the Palestinians and their ancestors have been living historic Palestine (now Israel) for ONLY the last 400 years, the Hamas terrorist animals said they are fighting to defend the land where their Muhammad died and went to heaven. One of the top Hamas terrorist animals who currently being hunted down in Gaza by Israel was one of the children whose parents were killed and kicked out of historic Palestine since 1947. The Israelis claim the land was given to them by God, but God via the British only gave the Jews from the Nazi camps around 10-15% of historic Palestine land in 1945 when the British was first white colonizer that land/country. Now after 75 years, Israelis own 75% and more of historic Palestine land thanks to the yearly welfare checks and bombs of 3.5 billion dollars of hard-earned tax money of the bananas of America (the finance commissioner of Israel proudly stated that Israel is not a "banana republic of America" on 2/5/2024 for Biden's sanctions on 4 Israeli settlers as his effort to win votes. Biden calmed the American bananas down by stating that he didn't impose sanction on any "American" settlers in the West Bank).

What do you think God's punishment would be for those Western "colonizer's heart" countries, the Asian "colonizer's heart" country called Japan, and the Hindu Asian country that forgot its painful British colonizing past called India who support Israel to steal more of Jesus birthland knowing that the ancestors of the Israelis nailed God's son Jesus while they all sing, dance, and come out of their gay closets to celebrate their great civilized democracy of freedom, freedom, freedom, and equality for all by chanting the Jewish religious words of "all men are created equal" in America, Israel, Europe, and around the world?

Permanent ceasefire now and return all poor hostages of the Hamas and poor prisoners of Israel's administrative detention with our God's or Allah's forgiving hearts for our lost enemies. The Hamas terrorist government only leaves if the Israel democracy colonizing terrorist government of Netanyahu and his IDF leaves. Thank heavens there are self-hating Jews in the West Bank, America, Europe, around the world, and perhaps even Israel to help the Gazans and the Palestinians to get their freedom, and most importantly to prevent a collective punishment which might involve them and their self-hating Jews children and grandchildren in a WWWIII as we old farts die off. Palestine belongs to the young generation (all pro-Hamas protestors around the world are mostly young farts of all races while pro-Israel protestors are mostly old white-looking farts). If the children of the Palestinians who were killed and got driven off their land since 1947 can create this pain on Israeli on October 7th, imagine what the surviving children in South of Gaza would do after we die if Netanyahu, his IDF, and Biden are allowed to flatten the last section in Gaza which started 2-3 days ago with American free, free, and free bombs.

Peace now to the Gazans, Israelis, Palestinians, and the world before God sprinkles us with nuclear bombs. Take care suckers. Off to prepare for a WWWIII if the human animals can't wait for A.I. to do the job for God to kill off poor planet earth's human cancer.

Tell your enemies that you care for the future of your innocent children, grandchildren, and race in this Holy land where Jesus was born, Muhammad died and went to heaven, and your ancient Jew ancestors lived 2,500 years ago so you are willing to take the first step of a permanent ceasefire and let's release all hostages and administrative detention prisoners, and be BFF's.

EXHIBIT (D) Bad things in Gaza

10/2023 13-year-old Christian Palestinian boy died with family in church bombed by idf.

-Self-hating jewish children said Israel is doing collective punishment in Gaza.

12/14/2023 KPFA radio's show called Flashpoint by a Jew man at 6:20 p.m. interviewed a female Palestinian journalist. She said "American buudoseres called Caterpiller driven by IDF flattened the rubbles where still-alive people might be buried after bombings. Trang said how is this not a genocide according to American democracy's standard to protect Isarel's democracy at all cost? She said in the Israel, Palestians are banned to sing Happy Birth song in Arabic. Imagine America prevents the Indians and the Latinos to sign happy birth in their languages to force them to only use English? Trang said this is what America 100 years ago would do, but to support Israel's democracy at all cost is no wonder the end of the American empire for its blatant hypocricy of the democracy values. Yeah folkd, this Israe-Hamas war will end all America's credibility with the world and its young generation who wants to make things right. The next empire is China-Russia-Asia spanning from the Middle-East to the East. Then it will be the African empire with South Africa's work in it genocide lawsuit against Israel (ONLY IF BLACK SOUTH AFRICANS STOP KILLING WHITE SOUTH AFRICAN FARMERS TO END IT HYPROCISY REVENGE, TOO, LIKE THE ISRAELI AND AMERICAN SERTTLERS IN THE WEST BANK KILLING PALESTINAINS AND STEAL THEIR LAND) WITH GOD SENDNG DOWN A BLACK AFRICAN REPRESENTATIVE TO HELP THAT POOR CONTINENT WHILE CHINA HAS BEEN HELPING TO REBUILD AFRICA WAY BEFORE AMERICA DID.

