

Clerk
U.S. District Court
280   S. 1st Street,   #2112
San Jose, CA   95113

Mai - Trang Thu Nguyen    Old address
1669 Hollenbeck Ave
Sunnyvale CA 94086

**UNITED STATES POSTAL SERVICE.**    *Retail*

**G**

## US POSTAGE PAID
**$8.95**

Origin: 95050
03/01/24
0569480201-27

## USPS GROUND ADVANTAGE™

1 Lb 1.10 Oz
**RDC 01**

C060

SHIP
TO:

RM 2112
280 S 1ST ST
SAN JOSE CA 95113-3008

### USPS TRACKING® #



9534 6114 5093 4061 3917 36



