**Justice Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. Case Name: 23-CV-06047 v. _Nguyen v. The U.S._
2. Case Number: ___
3. What documents were served? _Opposition to the Dismissal & Exhibit 1_
   Opposition to Motion to Dismiss
4. How was the document served? *[check one]*

   [X] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

**FILED**
MAR 04 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   _Christopher Frederick Jeu_
   _US Attorneys Office Northern District A_
   _150 Almaden Blvd #900_
   _San Jose, CA 95113_

6. When were the documents sent? _3/1/2024_

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: _[signature]_
   Name: _MAI-TRANG THI NGUYEN_
   Address: _Old address 1669 Hollenbeck Ave_
   _Sunnyvale, CA 94087_

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*