1  Your name: MAI-TRANG THI NGUYEN
2  Address: 1669 Hollenbeck (old address)
3  Sunnyvale, CA 94087
4  Phone Number: too poor & mental to have a #
5  Fax Number: _____
6  E-mail Address: furlycustomerservice@yahoo.com
7  Pro Se  [Select one: Plaintiff or Defendant]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

[Select one location: San Francisco / Oakland / **San Jose** / Eureka]

MAI-TRANG THI NGUYEN ) Case Number: 23-CV-06047
                     )
                     ) Title of Document:
Plaintiff(s),        ) Motion to proceed in
vs.                  ) court via telephone
The United States    )
                     )
                     ) **FILED**
                     )
                     ) MAR 04 2024
                     )
                     ) CLERK, U.S. DISTRICT COURT
                     ) NORTHERN DISTRICT OF CALIFORNIA
Defendant(s).        )

I, Mai-Trang Thi Nguyen, the plaintiff ask the court to allow my appearance in court to be on the phone because of my extreme disability & mental illness which will lead me to lay parallel on the floor of the court if I feel anger, agitated, & fear. Moreover the last

TITLE OF DOCUMENT: Motion to proceed via telephone   CASE NO.: 23CV-06047
PAGE NO. 1 OF 2 [JDC TEMPLATE]

1. time I came to the District building to pay for
2. the lawsuit fee, I nearly ram into a mini-
3. semi near court. My disability in painful
4. back with severe neck & headache & extreme lightness
5. in dislocated neck area from years of lying
6. around in 1 ~~sp~~ area of my body for 15
7. ~~years~~ only allows me to function well as a
8. human being if I am alone & lying down [& weak knees]
9. with the phone in my hand. Unless the court
10. wants me to crack & lie down with a
11. bed sheet covering the floor like an animal
12. in pain & the Court wants to pay for my
13. 911 call & hospital pay.

18. Date: 2/29/2024    Sign Name: Mai ____
19.                    Print Name: MAI-TRUNG THI NGUYEN

TITLE OF DOCUMENT: Motion to proceed via telephone   CASE NO.: 23-CV-06047
PAGE NO. 2 OF 2 [JDC TEMPLATE]