ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4315163)
Chief, Civil Division
CHRISTOPHER F, JEU (CABN 247865)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (415) 535-5082
    FAX: (408) 535-5066
    Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN, | Case No. 23-cv-06047-VKD |
| Plaintiff, | **FEDERAL DEFENDANT'S PROOF OF SERVICE OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | Judge: Hon. Virginia K. DeMarchi |

PROOF OF SERVICE
CASE NO. 23-CV-06047-VKD

## PROOF OF SERVICE

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.

The undersigned further certifies on March 5, 2024,[1] that he caused a copy of the following:

1. **FEDERAL DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT.  DKT. NO. 18.**

to be served upon the party in this action as follows:

☑ EMAIL-FRCP 5(b)(2)(E) pursuant to written consent to service by electronic means by placing in a secure email in accordance with this office's practice, and addressed to the party's last known email address listed below:

Mai-Trang Thi Nguyen

Email: furlycustomerservice@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 8, 2024, in Santa Clara County, California.

/s/ *Christopher F. Jeu*
CHRISTOPHER F. JEU

---

[1] On February 20, 2024, I emailed Plaintiff a courtesy copy of Federal Defendant's Motion to Dismiss, and I offered to provide a hard copy.  On February 21, 2024, Plaintiff confirmed receipt.  On March 5, 2024, Plaintiff provided express written consent of electronic service.  On March 5, 2024, I emailed Plaintiff another copy of the Motion to Dismiss.  Plaintiff has filed an Opposition to the Motion to Dismiss.  Dkt. No. 23.  I apologize for the delay in effectuating service.

PROOF OF SERVICE
CASE NO. 23-CV-06047-VKD                    1