ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4315163)
Chief, Civil Division
CHRISTOPHER F, JEU (CABN 247865)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (415) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 23-cv-06047-VKD<br><br>**FEDERAL DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO APPEAR VIA TELEPHONE (DKT. NO. 24)**<br><br>Judge: Hon. Virginia K. DeMarchi |

NOTICE IS HEREBY GIVEN that Federal Defendant does not oppose Plaintiff's Motion to Appear in Court via Telephone.  Dkt. No. 24.

                                                      Respectfully submitted,

Dated:  March 8, 2023           ISMAIL J. RAMSEY
                                       UNITED STATES ATTORNEY

                          By:   */s/ Christopher F. Jeu*
                               CHRISTOPHER F. JEU
                               Assistant U.S. Attorney
                               Attorneys for Federal Defendant

# PROOF OF SERVICE

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he is causing a copy of the following:

1. **FEDERAL DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO APPEAR VIA TELEPHONE; and**

2. **FEDERAL DEFENDANT'S PROOF OF SERVICE OF MOTION TO DISMISS (Dkt. No. 25)**

to be served this date, March 8, 2024, upon the party as follows:

☑ EMAIL-FRCP 5(b)(2)(E) pursuant to written consent to service by electronic means by placing in a secure email in accordance with this office's practice, and addressed to the party's last known email address listed below:

Mai-Trang Thi Nguyen

Email: furlycustomerservice@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2024, in Santa Clara County, California.

/s/ *Christopher F. Jeu*
CHRISTOPHER F. JEU