1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7
8

MAI-TRANG THI NGUYEN,

Plaintiff,

9

v.

10
11

THE UNITED STATES,

Defendant.

12

Case No.  23-cv-06047-VKD

**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE; CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 24

13
14          Plaintiff Mai-Trang Thi Nguyen asks the Court for permission to appear by telephone at

15   the hearing on defendant the United States' motion to dismiss currently set for April 9, 2024.  Dkt.

16   No. 24.  The United States does not oppose this motion.  Dkt. No. 26.  Good cause appearing, Ms.

17   Nguyen's motion is granted.  The Court will provide instructions for accessing the hearing by

18   telephone at a later date.

19          Additionally, in view of the pending motion to dismiss, the Court continues the case

20   management conference currently set for March 26, 2024 to **May 14, 2024 at 1:30 p.m.**  The

21   parties' joint case management statement is due by **May 7, 2024**.

22          **IT IS SO ORDERED.**

23   Dated: March 11, 2024

24
25
26

VIRGINIA K. DEMARCHI
United States Magistrate Judge

27
28

United States District Court
Northern District of California