UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 23-cv-06047-VKD<br><br>**CLERK'S NOTICE VACATING MOTION HEARING**<br><br>Re: Dkt. No. 18 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

YOU ARE NOTIFIED THAT the hearing for Defendant's Motion to Dismiss First Amended Complaint (Dkt. No. 18) scheduled for April 9, 2024 at 10:00 a.m. before Magistrate Judge Virginia K DeMarchi is VACATED and the motion will be taken under submission without oral argument pursuant to Civil Local Rule 7-1(b).

Dated: March 21, 2024

                                        Mark B. Busby
                                        Clerk, United States District Court

                                        By: *Adriana M. Kratzmann*
                                        Adriana M. Kratzmann, Deputy Clerk to the
                                        Honorable VIRGINIA K. DEMARCHI
                                        408-535-5365