:23-cv-06047-VKD Document 30 Filed 03/20/24 Page

FIRST-CLASS MAIL

SAN FRANCISCO CA 940
SAN FRANCISCO CA 940
7 MAR 2024 PM 3 L 03/04/2024
16 MAR 2024PM 2 US POSTAGE $000.64⁰

ZIP 95113
041M11277547

**RETURN TO SENDER**
NO LONGER AT THIS ADDRESS!!

NGUY669  9588 DE 1 N  C0103/13/24
UNABLE TO FORWARD/FOR REVIEW**C049**
BC: 94087342099  DU *1556-04703-04-44

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS

# F I L E D

**MAR 20 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Mai-Trang Thi Nguyen
1669 Hollenbeck Avenue
Sunnyvale, CA 95050

23-cv-06047-VKD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 23-cv-06047-VKD<br><br>**ORDER RE SERVICE<br>ON PRO SE PLAINTIFF** |

Plaintiff Mai-Trang Thi Nguyen, who is representing herself, has not registered to file documents or receive notifications in the case in the Court's Electronic Case Filing ("ECF") system. Accordingly, the United States is required to manually serve its filings on Ms. Nguyen. *See* Civil L.R. 5-1(b). Because the United States failed to include a proof of service with its February 20, 2024 motion to dismiss Ms. Nguyen's first amended complaint (Dkt. No. 18), the Court cannot be sure that Ms. Nguyen was properly served. The United States shall file proof of service of its motion to dismiss on Ms. Nguyen by **March 8, 2024**.

The Court also notes that documents mailed by to the address Ms. Nguyen listed on her complaint have been returned as undeliverable on several occasions, but that Ms. Nguyen appears to have regular access to email. Ms. Nguyen may wish to participate in this case by ECF. Instructions on how to register are available on the Court's website: www.cand.uscourts.gov/e-file/. However, participation in ECF does not relieve Ms. Nguyen of her duty to notify the Court of any changes in her address while the case is pending. *See* Civil L.R. 3-11.

//

//

**IT IS SO ORDERED.**

Dated: March 4, 2024

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California

2