MAI-TRANG THI NGUYEN
OLD ADDRESS
furlycustomerservice@yahoo.com

FILED
MAR 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
San Jose Division

| | |
|---|---|
| MAI-TRANG THI NGUYEN<br>Plaintiff<br><br>V.<br><br>United States of America<br>Defendant | Case No: 23-CV-06047-VKD<br>Evidence for Dismissal Hearing<br><br>Date: 4/9/2024<br>Time: 10 a.m.<br>Place: Courtroom 2, 5th Floor<br>Judge: Hon. Virginia K. DeMarchi |

The Plaintiff (Mai-Trang Thi Nguyen) would like to submit the attached paper called "Nguyen's Power Point Presentation" as evidence for the dismissal hearing upon discovering the ✡ (Star of David) as the religious symbol on Israel's flag. Furthermore, this will serve as notes in case she dies, go to the mental hospital, or hospital. Thank-you. 3/20/2024 Mai-Trang Thi Nguyen

~ NGUYEN'S POWERPOINT PRESENTATION ~

I. My Evidence

[A] Star of David on Israel Flag

II. God Spoke to Me

[A] "'The Death of Israel' is the making of its own." (quote from author of a book called "The Death of Israel" being interviewed by a black talk show host on KPFA radio at 4pm in the Bay (Hard Knock Radio). This took place a day after I discovered the Star of David as evidence. Author of book is Chris Hedges).

III. The Star of David

[A] ✡ works like †

[B] Placed in similar area in worshipping buildings as †.

[C] As necklace charm representing Judaism is ✡, while the † represents Christianity.

[D] Represents Jewish people & their RELIGIOUS FAITH just like † represents Christians and their religious FAITH.

[E] Israel Zionist used religious text of Judaism to reclaim their land from 2,000 years ago by placing ✡ on its flag.

Evidence for Dismissal Hearing [1-43] 23-CV-06047

IV. Can We Place ✝ on the American Flag?

"No," said the First Amendment.

V. Can Congress Make Law to Send Money and Arms to Build, Support, and Defend the ✡ on the Israel Flag?

"No," said the First Amendment.

VI. Under the First Amendment, the "Legally Protected Interest for all Citizens of America Including Nguyen is:

No imposing religion, and promoting religious symbols, text, and activities by Congress — AKA, separation of church and state.

VII. Was the Invasion of My Legally Protected Interest Concrete and Particular?

Yes. As a Buddhist & even an atheist, Nguyen feels unprotected by the U.S. through Congress for supporting ✡ over my religion and atheism using my tax dollars.

... pro-terrorist and and get protection to be labeled as an anti-semite.

VIII. Was I Affected Personally and In an Individual Way?

* Yes, I fear if I speak against genocide, etc. in Gaza, I won't get jobs
* Yes, I developed mental-illness of fear and paranoia as result of my pre-existing P.T.S.D that Congress via the Defendant (the U.S.A.) forced me to succumb to ✡ religion, and accept by being complicit with the BARBARIC genocide of ✡ to bomb babies and children of the terrorists and their people as revenge in a jail-like tiny WAR ZONE where 35% of the population is children defending for their survivals when they NEVER VOTED 4 HAMAS terrorists AS their government; and U.S. continues to send 2,000 pound bombs and sell arms to the country of ✡ eventhough their government uses mass starvation, dehydration, no fuel, and medicines AS weapons of war as occupier). Furthermore, I was forced by Congress to IGNORE my American democratic values and MORALS of a Buddhist and an atheist to support colonialism, apartheid, and administrative detention arrests with no formal charges to defend Judaism and Christianity to seize back the land from barbaric time of 2,500 years ago, Jesus WAS born, and Islam's Muhammad died and went to heaven.

(ancestors of ISRAELI'S) who nailed Jesus used to live where the ancient Jews

THE NEW AMERICAN ANTI-SEMITIC VALUES OF GENOCIDE*

## VIV. How Else Was I Affected Personally and In an Indivial Way?

I suffered more mental-illness of shame and guilt upon learning that my hard-earned American tax dollars have been paying ✡ since I was 16 years old as I took my first job to pay tax to build this animalistic humanity where humans of different religions and races to kill each other babies (a cute ✡ baby in baby crib, 5 PREMATURED GAZAN babies in incubators), BOMB BABIES, and killed a 6-year-old Palestinian boy in America by a white-white looking American man with a questionable large nose whose last name looks like it came from Poland. In our civilized society of American-democracy, I am scared to death that a white-white Christian-looking man with a Jewish-looking nose stabbed to death a Palestinian boy 26 times, and the Godly-Americans ignored it. FURTHERMORE, the Palestinian boy was a tennant of his American murderer.

23-CV-06047

Evidence for Dismissal Hearing 4-43

X How Else Was I Affected Personally and IN an Individual Way?