12/21//2023 on KPFA AT 6 P.M. BAY AREA, a Palestinian man cried on radio saying his mother and sister were stacking against the wall while on the phone with him saying "I love you" as idf were bombing here their house. He couldn't be there for them.

12/24/2023 IDF Bombed another Safe zone refugee area killed 70 the day before Jesus was born. I, TRANG, WANTS TO ASK THE CHRISTIANS IF THEY WERE THE ISRAELIS FIGHTING THIS WAR, WOULD THEY REDUCE THE BOMBING A BIT ON THE EVE OF THEIR CHRISTIAN JESUS' BIRTH AND ON CHRISTMAS DAY WHILE FIGHTING FOR JESUS' LAND? ISRAELIS DON'T CARE FOR YOUR JESUS. JUST CHECK HOW MANY GAZANS DIED THE DAY BEFORE AND THE DAY OF YOUR JESUS BIRTHDAY WHILE YOU ARE CHEERING ISRAELIS, IDF, AND SENDING YOUR FREE AMERICAN BOMBS. I WOULD THINK THE ISRAELIS WOULD BE A BIT CONSIDERATE FOR NOT BOMBING TOO

MUCH ON THE EVE AND ON THE BIRTHDAY OF JESUS CONSIDERING IT WAS JESUS PEOPLE AND THEIR JESUS MONEY THAT SENT THEM THE FREE BOMBS THEY ARE FIRING OFF INDISCRIMINATELY. PERHAPS, I HAVE TOO MUCH COMPASSION AS A WOMAN AND AS A BUDDHIST TO APPRECIATE MY FREE GIFTS. THEN AGAIN, I WOULD BE A FOOL TO THINK THAT THE ISRAELI WOULD CARE ABOUT JESUS BIRTHDAY WHEN THEIR DNA'S FROM THE PAST (ANCIENT JEWS) NAILED JESUS. NO WONDER THE POPE POPED OUT HIS HEAD AND SAID TERRORISM WORK BY IDF WHEN THEIR SNIPER SHOT 2 CATHOLIC FEMALES TO DEATH (A MOTHER RUNNING OUT OF AN ANCIENT CATHOLIC CHURCH TO GO TO THE RESTROOM AND HER DAUGTHER RUNNING OUT TO PULLING HER INJURED BODY. NO WONDER THE FINANCE MINISTERS OF ISRAEL DARED TO CALL YOU WHITE AMERICANS AS BANANAS WHEN HE SAID "ISRAEL IS NOT A BANANA STATE OF AMERICA" AFTER BIDEN IMPOSED 4 SSANCTIONS ON 4 MINOR SETTLERS IN THE WESTBANKS WHILE WAITING FOR ANOTHER OBESE CHECK TO BE APPROVED IN THE HOUSE AFTER THE SENATE VIA MIKE JOHNSON SIGNED A BILL FOR IT AFTER THE BORDER BILL GOT REJECTED. IN THE MEANTIME, YOU AMERICAN BANANAS ARE CHEERING FOR ISRAELS AND IDF. I, TRANG, NOW

COMPLETELY UNDERSTAND WHY JESUS WAS NAILED FOR THE SINS OF HIS PEOPLE (JESUS PEOPLE AND CHRISTIANS AND EVEN JEWS AND ISRAELIS). Before this war, I often thought, why would God kill Jesus for Jesus' people's sins. Now I see the point. Shame shame America, Jesus people, Christians, Jews and Isralies. Shame shame for me, Trang, too for living in America and sucking and making money out of Jesus' name. Sorry Jesus. I am doing everything I can to stop your people (even relinquishing my American citizenship eternally to protests) from killing your integrity as the man nailed hanging onto what's left of his starving and dehydrated life while his people enjoy so much food and beer that the fat ate all their bodies up into human obese and fat blobs with guns and bombs while calling themselves civilized, equality, and freedom people.

I TOLD YOU CHRISTIANS IN AMERICA THAT YOU HAVE JESUS' HEART BY BEING VERY GENEROUS TO HUMANITY BY DONATING MONEY, FOOD, MEDICINE; HOWEVER YOUR YEARNING FOR JESUS' BIRTHLAND BY HELPING TOE ISRAELIS TO KNOCK OUT THE PALESTINIANS IN THE LAND FOR THE LAST 400 YEARS IS NOT FOLLOWING JESUS' PATH. IT'S FOLLOWING SATAN'S PATH TO SATISFY YOUR COMPLETE CONTROL OF JESUS' EVERYTHING. FOLLWING

SATAN'S PATH IS ONLY A TEMPORARY SOLUTION. FOLLOWING JESUS' PATH TO HAVE A PERMANENT CEASEFIRE AND LET'S COMPROMISE BASED ON BOYCOT AND HUMAN'S REASONING.