The mental-Illness of shame and guilt ignited by my P.T.S.D led me to stop my life and devoted all my time and energy to sue to stop my tax dollars from being spent to PREVENT ME FROM DYING in A WWIII by Congress to support ✡️. Bombing a war zone area where 35% of the population is children under 18 years of age is the nail in the coffin to push my mental-illness of shame and guilt as a female who claims she is the Female Buddha to relinquish my genocide-American citizenship as PROTEST to return where I came from Viet Nam. (if Viet NAM is too gay, then Cambodia, AND even Laos)...

XI Shame and Guilt in Mental Illness Can Lead to Suicide

Aaron Bushnell is → an example of this for he, as a member of the U.S. military, said in his video that he wanted to protest in the most painful way to fight against genocide, apartheid, and for a FREE PALESTINE before he burned himself to death.

## XII. Do I have Article III Standing to Fight Against "Generalized Grievances, Failed to Established Subject Matter Jurisdiction for My 1st Amendment Claim, AND Barred By the Polifcal Question Doctrine" Arguments by the Defendant (the U.S.A.)?

### A. Nguyen (or Trang) as the Female Buddha

1. BORN in Vietnam + LIVING in Malaysia, AND then AS REFUGEE IN the Phillipines, and America have exposed my little mind to many religious ideas. Therefore, as the female Buddha, my religion is taught by all the religions of humanity, even Atheism.

   a. Judaism taught me the Jewish religious words of "all men are created equal" in the Preamble of the Constitution. However, there might be some lesson the the word "star" in the Star of David to figure who or what God is, or if God exists. When I know the answer, I'll let you know.

(b) Islam was the first to rescue me as one of the boat people escaping communist Vietnam crashing into Malaysia, so I allowed that religion to teach me a few things. Living in America,

---

during the Afghanistan war with the religious soldiers of Islam (jihadis) imposing violence on America's land, I learned from them these words to teach me the following items:

1. "There is only one God", which I interpreted as there's only one God and not a billion.

2. God is not a human for Islam promotes barbaric punishment on those who dare to expose the face of Muhammad. The Christians like to shove Jesus' face as God, and it made God mad to see that humans think God is a B_TCH to humans when

it clearly stated in the Bible that Jesus is only God's son. How do you think I got crippled & became a mental, lost my condo, & became a semi-homeless in the last 16 years?

I dared to challenge the Christians on the internet and suddenly I got crippled & became a mental while working for Starbucks in gay San Francisco with the 3.1 gay and lesbian bosses who harassed me to hang out with, have a child with, and sexually assaulted me in a minor form with a Muslim lesbian gently brushing her lesbian breasts against 4 times during her 1st month of employment as store manager. A gay white Jewish German-French-American man as a SENIOR assistant store manager failed to report my work injury of a back-strain in 2008. A latino GAY man with American-indigenous blood WANTS to have a baby with me. AN. H.R. man named "David" FIRED ME WHEN I REPORTED MY BACK-INJURY. [8-43]

Evidence for Dismissal Hearing [8-43]

23-CV-06047

ⓒ Christianity taught me that humans are children of God for Jesus was made with the title of "God's Son." Poor Jesus got nailed by the ancient Jews who were the major power at that time. That's why it scared me to death for the children and grand-children of Israel because they never voted for the Israeli terrorists (Netanyahu, Netanyahu's war cabinet, and IDF) to be their government to inflict this massive number of human deaths (especially children) in Gaza as animalistic revenge for the October 7th genocide imposed by the Hamas terrorists. The Gazan children are being punished now, and next will be the Israeli children. My lawsuit is also to guide Palestinian youth & the Hamas II terrorists to use non-violent ways to punish Israeli children or else they will be punished again with genocide

(Jesus was probably a Jew because he lived on 2,500-years-ago land of ancient Jews)

I made a theory that the Holocaust Jews were punished collectively for their ancient Jew sins of nailing Jesus as God's punishment

more wars between Israelis & Palestinians in Gaza & occupied West Bank. No more genocide, boycott & SUE!!!

In addition, Christianity taught me that God ordained a system called the government to help God gather his children in a fashion called democracy where "all men are created equal" (words from Judaism text). This is why we see atleast half of non-white-democracy countries tend to convert their religion into Christianity (South Korea is a perfect example). Thus, making the work to spread democracy in non-white areas as the work of Christianity or religious work which is banned under 1st Amendment of separation of church and state. Christianity might know alot, but it doesn't know everything about God, because God has sent down many other famous God's representatives.

☆☆☆☆☆☆☆ Sadly, I also learned from Christianity that the

☆☆☆☆☆☆ gays have too-much power to hurt the heterosexuals.

(NOTE! I, Trang (Nguyen), only know 90% about God; thus, part of the reason I write this lawsuit is to seek out people to help me learn the biggest mystery of life: God/Allah/etc.

ALL ANSWERS yet to be extracted out of my head.