12/25/2023 Al Jezeera said israel hits Betlehem (JESUS TOWN)in the west bank with raids. West bank is not even the war zone like gaza. Hamas fired from gaza, not west bank. Idf attacked jenin refugee camp and several arrested.

12/26/2023 IDF said they will check when it is reported that Red Crescent headquarter was bombed and 4-5 staff was killed.

12/29/2023 on Bloomberg radio on A.m. chanel, and IDF rep said israel is sad and grandy that U.N. won't condemn Hamas for deadly rockets at Israel in civilian area so Israel has the right to bomb. Trang said it's probably you stole their landand treat their people like animals, so go ahead and fight each other to death, BUT NOT ON MY HARD-EARNED ETHNIC AMERICAN TAX DOLLARTS (EVEN IF I PAID A PENNY).

-First Voice Media (indigenous-american radio on KPFA) interviewed Palestine Freedom Project woman and she said Israel won't let her go back in Gaza or Palestine. TRANG SAID TO AMERICANS THAT IF YOU WANT THOSE PRO-HAMAS PROTESTORS TO GO BACK WHERE THEY BELONG OR TO GAZA OR PALESTINE, YOU HAVE TO TELL ISRAEL THAT YOU WON'T BE SENDING THEM YOUR HARD-EARNED TAX DOLLARS AND WEAPONS TO DEFEND YOUR OWN LAND IF THEY DON'T OPEN THE DOORS FOR THE HAMAS LOVERS TO RETURN TO GAZA AND PALESTINE. ISRAEL IS SCARED TO DEATH TO ALLOW THEM TO RETURN FOR FEAR THE POPULATION OF GAZA AND THE WESTBANK WILL BE SO HIGH ISRAEL WON'T BE ABLE TO CONTROL THEM. THAT'S WHY ISRAEL WANTS THAT BURDEN ON YOU AMERICAN BANANAS. ISRAEL RATHER SEE THEM HAMAS LOVERS IN AMERICAN DOING TERRORISM WORK ON

AMERICAN SOIL WHILE ISRAEL SUCKS YEARLY AMERICAN WELFARE IN MONEY AND BOMBS THAN OPEN THE DOOR FOR THEM HAMAS LOVERS IN AMERICA TO RETURN TO ISRAEL, GAZA, AND THE WEST BANK. GO NETANYAHU, GO IDF, AND GO ISRAEL FOR YOU HAVE OUTSMARTED BIDE, AMERICAN TROOPS, AND AMERICANS.

-AL JEZEERA SAID IRAN JUST EXCUTED 4-5 IRANIANS SPYING FOR ISRAEL AND 1 OF THE CHARGES IS SINS AGAINST God. See America, even your Iran enemy is fighting for God so this is their religious war, too. That's why you see those religious jihadis in your American land doing their God's work to cause pain on your americans in return of you causing pain on therm stealing land where their Muhammad died and went to Heaven (Palestine), and placed your American troops all over their religious muslim land.

1/2/2024 5 Palestinian Red Crescent (Red Cross) in headquarter located in hospital died.

-Monkeys died of starvation in zoo. Trang said Gaza has zoo? Not too poor before war then to have a zoo, but still extremely poor compared to rest of the world.

-Laith Arabeth, IDF soldier, pictured abducitnga Gazan infants into Israel.picture on X social website: MSF

1/7/2024 John Pilger friend of KPFA radio died

1/9/2024 Gazan dentist's family (mother and a few children) died in IDF bomb as they sheltered.

- Only 3 doctors left in Al-Aqsa
- A 5-year-old daughter of a doctor of Doctors Without Borders at Hospital in central Gaza died

1/22/2024 UNICEF said 6 dead Gazan mothers performed emergrncy cesazn births without anesthisia. In this war, I learned that Jesus' mother also had difficult time carrying Jesus for she had to flee violence, too. Poor women.

1/25/2024 Israel bombed where people are waiting for humanitarian aidkilling 20, and injury 150. That person reported asked, "HOW IS THIS NOT A GENOCIDE?'

Opposition to the Dissmal

Page 35-48 5-8 Case 23-CV-06047

-IN THE West Bank, 17 year old American Palestinian boy from Luisianna shot dead by IDF while driving in a truck to get bbq equipment for rock throwing activity. Later, I, Trang heard IDF killed because they suspected he was working for Hamas.

1/26/2024 DailyMail.com said UN will fire 12 UN workers suspected to be Hamas participating on 10/7.

-KPFA said NO MAJOR NEWS OUTLETS REPORTED ON TODAY'S ICF'A JUDGMENT ON AFRICAN GENOCIDE CASE AGAINSTISRAEL.