(d) Buddhism taught me about the re-incarnation theory of life AND making yummy tofu meat.

(e) Hinduism taught me about Karma, Ghandi, meditation, yoga, and Vegan eating even though the Hindus from India kicked Buddha out when he came out as the enlightened one. Buddha had to travel to neighboring countries to spread his teaching.

(f) Atheism taught me the possibility that there's no God at all because the lack of scientific evidence. Being an Atheist also taught me to be a bit open-minded about other religion's teaching to gather that I have learned to become the female Buddha.

(g) "Dear Sun" as the number saying of the Vietnamese LANGUAGE when we want to place emphasis on a higher power in our conversations; and it taught me that there is a force as high as Buddha in Vietnam. Growing up, I never understood why adults taught me to pray to Buddha and also pray to "the Wise Old Man Sun" OR "Ông Trời."

Old wise man — The Sun

Since I nearly died in 2008 when I got crippled & became a mental, I had to only resort to tui, me, myself, I, and moi to survive; I ended up praying to the Sun as my God for guidance. However, upon glancing at the text about the Universe, I learned the Sun, too, can die; thus, the mystery of God continues in my life especially with

this lawsuit to seek help from other humans. However, since this lawsuit involves the ✡, I'll be meditating & do more research to see if the word "star" has any significance in searching for God. I'll be sure to tell the Hamas terrorists, the youth of Palestine, Iran, & Muslims to please donate whatever land God gave to the NAZI CONCENTRATION Jews in 1947 (only that land, not the land they stole in many wars after that with the Palestinians); and let them live in peace for that. I'll work as the female Buddha to suck money via Zelle via forLY customerservice@yahoo.com so I can donate to pay all the Palestinian refugees in Egypt, Lebanon, Jordan, etc. and even the government of those countries to accept million into their already poor countries and care for them,

This will be a separate COUNTRY called ISRAEL.

POOR cute ✡ baby got murdered by Hamas TERRORIST is the baby crib.

Evidence for Dismissal Hearing

23-CV-06047

I will TURN Gaza into the Vatican City version for Islam. The WestBank will be a COUNTRY NAMED PALESTINE and it will be a glorious vacation spot for Muslims and all religions to visit and have fun while being on their peaceful behavior to see the place where Jesus was born and the land where Muhammad died and went to heaven. The "questionable land" that Israel stole more than what was given by God after they flew out of the German Hitler's Nazi gas, starvation, dehydration, & physical labor concentration camps to live in will be used as land of another new country where Israelis who don't want to leave to America, England, France, Germany, rest of Europe, and even India and Japan and the return of the Palestinian refugees from neighboring countries, and in America, England, France, Germany, Ireland, etc. This new country will be a true democracy of Israelis & Palestinians.

for the poor helpless Gazan incubator babies died because Netanyahu cut off all electricity

114-43

Evidence for Dismissal Hearing

23-CV-06047

The WORK for Free Palestine, Permanent Ceasefire and no more genocide in Gaza & Israel was also done by those self-hating-Jew children & ADULTS, typical white kids & adults (including some gays),

of course the Palestinian youths in Western countries and Islamic Asian Countries (even South African blacks & jews), and female Muslims, too!!! Of course, this fight has Muslim men, indigenous people teaching Palestinian kids to fight the non-violent way, Asian people, black people, and Latinos. I heard there are some Eastern-Indian people in Western countries that don't side with India's support for Israel's colonialism because of their lesson of pain from British colonialism of India. There are also small number of Israelis protesting for FREE-Palestine in Israel. Don't forget the people in Occupied West Bank were also hurting during this war.

15-43

Evidence for Dismissal Hearing 23-cv-06047

(h) I have Vietnam-war-hepatitis-A-CRATER-Scars-and-itchy-keloid scar to prove that I am the female Buddha. One of the scars represents American democracy with I as ~~the column of Jesus cross for humanity.~~ The other scars are planted on both of my cheeks as a Vietnam war infant who suffered from hepatitis-A rashes all over my cheeks which drilled UGLY deep-like-craters-of-Mars SCARS as map of the Universe. Growing up after FROM THIS PAIN, I became the Scar Master who is an expert to CARE for SCARS, earning money, I almost invested in expensive ways to wipe them out to reduce my low self-esteem. Luckily, I didn't or else I wouldn't have any physical proof that I was born in this life time to be the Female Buddha in which all humans that I met thought I was crazy, laughed at me, and even slammed me into the mental ward 2 times in gay San Francisco & another time in Fremont mental ward (I volunteered to turn myself in this one).

Evidence for Dismissal Hearing 16-43 23-CV-06047

(i) I have 3 solid philosophies about life. The third theory is not completely done for I am working to gather scientific evidence to prove God's database of life with life's ~~"weird" and "unexpected coincidences" to lead~~ us to our already assigned lives ONLY if we follow our hearts, or else we'll fall and go the direction of SATAN. I, too, went to the direction of Satan in my quest to become the female Buddha; however, I B_TCH slapped myself many times to get out for that is not the path I want to die in.