-US IMMEDIATELY SUSPENDED FUNDING TO UN WHILE 12 UN WORKERS ARE BEING INVESTIGATED OF BEING HAMAS WHILE THE GAZANS NEED THE MONEY THE MOST FOR WATER, FOOD, MEDICINE, AND ELECTRICITY. I, TRANG, SAID, THE US WAS IN NO HURRY TO SUSPEND THE BOMB GIFTING TO ISRAEL EVENTHOUGH IT KEEPS YELLING AT ISAREL FOR DOJNG MORE TO PROTECT CIVILIANS WITH BOMBINGS AND ALLOWING AID TRUCKS TO GET IN, AND EVENTHOUGH IN LATE DECEMBE, LLOYD AUSTINS SAID 50% OF ISAREL'S BOMBS IN GAZA ARE DIRTY BOMBS. U.S. RATHER KILLED GAZAN WITH BOMBS, STARVATION, DEHYDRATION, WITH NO MEDICINE AND ELECTRICITY FOR SURGERY AND CHILDREN AND PATIENTS IN LIFE SUPPORTING MACHINE FOR 12 UN WORKERS YET TO BE CONFIRMED IN INVESTIGATION OF BEING HAMAS. NETANAHU CAME OUT ACCUSING THESE 12 UN WORKERS OF BEING HAMAS THE DAY AFTER THE UN'S COURT ICJ ISSUED A RULING THE THE SOUTH AFRICA GENOCIDE CASE AGAINST ISRAEL COULD GO FORWARD AND ORDER ISAREL TO SUBMIT A REPORT ON HOW THEY PLAN TO PROTECT CIVILIAN LIVES IN BOMBING AND AID TRUCKS TO PREVENT ACTS OF GENOCIDES.

-500 MEDICAL WORKERS HAVE DIED ALREADY. LITTLE VACCINES, NO MEDCINE FOR FLU AND COLD SICKENESS

-on npr of a show called "this American Life" with the host a a young male Jew (I think) recording the story of a young Mother who left Gaza to Egypt. She was in so much rage that she couldn't talk. Her family suggested she gets therapy. She told her female cousin that she saw kid(s)blown up into pieces because of IDF bombs. She snapped at her cousin asking her to go out and have fun by saying"how can you go out when people are dying?" her father cried with her daughter after er daughter was shocked to discover water coming out of the faucet in which at first the daughter said"there's no water."

-Face the nation show on radio via KCBS news with reporter name CHarliesaying he's grateful for all the journalists in GAZA to send information out because he was onlyallowed to be in the new buffer zone area as a journalist accompanied by IDF and he didn't see any Palestinians. Netanyahu wouldn't let any foreign journalists in.

-112 Gaza Journalists died.

-save the Children organzition said only about 25% of aid trucks are allowed into GAZA. Delivery in North Gaza isnearly imposible.

-Israel said it will investigate 4 settlers attacked 2 truck drivers into Gaza. Around this time, I, trang, was shocked to hear that Members the hostages are blocking aid trucks to enter from the West Bank to protest against Hamas when aid trucks deliver food, water, and medicines to keep your precious hostage family members

Page 36-48 Opposition to the Dismissal 6-8
Case 23-CV-06047

alive so hamas can use them to make better deals, especially those poor infant and toddler hostages for they make more valuable war chips for Hamas.

1/29/2024 Israel said that it would investigate 1 Palestinian man walking with 4 other men in West Bank with hands up with white flags.

1/3/204 KPFA radio said at 6p.m. said conservative Israel had a conference to take back Gaza & said God gave us permission to rebuild God's land.

-NPR radio at 7.p.m. said that at a West Bank hospital, IDF disguised as a female and Males with Palestinian beards killed 3 Hamas living as patients (2 brothers) WITHOUT SHOWING EVIDENCE THEY ARE HAMAS. NO ARREST, NO JAIL, NO COURT, JUST KILL AS JUSTICE OF ISRAEL DEMOCRACY THAT AMERICAN DEMOCRACY ISSUPOORTING AT NO COST.

1/31/2024 Al Jezeera news said 30 bodies ??????????????