[B.] My PTSD From Nearly Died Which I Became a Disable and a Mental via Being Bullied and Sexually Harassed in a Minor Form by 3.1 Gay Bosses at Starbucks in Gay San Francisco (a Gay Jewish man, an H.R. Man named "David," a lesbian Muslim, and a Gay Latino Man with American-"Indigenous" Blood in 2008 When the BULLYING EPIDEMIC STARTED

1. At first, I only said the pain of a Vietnam infant was triggered by this Israel-Hamas war because I didn't want to be labeled as an anti-semite by bringing up my pre-existing sensitive feelings against the gay Jewish man (GERman-French American man) who failed to report my work injury of a lower-left backstrain to H.R. Furthermore, when I crawled back to the Starbucks store (which I called first to announce my RETURN to GET my check to pay for rent), he gave me the check and

told me to NEVER COME back even though I WAS still an employee of Starbucks who haven't worked in a week because of my disabled back. Later, I found out from a young TRANS CO-WORKER that this gay Jewish senior assistant store manager thought I was going to blow up the Store because he miss-interpreted by anger on my "RELIGIOUS WEBSITE" on MYSPACE where I placed my religious theories of life and said my God is the Sun. I said on my Myspace website saying, "Thank God there's pot to put a smile on my angry & in disabled pain head or else Ill blow up the place." My relationship with this gay Jewish boss went soure during times when I sent out negative vibes to stop asking me to hang out

outside of work to see his band in order to use me AS new flesh of a heterosexual female to lure in more heterosexual men for him to suck their manly energy, or he will be eventually die with no heterosexual men to flirt me. I can be very evil as an old woman in days before my menstruation, so I will push back if I feel my GAY boss is harassing me in a way that CAN lead to a potential romantic way.

Because of this gay Jewish man, I had to crawl around with a disabled back with erupting mental-illness of anger and revenge to find help to avoid being a homeless disabled with mental illness. With this gay Jewish man in mind, when I learned the TRUE Reason of this genocide ON children of both sides in the ISRAEL-Hamas WAR →

(the Holocaust Jews IN ISRAEL got too greedy to steal more land than what was given to them, and the highest number of deaths are centralized in a place where 35% of the population is terrorist children) I had to jump in to fight off some of those greedy Jews in Israel! "There were days where I could have died because of this not-very-nice-and-professional gay Jewish man as my boss who snooped into my religious website to make decision to kick my CRIPPLED BEHIND out of the store infront of so many co-workers staring at me (& customers too) when I was still a Starbucks employee" This PTSD got ignited to see the pain that the Jews in Israel have caused the indigenous Palestinians OR religious-land rights to RETURN to their ANCESTORS' land

as PTSD reaction to save the children and even me.

003775 1635661 0000000 032445 064890 06/09

according to their religious Torah, I had to sue to save the Palestinians, the children BECAUSE NO ONE HELPED ME WHEN THAT GAY JEWISH MAN DIDN'T REPORT MY WORK INJURY AND HUMILIATED ME BY KICKING ME OUT OF THE STORE TO GET MY PAYCHECK FOR RENT OR I'LL BE A HOMELESS DISABLED WITH DEEP MENTAL PAIN OF ANGER AND REVENGE. This ISRAEL-HAMAS war brought back all my pain & anger with that boss gay Jewish man whose unprofessional actions nearly killed me. Furthermore, a young lesbian Muslim store manager sexually assaulted in a minor form so I am also here to save the kids of Israel, too in this lawsuit.

Furthermore, another gay man in a form of a Latino with indigenous-American blood harassed me to have a baby with him. When I learned that the Palestinians are deemed as "indigenous people" of Israel, the PTSD was yanked back again to lead me to sue to save myself in this lawsuit, too.

Then when I discovered the Star of David was my evidence in this lawsuit this is another "WEIRD COINCIDENT" that pushed me to write this paper as evidence for the Dismissal Hearing. You see, the last Starbuck person I contacted to report my back injury was an H.R. man named David. I started out saying, "I think was bullied by the gay bosses at Starbucks," to a human

resources manager named "David" whose lastname starts with a letter R). He made a tiny laugh on the phone. My ~~hope & world collapsed for that was~~ the last person of Starbucks whom I could talk to. Then I smoked pot, sent in an inappropriate letter to him threaten to sue. Then H.R. David fired me. I was hoping HR David would contact to ask me what happened to me before he jumped into the act of firing me. He could have learned the massive unprofessionalism that took place in this particular store which was ignited when the kids (straights & gays) revolted against all new employees after their fun & loving gay store manager got fired and the party ended abruptly.

"Firing me means "No Insurance" by Starbucks to help my disabled back & mental-illness.