2/20/2024 Al Jezeera said US state department spokesperson Mathew Miller responding to allegations of sexual abuse of Palestinian detainees by IDF saying to Israel, "we have ben clear that the civilians and detainees must be treated humanely and in accordance with international humanitarian land." While we are trying to past this mike johnson's obese check to you dear IDF and Israel to do more killing hamas work. The last sentence was my sarcastic work plugging the action of America while trying to express concerns about israel's possible wrongdoings. OH AMERICA, THIS WILL BE THE END OF YOUR EMPIRE FOR THE WORLD AND YOUR CHILDREN SEE YOUR HYPOCRISY FOR SENDING BOMBS TO KILL THOUSANDS OF CHILDREN WHO NEVER VOTED FOR THE HAMAS AS THEIR GOVERNMENT. WHOSE GOING TO WANT TO FOLLOW THAT AS THEIR LEADERS? AND YOU ARE BROKE WITH 35 TRILLIONS IN DEBT. I MIGHT BE BROKE TOO BUT ATLEAST BEING SEMI-HOMELESS WITH LITTLE BILLS, I PAID OF $30k IN CREDIT CARD DEBTS SINCE I BECAME CRIPPLED AND MENTAL AND LOST MY CONDO. AND I TAMED MY SPENDING TO NEARLY NOTHING LIVING A HEALTHY BY COOKING SIMPLE FOOD FOR MYSELF AND REDUCED BY SPEDNING BY 90%. PLUS AMERICA, YOU'RE TOO GAY AND FAT, TOO WRINKLY FROM GOING OUT INTO THE SUN WHEN YOUR BEAUTIFUL WHITE SKIN IS NOT MADE FOR THE SUN-- THAT'S WHY YOUR YOUR CHILDREN HAVE SIGNED THEMSELVES INTO MINNIONS OF CHINA VIA TIKTOK AND MORE IN THE FUTURE IF YOU DON'T VOTE FOR A CEASFIRE IN UN COUNCIL MEETING AND STOP SENDING BOMBS AND WEAPONS TO ISRAEL. NOT MY PROBLEM FOR I AM LEAVING YOU TO RETURN TO MY POOR BIRTHLAND VIETNAM. I DON'T THINK VIETNAM WILL BE BOMBED IN THE NEXT 50 YEARS. I AM NOT A MINNION TO CHINA SO I WILL NEVER SIGN MYSELF ONTO TIKTOK FOR CHINA TRY TO KILL VIETNAM A FEW YEARS AGO FOR SOME LAND DISPUTE AND POISONED VIETNAM WATER TO KILL SO MANY POOR FISH.

2/21/2024 KPFA via a Jewish person interviewing a hospital male worker with an American accent returning to Chicago from Gaza said" DOCTORS ARE FORCED ON ALL FOURS CRAWLING AROUND WITH LEASHES AROUND THEIR NECKS IN WITH THEIR UNDIES INFRONT OF THEIR COLEAUGES AND OTHER PRISONERS BECAUSE IDF HASN'T HAD ANY LUCK FINDING HAMAS IN HOSPITAL."

2-24-2024 Al Jazeera reported that an IDF Izador Elgabril posted on his TikTok account celebrating and laughing saying "a little BBQ is great fun" after burning a residential building in Zeitoun neighborhood

2/25/2024 Al Jezeera said 2 sisters were shot looking for food outside agriculture land in in Nothern Gaza in Beit Lahiya. Hunger forced sisters to go to dangerous places in order to get food. Hadeel Aghlais

died but her sister Iman Aghlais survived. Another child who witnessed the murder said Hadeel was shot twice (heart and jaw), and "Even the donkey was injured, we are hot guilty of all this, we want a solution."

-Last time food was delivered to Northern Gaza was January 23. 2-month old palestian babied died from starvation northern Gaza

-Orthodox Jews vandalized graves in Jerusalem and took over Muslim shrine.

-SOMEONE JUST SET HIS/HERSELF ON FIRE AT THE ISRAELI EMBASSY IN D.C. LIKE THE BUDDHIST MONK SET HIMSELF ON FIRE TO PROTEST AGAINST THE VIETCONG TO END THE WAR. HOW SAD. ANOTHER 'WEIRD' COINCIDENCE COPYING A BUDDHIST MONK SETTING HIMSELF ON FIRE AND I AM THE FEMALE BUDDHA COMING OUT IN FULL FORCE THIS WEEK USING THIS LAWSUIT TO DECLARE WHO I AM AND NOT BEAT AROUND THE BUSHES AND SAY "I THINK I AM, I CLAIM I AM."

EXHIBIT (C) Bad things in Gazz

I can't type this because my arthritis & tendonitis no longer allow me to do so. 2/29/2023

[illegible] 5 pm Flash point (w/) Dennis interviewed reporter Richard Silverstein about killing refugees South Gaza to rescue 2 hostages [illegible] Jews are disgusted [illegible] right wing that [illegible] any [illegible] when President quoted the Bible [illegible] killing of palestinians like 6 [illegible] family in Mosque

VIDEO Rather in Gaza. KFKA 2/20 [illegible] said IDF fired at people waiting for food

land & street - of said by a Jewish person in Tel Aviv of Jewish human rights. Palestinian people there in West Bank of violence of settlers & IDF.