I even sent my U.S. Supreme Court lawsuit to Seattle's H.R. cc legal department, But no one contacted me. (case # 10-1489 case # 11-661)

Evidence for Dismissal Hearing [24-43] 23-cv-06047

ITCHINESS AND KELOID.

C. My PTSD as a Infant of the Vietnam War Suffering War Traumas of Bombing and Stress of War Which Stunt my Growth Somewhere in My Brain, and Physical Pain of Hepitatis-A Rashes From Dirty Water Like the Gazan Children Are Suffering With Rashes From the Eruption of Hepititis-A Due to lack of Water and Clean Hygiene.

1. Some war children can continue on with their lives without suing or protesting to stop this War on Children in GAZA, Occupied West Bank, and Even in Israel, but as an infant of the Vietnam War, I couldn't resist for my pain is a little bit closer to theirs.

(a). Seeing pictures of the baby crib when a cute Israeli infant got murdered by a Hamas terrorist scared to death of the hate and revenge of this religious war involving ✡ stealing land from Islam, and ✡ treating Islam like animals in an open-air cage of Gaza preventing the

Islam children to see their grand-parents while turning on and off the buttons of water & electricity, and shutting the gate to prevent food and medicine if the animals act out. Furthermore to learn that my + country tax money has been building and funding this hate, I had to SUE : to save all the children in that war as another war infant, because no one else will (via the door of religion lawsuit of the 1st Amendment). The Vietnamese weren't fighting over religion and they were fighting among their own people, like the Russians with UKRANIANS and in Sudan with the Sudanese (even though in Sudan, they are also fighting between Islam & Christianity with democracy influenced over Sudan). Therefore infants and children aren't direct target to be killed. What's the point of me being a Vietnam War child in America if I predict WWIII will also kill American white kids in playgrounds, grocery stores, etc?

(b). Upon hearing the possible death of Gazan incubator kids (prematured babies) because ✡ cut off the electricity scared me to death to learn that civilized and reasonable white people of ✡ democracy can also act like Islam animals in this revenge against the Hamas terrorists & the adults who voted for them, especially when those kids never voted for the Hamas terrorists and in a war zone where 35% of the population is kids who can't escape to any neighboring countries. The Vietnam War is a little similar in a sense that the Vietnamese children and people were locked in the country by the Commies of Viet Cong. Luckily it was a bit better than the Gazan war area where some of us can escape where there ARE no fences & sea water (at night). Ukrainian kids were kinda lucky to flee to

5 Gazan incubator babies died because of this.

Evidence for Dismissal Hearing [27-43] 23-CV-06047

neighboring countries with my open arms. Sudanese kids are also able to flee to neighboring countries, too? Therefore, I feel I am connected & ~~share some person~~ pain as a Vietnam war kid as the result of my PTSD of an old war trauma triggered by this cage-like war in Gaza which forces me to act in suing to stop this human cruelty over religion where Congress made law using my tax dollars to fund ✡ to create this war on children who never voted for Netanyahu & his war cabinet & the Hamas.

This Islam land grabbing war by the ✡ supported by ✝ TAX opened the door for Islam to stab & kill children in a French playground, stabbed 2 little girls in Ireland, and an white AMERICAN MAN to kill by stabbing a Palestinian boy in America 26 times.

23-CV-06047

It scares me to death to have children in this time with you adults attacking children in your ✡, ✝, and Islam war. The Defendant argues that quality of life is not good enough to have standing because it's considered to be a generalized grievances against an illegal act of the government; However, I say, death of children in the streets, playgrounds, parades (9 children got shot), and don't forget grocery store, NFL, schools is more than "quality of life" – IT'S WAR AGAINST CHILDREN, CHILDREN WHO NEVER VOTED FOR CONGRESS TO SEND $$$ AND ARMS TO SUPPORT ✡ to steal Islam land which violated the 1st Amendment (guarding a separation of church and state). This religious WAR of different races will spread to a WWIII and destroy the planet even more!!! This is my work as an adult who was a war infant with ~~war trauma~~ PTSD triggered by this Israel-Hamas War.

28 little kids* under 13 have died already and 3 adult have vanished because of starvation by Israeli Terrorists.

*some are new-born

[29-43] 23-CV-06047

Evidence of Dismissal Hearing

(C) I don't want violins to be played here, but the Vietnam War scars from dirty water, lack of food, & bombs can be very ugly & dangerous for me as an adult. It took me 50 years to finally overcome of danger my ugliness of physical & mental scars. I had to rise up as my own savior (via praying of course) to make up excuses to say those scars have significant meaning so stop having low self-esteem TRANG and move on for God's sake. So I did and became the female Buddha with scars to prove that I am the NEXT ONE. Of course those scars (physical & mental) cost me my remnant years to have children for I lost my window to have children now being 51 years old. I also made up excuse that perhaps God or Karma punished me badly for my 2 early abortions during & after college (1 being late at 4.5-5 month). "OK, I'll accept my punishment so now I reduced my abortion by 90%." said TRANG to God,