1/11 Jewish equality activist in West Bank said the Israel army is mostly composed of new settlers & given arms by Israel. They actually killed some Palestinians in West Bank Masa Yata (town he works in). Settler walked down settler walked down the town next to where settler lived & shot 17th year boy in the stomach after October 7th attack. Another settler if I see you today, I will arrest & kill all of you. He talked about olive trees (don't I suggest buy olive oil from Israel) that belong to the Palestinians. Tractor to their land, ask Israel army to ask permission to tract their own farm land. Army can carry guns & declare that their land as Israel military land. They took took away tractors & kept. Everything the Palestinians Americans saying is true

KPFA on Jewish man radio called "full circle"

according to this Jewish

didn't know the [illegible] happening

Page 40-48

Opposition to the 2-10 Dismissal

23-CV-06047

1/12 Netanyahu quoted Quoted

by now 57,000 are injured & crippled

fighting genocide "we are fighting terrorists, we are fighting lies. Today we saw a upside-down world. Israel is accused of genocide while its fighting against genocide."

Israel is fighting murderous terrorists who carried out crimes against humanity: They slaughtered, they raped, they burned, they dismembered, they beheaded - children, women, elderly, young men & women. The hypocrisy of South Africa screams to the heavens"

—On Oct 28th Netanyahu said to ground troops preparing to enter Gaza to "remember what Amalek has done to you."

→ according Al Jeera - this "refers to Biblical command by God to Saul for the retaliatory destruction [illegible] of people."

1/13 - 2 nurses [illegible] who not [illegible] died in Gaza
- 300 children soldiers (under 17) got arrested - where they jailed with adults)

1/14 Shay Stevens at 1pm KQED radio said that some organization only [illegible] 14% [illegible] since [illegible] WHO said [illegible] allowed them in [illegible]



**Need more help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (866) 331-2235.

SAN JOSE CA
SOCIAL SECURITY ADMIN
280 S FIRST ST
ROOM 244
SAN JOSE CA 95113

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

**The Following Pay Stubs Were Received:**

| Pay Date | Employer | Total Wages | Date Received |
|---|---|---|---|
| 06/21/2023 | IHSS | $266.56 | 08/17/2023 |
| 06/27/2023 | IHSS | $864.24 | 08/17/2023 |
| 07/26/2023 | IHSS | $11.43 | 08/17/2023 |
| 07/26/2023 | IHSS | $266.56 | 08/17/2023 |
| 08/01/2023 | IHSS | $971.04 | 08/17/2023 |
| 08/15/2023 | IHSS | $971.04 | 08/17/2023 |

→ Palestinians has not worked in 3 money. No money since war.

Page 42-48

Opposition to the 4-10 Dismissal

23-CV-06047

(1) Peeking opposite for apartheid
(2) Internet cell phone
(3) tooth brush

BBS

IDF
they called journalists in car "suspects"

exec Wael Dah death

Shot toddler in West bank in a car ~~ramping~~ attack in West Bank. Toddler was not in vehicle involved in incident.

1/7 Al Jazeera said as journalist son of Al Jajeera's ~~top exec~~ ~~fellow journalist~~ killed along with another journalist, IDF

KPFA
10 children losing limbs everyday

1/4 of Gazans are about to suffer starvation & shortage of vaccines for new babies because IDF prevents trade aids

cholera, typhoid, etc.

polio, [illegible], etc

1/2 killed family ~~of~~ and hospital senior personal

1/3/2024
Bombed in safe zone
Al Najja hospital
Khan Younis
12 children
Hospital

Page 43-48 Opposition to the 5-10 Dismissal 23-CV-06047

2/3 Aljazeera

Original Service Price $279.96

(1) @ Mustadim, "Settler terror is a daily reality"

Savings

My Best Buy Total™ savings ($279.96)

(2) Video shows Israeli military opening fire as civilians flee Khan Younis

**Work Order Subtotal** **$0.00**

*Taxes not included*

**Transactions**

- 27,238 died
- 66,452 wounded
- 136 hostages

*Estimated transaction amounts, Taxes not included*

**Final Balance Due** **$0.00**

(3) Bodies of "torture victims" found at Gaza School

**Password Disclaimer**

*It is Geek Squad policy to recommend changing your current password(s) after we have completed our repairs.*

(4) 2/4 - Israel call America a banana republic = Iran told Muslims they are fighting American colonism with all the [illegible] in bases of all American troop in Muslim

**Terms and Conditions**

*I, MAITRANG NGUYEN , agree that repairs have been performed in a manner that is satisfactory to me.*