Evidence for Dismissal Hearing 30-43 23-cv-06047

XIII. Evidence of Israel's Flag On Israeli's Government Website with the ✡ "it," and Al Jazeera's articles on Israel's Stealing More Land in Occupied West Bank and Selling New Properties ~~on some~~ Newly Stolen Island in Synagogue, and Israeli IDF prevented the Palestinians to Go Into Their Third Holiest Mosque on Ramadan for Fear of Terrorist Acts (Pages 32-38)

XIV Nguyen is a Certified American and World History Teacher for High Schoolers

(A) I am a soldier of education, qualified to teach basic American and world history. I feel deep pain for humanity, children in Israel and Palestine (Gaza & Occupied West Bank), and the children of America (especially white children as targets of colonialism in Islam land via helping ✡). I have 90% of the answers as a certified teacher, so please allow me to sue to bring PEACE, and LOVE via Suing.



All government information on one website, accessible and online
gov.il – Government services and information. Anywhere, anytime.
Search on gov.il

Swords of Iron

UNITED FOR VICTORY!

## Government services

Find government services and information

Popular services All services

Get a driver's license
Ministry of Transport and Road Safety

Request a birth certificate for person...
Population and Immigration Authority

Change your address
Population and Immigration Authority

Pay traffic fines
Israel Police

More information

## News from the Ministries

Find out what's new in government ministries and bodies

President Herzog meets with President Embalό...
President Herzog: We will never forget our friends and you were with us even in this...

Notice for Ukrainian citizens currently in...
In accordance with the judgment of the District Court in the case of citizens of Ukraine...

Joint strategy to be established to fight...
Foreign Minister Israel Katz and Diaspora Affairs Minister Amichai Chikli: A joint strategy...

Following the Ministry of Agriculture's...
From the results of the survey conducted against the background of the Swords of Iron...

## More on gov.il

Useful information from the government

Self-service stands
Service reception points
Government Central Support...
Freedom of Information
Government Resolutions
Browsing data

## Reception points

Reception points, service stations and various offices

Search

2132 Government services
119 Ministries and public bodies
532 Digital forms

**Useful information**
All services
Contact the government
RSS
Terms of use

**Support**
Call Us 1299
Central Government Call Center
Technical support for online services
Contact information security

**More information**
About
Accessibility
Site map
Freedom of Information (FoI)
Use of cookies

evidence for 32-43 23-CV-06047

Aljezeera.com 3/4/2024 (19:50 GMT)

# US Muslim groups denounce planned event to sell occupied Palestinian land

The Council on American-Islamic Relations (CAIR), the US's largest Muslim civil rights and advocacy organisation, along with American Muslims for Palestine (AMP), have called for a federal probe into a planned "real estate" event at a synagogue in Teaneck, New Jersey, the US.

The event, reportedly organised by "My Home in Israel Real Estate," a group based in the occupied West Bank, is set to occur on March 10.

In a statement, CAIR's Dina Sayedahmed said: "Houses of worship should be sacred spaces, and it is deeply concerning to see anyone use a house of worship to allegedly flout international law by selling off stolen land."

In a statement, AMP's Chairperson Wassim Kanaan said the groups are mobilising their communities to protest the planned event.

"We are watching Israel commit genocide in Gaza and pillage Palestinians' homes in the West Bank and Jerusalem. These are both stark violations of international law," the statement said.

Evidence for  23-CV-06047

MY ISRAEL HOME

Your Home. Our Mission.

Home Contact Us Blog Our Services Our Team Testimonials Sold Existing Units Sold New Projects Upcoming Events

# UPCOMING EVENTS

## COME HOME

CENTRAL JERUSALEM'S NEWEST NEIGHBORHOOD: GIVAT HAMATOS
PLUS: A NEW KATAMON PROJECT

Sunday, Feb 4: Bergenfield | 10:00 am
Sunday, Feb 4: West Hempstead | 7:30 pm
Monday, Feb 5: Woodmere | 7:30 pm
Tuesday, Feb 6: Teaneck | 7:30 pm
Wednesday, Feb 7: Scarsdale | 7:30 pm

Click here for program details

evidence for 34-43 23-CV-06047

©2018 by myisraelhome.com. Proudly created with Wix.com

**3/6/2024**
**47m ago**
(17:00 GMT)

## 'Freedom of worship outlined in Netanyahu's speech is big lie'

**Ayman Nobani**

Reporting from Nablus, occupied West Bank

We reported earlier that the Israeli prime minister said Israel will allow a number of worshippers into occupied East Jerusalem's Al-Aqsa Mosque compound in the first week of Ramadan. This is similar to policy in previous years, a statement from Netanyahu's office said yesterday, without specifying a number.

According to Israeli affairs researcher Shadi al-Sharafa, there is little freedom of worship for Palestinians because most are essentially prohibited from entering Al-Aqsa Mosque.