*Customer Signature* *Date* *Agent Signature* *Date*

AN ESTIMATE AS REQUIRED (SECTION 9844 OF THE CALIFORNIA BUSINESS AND PROFESSIONS CODE) FOR REPAIRS SHALL BE GIVEN TO THE CUSTOMER BY THE SERVICE DEALER IN WRITING, AND THE SERVICE DEALER MAY NOT CHARGE FOR WORK DONE OR PARTS SUPPLIED IN EXCESS OF THE ESTIMATE WITHOUT PRIOR CONSENT OF THE CUSTOMER. WHERE PROVIDED IN WRITING, THE SERVICE DEALER MAY CHARGE A REASONABLE FEE FOR SERVICES PROVIDED IN DETERMINING THE NATURE OF THE MALFUNCTION IN PREPARATION OF A WRITTEN ESTIMATE OR REPAIR. FOR INFORMATION CONTACT THE BUREAU OF ELECTRONIC AND APPLIANCE REPAIR, DEPARTMENT OF CONSUMER AFFAIRS, SACRAMENTO

2L

Page 44-48

Opposition to the 6-10 Dismissal

23-cv-06047

# of IDF have attacked 4 toddlers

#

1/10 [illegible] now on KPFA, settlers [illegible] state law & street [illegible] said by a Jewish person in Tel Aviv of Jewish human rights! Palestinian people die in West Bank of violence of settlers & IDF.

1/11 Jewish equality activist in West Bank said the Israel army is mostly composed of new settlers & givens arms by Israel. They actually killed some palestinians in West Bank Masa Yafa (town he works at in). Settler walked down settler walked down the town next to where Settler tired & Shot 17th year boy in the stomach after October 7th attack. Another settler if I see you today, I will arrest & kill all of you. He in talked about Olive trees (don't I suggest buy olive oil from Israel) that belong to the Palestinians. Tractor to their land, ask Israel army to ask permission to Tract their own farm land. Army can carry guns & declare that their land as Israel militaryland. They took took away tractors & keep. Every thing Palestinians Americans saying is true

KPFA on jewish man radio called "full circle".

according to this Jewish activist

[illegible] didn't know this was happening

opposition to the 7-10 Dismissal

23-CV-06047

Social Security Administration

SOCIAL SECURITY ADMIN
280 S FIRST ST
ROOM 244
SAN JOSE CA 95113

Date: December 1, 2023
BNC#: 23VL264G63422

M[illegible]TRANG T NGUYEN

3 young palestinians around 17 standing in central area of town alone. One was shot, the other one his brother ran to help him & another one ran to help was shot. Atleast 1 died. They posed no threat. There was video footage of the incident.

Thank you for contacting us to report work or changes in your work.

The information shown below has been forwarded to a Representative to determine what effect this change will have on your Social Security and/or Supplemental Security Income benefits.

If any of the information shown below is incorrect, please contact us at 1-800-772-1213.

**If You Work Or Want To Return To Work**

We have a free and voluntary program called Ticket to Work that helps people who get disability benefits go to work. If you participate in this program, we may set aside review of your medical condition. Special rules may allow you to keep your Medicare or Medicaid and some or all of your disability benefits during your transition to work. Over time, you can replace your benefit payments with earnings from work. Please visit https://choosework.ssa.gov/ to find a list of service providers, including benefits and work incentives counselors, who can help you find, prepare for, and keep a job. For more information, contact the Ticket to Work Help Line at **1-866-968-7842** ( TTY **1-866-833-2967** ).

If you are working and have substantial earnings, you may have the option to request that we withhold your cash benefits to avoid being overpaid while we review your earnings. Please contact us at **1-800-772-1213** or your local office to learn more about how to request we withhold your benefits.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at **1-800-269-0271 (TTY 1-866-501-2101).**

**If You Have Questions**

1/11 On BBC radio (KQED) an US politician name [illegible] visited Israel & backed up Netanyahu planned IDF-OK tries to alter Gaza for humanitarians for babies & water because he wants to ~~[illegible]~~ Hamas to feel the pressure to [illegible] to [illegible] their [illegible]

See Next Page

Page 46-48 opposition to the 8-10 Dismissal

23CV-06047

1/15 Martin Luther — UNICEF, WHO & UN said Israel is not working fast to let trucks in. Some prominent journalist made public announcement of [illegible] failure to let [illegible] in Gaza but didn't name Israel.

1/16 Al Jazeera — Palestinian family in West Bank lost their [illegible] houses to settlers since Oct. the war started supported by IDF.

KPFA said Palestinian journalists kicked out living among civilians because civilians afraid they'll die with IDF targets bombs at journalist

1/17 — KPFA UNICEF said children are starting to die lack food & water. KPFA can't believe witnessed mass starvation of an ethnic group in today's time & world. Grandmother said her daughter gave birth [illegible] outside in the street with no water, medicine, clothes for baby. ~8 hours discharges for new patient to come in. Spokesman of some org said.

1/18 Thursday (7:19 AM) Jeff Goldborn (?) NPR news said IDF deliberately target internet service in Gaza. Gaza has black out internet for < week. Cyber attack

1/19 Al Jazeera UN women's agency said Israel prevent 70% of aid truck in north Gaza. 2 mothers killed every hour in Gaza. 9-10 / 47-48

Christian Zionist organization [illegible] A Jazeera said American cowboys are going to West Bank to help Jewish farmers. Most bankers took pt.