"This is a result of the closure of the West Bank, in addition to the age restrictions that previously existed, which prohibit young men from entering the mosque and only allow men over 50 to enter," al-Sharafa told Al Jazeera.

Al-Sharafa said that Netanyahu's decision is "ambiguous, unclear, and not set in stone, and therefore subject to change, and the proof of that is talk of a weekly re-evaluation of the decision based on the situation on the ground".

"The status quo since 1967 is slowly being changed to fit the extreme right-wing ideology of the Israeli government," he added.

35-43

Evidence for 23-cv-06047

Al Jazeera

**3/6/2024**

(19:35 GMT)

## Germany calls on Israel to withdraw occupied West Bank settlement approvals

Germany has called on the Israeli government to immediately withdraw the approval of further settlements in the West Bank, saying building settlements in occupied Palestinian territories was a serious violation of international law.

Commenting on Israel's Supreme Planning Authority approving plans for constructing around 3,500 new housing units in the settlements of Maale Adumim, Kedar and Efrat, the ministry said: "We strongly condemn the approval of further settlement units in the West Bank."

(17:20 GMT)

## Hamas condemns new Israeli settlement plans

Hamas says Israel's announcement of new settlement units in the occupied West Bank "is a confirmation of the Zionist plan aimed at controlling our land, restricting our people, and isolating them".

"We affirm that this false declaration has no legal or legal basis, and is nothing but a message of defiance and recklessness," the group said in a statement.

"We call on the United Nations and relevant parties to take punitive steps against this criminal entity and its Nazi leaders, and we warn against remaining silent about their violations that increase tension and escalation in the region," it added.

We reported earlier that an Israeli settlement-planning authority has pushed forward permits for 3,500 new illegal settlement housing units in the occupied West Bank.

Evidence for [36-43] 23-cv-06047

3/14/2024

- **11m ago**

  **(15:25 GMT)**

## Palestinian foreign ministry condemns Al-Aqsa Mosque restrictions

The ministry has criticised Israel for putting in place gates and barriers to prevent access to the Al-Aqsa Mosque ahead of the first Friday of Ramadan.

A statement posted on X said the Israeli army had put in place iron gates at three of the main entrances to the compound "in blatant violation of international law" and in breach of its obligations as an occupying power.

The ministry called on the international community to intervene and defend international laws and provisions.

Israeli police earlier denied setting up new barriers and dismissed the news as rumours aimed at "raising tensions". It said maintenance work was being carried out to replace the security gate.

**1h ago**
**(14:25 GMT)**

## Jordan says Israel lacks authority to impose restrictions on Al-Aqsa Mosque

Jordan's Ministry of Foreign Affairs and Expatriates has issued a statement condemning the restrictions on entrance to Al-Aqsa Mosque for Muslims during the holy month of Ramadan, describing it as a "dangerous and unacceptable act".

Ministry spokesperson Sufian Qudah said it was imperative to ensure unhindered entry to worshipers and said Israel holds no sovereignty over

Evidence for          [37-43]          23-CV-06047

occupied East Jerusalem and lacks the authority to impose restrictions on entry to Al-Aqsa Mosque.

The Jordanian monarchy acquired the custodianship over Christian and Muslim holy sites in Jerusalem in 1924 after the collapse of the Ottoman Empire, which had ruled over Palestine for centuries. Amman has repeatedly denounced what it says are violations of rules at the site, Islam's third holiest.

3h ago
(12:30 GMT)

## Hamas calls on Palestinians to 'defend' Al-Aqsa Mosque

Hamas has called on Palestinians to break "the siege" on Al-Aqsa Mosque on the first Friday of Ramadan, amid the Israeli army's ongoing restrictions on entry to the site during the Muslim holy month.

The group called on Palestinians in occupied Jerusalem, the West Bank and Israel to "participate urgently in defending the Al-Aqsa Mosque against the Zionist aggression that is taking place at this time".

The Al-Aqsa Mosque compound that sits atop a hill in the Old City is the third holiest site in the world for Muslims. The site is also revered by Jews, who refer to it as the Temple Mount.

Evidence for 38 – 43 23-CV-06047

## XX. IN CONCLUSION, Please Don't Hate and Kill Me Before I Leave to Return to Where I Belong

A. Your Founding Fathers knew the danger of involving religion into their creation, the American Constitution (the American democracy), which might serve as the foundation of humanity and even the universe because they fled the King & Queen of England to America to establish their freedom of religion. I, Nguyen, think religious war among different races, in different skin colors, with their own God's representatives, and in times of weapons of mass destruction & jihadi-like fighting, will be the destruction of humanity, next to A I. I am certain your Founding Fathers don't want you to destroy their masterful creation for humanity with your unconstitutional ACTS to own the Holy Land where your Jesus was born as your prized land, and drag in your gay RAVES into this holy place. If you want to do it, don't drag your Founding Father's Constitution & use my HARD-EARNED tax dollars to do the job.