Margin notes: Christ / return of [illegible] → 4 million [illegible] / God promise / Mini Kirk → article "American" and lake [illegible] already offended / Judea & Samaria — land belongs to Jews / Lebanon as military operation / 3 boots on the ground / volunteered there

Opposition to the 9-10 Dismissal

23-CV-06047

**PRIZE PAYMENT INFORMATION**

Failure to provide your original signed ticket with date of birth, legal name, complete address (including apartment or space number, city, state, zip code), email and phone number may delay or prevent the California State Lottery (Lottery) from processing your prize claim. Claims submitted to Lottery Headquarters for processing are paid by check and mailed from the California State Controller's Office. Processing time, once claim is received and verified, is approximately 8 weeks. If you have questions, contact the Lottery at 1-800-LOTTERY (568-8379), Monday through Friday.

Lottery prizes are not subject to California state income tax. The Lottery is required by federal tax law to withhold federal taxes of 24% for U.S. citizens and resident aliens. Non-US citizens will have 30% withheld from all prizes.

***Tickets, transactions, purchases, claims and prize payments are subject to federal and state law and California Lottery regulations, policies and procedures. Copies of regulations are available at Lottery District Offices and on our website at www.calottery.com. Tickets failing validation are void.***

**INSTRUCTIONS**

1. Print your legal name, street address, city, state, and zip code on the back of the ticket.
2. Sign your name on the back of the **original** ticket.
3. Complete the Claimant Information and Ticket Information sections on the first page of thisform.
4. Sign the first page of this form with ink. (ONLY ONE SIGNATURE IS PERMITTED)
5. Staple your **original** ticket to the front of this form.

**KEEP A COPY OF THIS FORM AND A COPY OF THE FRONT AND BACK OF THE TICKET.**

**Deliver the completed claim form with original ticket to any Lottery District Office. Location and directions can be found at www.calottery.com.**

**OR**, MAIL THIS CLAIM FORM, AT YOUR OWN RISK, WITH THE **ORIGINAL** TICKET STAPLED ON THE FRONT, TO: California Lottery, 730 North 10th Street, Sacramento, CA 95811-0336

Call 1-800-LOTTERY(568-8379), or visit any Lottery District Office to request a Multiple Ownership Claim form for group players (less than 100) sharing prizes of $1,000,000, or more.

**PRIVACY NOTICE**

The Information Practices Act of 1977 (Cal. Civ. Code §§1798-1798.78, the Federal Privacy Act (Public Law 93-579), 5 U.S.C. §552a, and Cal. Gov. Code §§11015.5 and 11019.9, require that this notice be provided when collecting personal information from individuals.

The Claimant Information requested on this form will be used to validate and process your claim in accordance with the California State Lottery Act of 1984 (Gov. Code §8880 et seq.). The Lottery requests a player's social security or tax identification number (SSN/TIN) for tax withholding and reporting purposes, pursuant to Internal Revenue Code §§6011, 6041, 6109, 3402, and the regulations enacted thereunder.

The Claimant Information you provide may be disclosed to various state and federal government agencies, including but not limited to: the State Controller's Office, Franchise Tax Board, Health and Welfare Agency, and the Internal Revenue Service. It will not be disclosed to members of the public.

You have the right to access your personal information maintained by the Lottery by contacting the California Lottery, 700 North 10th Street, Sacramento, CA 95811-0336 - Attention: Privacy Coordinator, Information Security Office. The Privacy Coordinator can also be reached at 916-822-8800 or privacy@calottery.com.

*Purpose and Relevancy of Information Collected*: Information is collected to validate and process a claim and for purposes of sales, marketing, research, security investigation, legal review, surveys, and strategic planning as related to the operations of the Lottery. By submitting this claim, you consent and agree to such use, and waive any and all legal claims, known or unknown, related to the specified uses set forth herein. The California Lottery is subject to public disclosure laws that allow access to certain governmental records. Your full name, the name and location of the retailer who sold you the winning ticket, the date you won, and the amount of your winnings, including your gross and net installment payments, are matters of public record and are subject to disclosure. The Lottery will not disclose any other personal or identifying information without your permission unless legally required to do so. No information will be collected or accepted from known minors. You may be asked to participate in a press conference.

1/19 Al Jazeera said footage & witness accounts reveal IDF carried out summary executions last month Gaza

1/20 International doesn't recognize Ukraine as a State but a colonizing or occupied army so Ukraine doesn't have right to defend itself

47 - 48   10-10   48

all that bank tax to a third party war - if people can't work no money to pay food

Page 48-48

10-10