Evidence for Dismissal Hearing [39-43] 23-CV-06047

B.

MOREOVER, are you white and white-white people in America, Canada, Latin America, Australia, New Zealand, and those Nordic countries (Scandanvia, etc.) ready to return to where you're from if the Israelis are permitted by your Bible to return to their homeland of 2,500 years ago by kicking out the Palestinians; dirty bombing, mass starving, mass dehydrating, cutting off their electricity, and blocking medicines from entering via aid trucks to kill off the stubborn and brave remnant of Palestinians in Gaza and the occupied West Bank? I heard rumors that the indigenous people of the land you stole want their land back if the Israelis are permitted by you to return to their ancestors' land. As an ethnic-American, I have already packed my baggage in garbage bags stored away and ready to flee if the indigenous American demands the same priviledge rights as the Israelis.

(Note: When I said I still approve U.S. money for food, water, fuel, & medicines to be sent to Israel, I meant in donations via non-profits in WAR ZONE AREAS)

To Israelis: are you ready to help indigenous people to take back their land from the Europeans if you are allowed to take back land from 2,500 years ago

To European nations & England: ARE you ready to take back these white people of yours?

Evidence for Dismissale Hearing 40-43 23-cv-06047

[C] All you anti-Islam and anti-terrorist people have some nerve to call them Muslims barbaric and religiously violent people who still embrace dark-ages time; when in fact, you whites are the same to rely on religious text from barbaric time (Bible and Torah) to ignite a religious war on land of a different race who embraces another religious text (Koran) to fight for land owned by your ancient ancestors during the dark-ages time, to think you people would continue this stupid religious war of yours to be closer to your God and closer to Jesus while calling yourselves civilized & reasonable humans is absolutely unGodly and animalistic, because humans possess mass weapon of destruction now (nuclear bombs, viruses, gas, climate change, etc). This is no longer of a time of swords, horses, sexy mini-skirts for soldiers, bows, arrows, etc.

As a Buddhist and an Atheist, I think all of you are animals. You might look more human than me, but atleast, I have a more of a human heart. This animalistic act of you whites only make you closer to SATAN!

Evidence for Dismissal Hearing 23-cv-06047

D. To the Jews around the world, America, and Israel who keep repeating they are fighting against people who want to exterminate them. Fine, I'll accept that excuse; however, America, England, France, and Germany love you so much they are willing to defy their democracy to give you money & bombs to fight & kill off all Palestinians in ALL their land that YOU STOLE in the last 75 years (MORE THAN WHAT GOD GAVE). How about packing your Israeli things and go to America, England, France, and Germany? (I already packed my things to return to Vietnam.) I'll guarantee the anti-semitic hate in those countries won't murder your innocent baby in baby crib BECAUSE YOU NEVER FLEW OUT OF NAZI'S GAS CAMPS TO COME STEAL THEIR LAND WHILE USING YOUR TORAH DEMANDING your land back from 2,500 years ago when your ancestors nailed Jesus Christ (God's son).

"Hey American Jews: if you want your land from 2,500 years ago as indigenous people, then start packing your bags because Indigenous Americans want their land back, too." TRANG

Anti-semitic (Ancient Jews nailed Jesus) AND ANTI-ISRAEL (CURRENT ISRAELIS stealing Islamic land) ARE different said TRANG!

[F] A letter from this Court to Congress stating "Congress making law to send arms & money to Israel with ✡ on its flag is respecting an establishment of a religion which is a violation of our Constitution through the 1st Amendment" is very redressable.

Justice & Diversity CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

** You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.**

1. **Case Name:** Mai-Trang Thi Nguyen v. the U.SA.
2. **Case Number:** 23-CV-06047
3. **What documents were served?** *[Write the full name or title of the document or documents]* Evidence for Dismissal Hearing
4. **How was the document served?** *[check one]*
   - ☒ Placed in U.S. Mail
   - ☐ Hand-delivered
   - ☐ Sent for delivery (e.g., FedEx, UPS)
   - ☐ Sent by fax (if the other party has agreed to accept service by fax)
5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Mr Christopher F. Jeu
   150 Almaden Blvd., #900
   San Jose, CA 95113

6. **When were the documents sent?** 3/20/2024
7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: [signature]
Name: MAI-TRANG THI NGUYEN
Address: Old address
Sunnyvale, CA 94086




Retail

UNITED STATES
POSTAL SERVICE

95113

U.S. POSTAGE PAID
FCM LG ENV
SANTA CLARA, CA 95050
MAR 20, 2024

$3.07

RDC 99

R2303S102281-06

To: Clerk
U.S. District Court
280 S. 1st, # 2112
San Jose, CA 95113

Mai-Du Chi Ng

old address

Sunnyvale, CA 94086

15

12

