Name: MAI-TRANG THI NGUYEN
Address: Semi-homeless
No address
Phone:
~~Fax:~~ furlycustomerservice@yahoo.com
In Pro Per

FILED
MAR 27 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAI-TRANG THI NGUYEN

Plaintiff

v.

The United States

Defendant(s).

CASE NUMBER: 23-CV-06047

Second Evidence for Dismissal Hearing

(Enter document title in the space provided above)

Please allow me to submit this "Appellant's Informal Opening Brief" as my second evidence for the dismissal hearing in case I die as the female Buddha, get slammed in the mental institution, or go to the hospital for 9-11. Total pages of this submission is 19 (including cover page).

Thank you,

Mai-Trang Thi Nguyen

MAI-TRANG THI NGUYEN

Page 1-18

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

MAI-TRANG THI NGUYEN
Appellant(s),

vs.

The USA.
Appellee(s).

9th Cir. Case No. ______________

District Court or
BAP Case No. 23-CV-06047

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

   a. What is the date of the judgment or order that you want this court to review? ______________

   b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: NO

   - If you did, on what date did you file the motion? ______________
   - For prisoners or detainees, what date did you give the motion to prison authorities for mailing? ______________
   - What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? ______________

   c. What date did you file your notice of appeal? ______________

   - For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? ______________

(Resulted me being a disabled, mental, lost my condo, most 401 K, a semi-homeless with credit card debt FROM employer-ignored WORK IN JURY back STRAIN)

**FACTS.** Include all facts that the court needs to know to decide your case.

2. What are the facts of your case?

On October 7th, 2023, when I learned that the Hamas terrorists killed an Israeli baby in a baby crib, my dormant PTSD of war trauma as a Vietnam war infant (born in 1973) yanked me to get on Bing to research why the terrorists are targeting infants now. Upon learning that my hard-earned tax dollars as a ~~Refugee~~ old-time American has been funding to build and defend this animalistic humanity, my PTSD of the trauma of an infant in a WAR (a kinda nasty one, too) coupled with another PTSD of the trauma being a bullied victim of harrass-ment & sexually assaulted in a minor form (gay San Francisco) Starbucks in June of 2008, I grabbed the pen with my arthritis hands and started to sue to defend myself with my past 2 PTSD pain and that infant in Israel & Gaza (5 Palestinian incubator babies died because Netanyahu, Israeli war cabinet, and IDF terrorists shut off all electricity and blocked fuel from aid trucks during first 3 weeks of throwing out 50% dirty bombs (mostly given by kind & generous America) via "Congress making laws to send ✡ money & 2,000 lbs bombs to defend and protect ✡ as a still-unofficial country on stolen Islam land of 400 years.

(involved 3:1 gay bosses of Jewish, Muslim, indigenous LATINO & H.R. man DAVID)

(total 5 P.T.S.D events)

3 more P.T.S.D kicked in to make me sue

9th Cir. Case No. 23-CV-06047 Page 3 - 18

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3. What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

- I would love money because I am semi-homeless, but I only asked for the Court to write a letter to Congress & the President to stop making laws to send $$$ and arms to ✡ because it violated the 1st Amendment.
- OR pay $25,000 for me writing this lawsuit, pay my expenses to relinquish my genocide-American citizenship, and start saving $5 trillions for WWIII.

4. What legal claim or claims did you raise in the district court or at the BAP?

- I claimed that the Defendant has been violating the First Amendment in the last 75 years with "Congress making laws respecting an establishment of a religion" with my evidence of the religious symbol of Judaism on the Israel's flag called the ✡. By doing so, the Defendant has been sending money and arms in the last 75 years to build, support, and defend the country of ✡ on stolen land in the Middle-East (Palestine) which Islam has been controlled in the last 400 years. Upon learning that my hard-earned tax money has been founding this "religious," undemocratic values of America which lead to an animalistic "festival" war of Israel-Hamas, I developed mental-illness of fear, paranoia, guilt, and shame triggered by my pre-existing P.T.S.D. with similarities (indigenous, religion, Jewish, Muslim, David, Hepititis A, infants)

5. **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why.

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6. What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

I Ask the appeal court to see if I have standing under Article III and 1st Amendment.

Please continue to page 5.

social teachers didn't teach me: Asians were the first to inhabit America during the Ice Age. We later became indigenous people of America.

7. Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: No

If not, why not?

① I also forgot my P.T.S.D. as the female Buddha who embraces all religions of humanity.

② I forgot that I developed (before Starbucks) PTSD as a social studies teacher at El Camino High after working there for 1.5 months which I had to abruptly quit after A SMART Fillipino 4.0 grade average SENIOR student aimed a football at me in class, a father of a light-skinned Latino senior charged at me clos to my personal space at Back to School night, I dreamt I was gang-raped in the school's bathroom by 5- 8 kids, a lesbian principal RUDELY but quietly charged into my class to monitor so I QUIT because I didn't want to die in a job that

I believe my menstruation biological clock time cockiness as an Asian teacher not born in America to teach history (American especially) when I learned from the text book what my

I couldn't even get a pair of prescription glasses in the health-insurance

I suffered an injury in fact of mental illness of fear, paranoia, shame, and guilt when I learned that Congress through the Defendant (the U.S.A) made law to build, nurture, and defend the religious symbol of Judaism (✡) over others in the last 75 years using my hard-earned tax dollars to build a country for ✡ to sit on its flag on land stolen in the Middle-East (Palestine) which has been under Islam controlled in the last 400 years where Christian ✝ Jesus was born and where I also learned from Iran and the Hamas that their Muhammad also died and went to heaven on this land.

I believe my mental-illness injury in fact is concrete and particularized because of the following reasons:

(1) My P.T.S.D. which involves the words; Jewish, David, Muslim, religion, indigenous-American LATINO with brown skin similar to the brown skin war with lighter and white skin in the Middle-East).

After [I QUIT] being a social studies teacher, I worked @ easy Starbucks. You see, I'll nearly died starting on June 1st or 10th of 2008 as a bullied, harassed, and sexually assaulted in a minor form by 3.1 gay-lesbian bosses at Starbucks in your gay San Francisco when the bullying epidemic started. It ended with me being a a disabled who developed mental illness of anger, fear, and revenge which forced me to sell my condo [at a really cheap price during economic collapse is 2008.] to avoid being a homeless disabled with mental illness and used whatever money I'll have left to release my mental-illness of revenge to suing and care for my pain to avoid dying. The gay Jewish boss didn't report my back-strain work injury in my lower-left back. Then he snooped onto my religious website of the female Buddha on Myspace and miss-interpreted my pain when I'll said "Thank God there is pot to put a smile on my painful face or I'll blow up that place." I'll told him I'll had to crawl back to get my check to pay for rent or I'll be homeless. When he gave

me the check, he kicked me out (even when I am still a Starbucks employee who hasn't work in a week because of my severe back pain with mental illness) infront of all employees (extra ones sitting there for fun even though they aren't employees anymore) and customers (Pacific Heights on Union Street in Union Street festival) Then I called an H.R. manager by the name of David to report my bullying by the gay bosses, and even by a lesbian Muslim with her sexual assault in a minor form and even harassed to have a baby with an indigenous-blooded latino gay model man. ON word "FESTIVAL" as Hamas' killing in the dance festival in Israel.

My PTSD. I developed a back sprain as I rised up from bending down to grab a sandwich for a customer. A day before that, I had to work on this Union Street 'Festival' Day. So the second day returning, my old back as a woman at 35 years old failed. THREE days before that, the Muslim Lesbian & the gay Jewish in harsh words "demanded" me to clean the plastic heavy matt floor. I said No, and they said "Yes, you have to do it." because it looked HEAVY,

when she started WORKING. 4 times mine against brushing breasts by a Lesbian Muslim's

(2) My P.T.S.D as the Vietnam War infant's (born 1973) trauma which involves these words: locked-in war zone, hepatitis-A rashes from dirty water, bombing, WAR infants, 35% of Gaza is children, unfair ✡ jail system of administative detention with no formal charges. You see, when I heard the Gaza war zone was a locked-in war zone, my PTSD jumped because the Vietnam war was a little similar, but luckily, at night, we were able to escape in areas where there were no fences, and through sea water route. When I heard the kids in Gaza will develope hepatitis-A because the ✡ democracy terrorists cut off all the water, my PTSD jumped. When I heard the incubator babies had to vent for themselves after the ✡ democracy terrorists cut off all electricity and blocked fuel coming from aid trucks, my P.T.S.D jumped. When I heard the ✡ democracy terrorists blocked all aid trucks to deliver food, as a occupier of a war zone, my P.T.S.D. jumped.

Most importantly, when I heard free-free-free 2000 lbs bombs from the U.S. were dropped in dirty bombs (50%) in first 3 weeks where the 35% of the population are children who didn't vote for the Hamas terrorists as their government, my P.T.S.D. jumped; for I, too, suffered in some kind of brain damage as the result of an massive bombing in the and infant during the Viet Cong's South in the last few years of the war. Thus my damaged brain made me feel open to all religions very easily to become the female Buddha

(3) My P.T.S.D AS a social studies teacher who feared for her life so she quit abruptly.

I AM equipped to teach basic American history and world history. Also, I am A student of American democracy for the last 40 years (refugee coming in 1984), a tax payer, a regular American citizen, and a social studies teacher, I learned about Separation of church and state, all men are created equal,

Judaism text borrowed by founding father.

and it was immoral and inhumane to steal land from the Indians (indigenous people), killed off their people in white diseases, and kicked them out, enslaved black Africans in Capitalism, installed an apartheid system that separated whites from blacks (and even other colors), and sometimes slam blacks and browns into jail when they are innocent, & even kill them off as protective police officers that I admire.

When I learned about the cause of the Israel-Hamas war by doing research on Bing, and how this is the continuation of the Ottoman Empire against the Roman Empire supporting the land of the ancient Jews from 2,500 years ago during our time of weapons of mass destructions to our poor planet, & environment, and animals, and children, my social studies teacher P.T.S.D jumped in to defend myself too for the people of that school didn't understand why I had to quit so abruptly.

(4) This P.T.S.D. might be a bit uncertain BUT WHAT I feel and think in my mental illness is what only matters. I really feel and think my religion as the female Buddha was the reason I nearly got killed while living in Jesus' territory of America and the Americas. Just like Buddha got kicked out of India via the Hindus (Buddha came from Hinduism). Jesus was nailed by the ancient Jews because the Jews were in power at the time; however, the jews that they were wrongly blamed. Jesus was probably a Jew & came from Judaism. When I learned that the Christians are helping the Jews in Israel to steal land, kill, and kick out the Muslims on United Nation recognized land of Islam for the last 400 years in Palestine, my P.T.S.D. JUMPED as the female Buddha who nearly died to become a disabled, mental, lost 16 years to have biological children (35 years old when I got crippled), lost my condo and MOST 401-K, and became a

semi-homeless in last 16 years, my PTSD sued to prevent the Christians via America & European nations and the Israelis from creating a massive genocide in Gaza where 35% of the people are children who never voted for the Hamas terrorists as the answer for their massive 1-day genocide in Israel. I really feel the Christians, & DAVID, and Jew in America nearly killed me starting 2008 with also helped of an Eastern-Indian doctor at Concentra (physical therapy agency of Starbucks) who placed his doctors hand ON my bare skin on my thigh when I was wearing a skirt to his office to check if I really had a back injury, a Chinese-American-born handsome doctor at Worker's Compensation office to analyze medical reports to see if I got injured at Starbucks (he came to his office 30 minutes late on the day

I was dying of mental-illness to see him to hear his decision on whether I got injured at work or EVEN WHETHER I GOT A BACK-STRAIN OR NOT). The Chinese-American doctor was rude & uncaring as if he was disappointed that M.R.I. report showed my back-strain. He lacked compassion for me as a patient having to dragged my disabled-back which I wore a huge back brace around gay San Francisco to search for doctors to see if I had a back injury OR IF I MADE IT UP IN MY OWN LITTLE MIND (Even a Vietnamese doctor & Vietnamese nurse in San Jose were mean to me but it has nothing to do with injury).

However, I am over it because I already made up my mind to give up my GENOCIDE-AMERICAN PASSPORT TO return to Vietnam or wherever it's not to gay to perhaps Cambodia & even Laos for this is JESUS, Maria & ✡ territory with Congress supporting ✡ by sending money money recently

The young black receptionist of this Chinese-American doctor was playing hip-hop music that talks about SEX.

to Israel in the $1.4 trillion bill passed by Mike Johnson & Senate with no money to Ukraine AND zero money to UNWRA eventhough Israel hasn't provide solid proofs that 12 UNWRA members are Hamas working on 10/7 genocide on poor Israelis. Even the U.S. has said there is no solid evidence, too. Still Palestinians get $0 in UNWRA but a few dropped-aids from plane which killed a kid or two, and injured 3. Shame on you! Your founding fathers are angry at you to kill their Constitution of separation of Church and State as the Constitution of humanity in the future.

If it wasn't for me as the female Buddha pulling out this religious lawsuit, your founding father's Constitution would be dead & commies & dictatorship will take over America.

9th CirCase No 23-CV-06047 Page 15-18

(NOTE: Mohammad was very lucky to experience little pain of death, near death, and got kicked out - Even Maria suffered pain like the pain of the Gazan pregnant women enduring in this war. That is why I, Trang, ask terrorist Iran, the Hamas terrorists, and the rest of the Muslim terrorists to please DONATE whatever land God gave to the Jews out of Nazi's camps after WWII (not the land after 1948) because Jews & Maria suffered so much pain one Gods representatives and I'll teach your children to be non-violent leaders of tommorrow. I'll help pay for all the stolen land. I'll make GAZA into the Vatican City of Islam

once rich donors send me money via zelle @ furlycustomerservice@yahoo.com

Furthermore, I'll turn the West Bank into a glorious & peaceful nation called Palestine. (The rest of stolen land will be a new country called the true democracy country of Islam, Judaism, & Christianity.)

(5) Lastly, my P.T.S.D. of a woman at 35 years
old who lost 16 years to have biological children
jumped in when I heard a poor Israeli baby
got killed in babycrib by the Hamas terrorists, 5 GAZAN incubator
babies died by ✡ democracy terrorists cut off
electricity & blocked fuel from entering GAZA.
You see, I feel that the 3.1 gays robbed me
a chance to have biological children because I
refused to entertain their GAY sexual advances & one's
desire to have biological baby with me. Yes, all
this happened while we were making coffee - CORPORATE
COFFEE that is. So when I saw children outside
of the womb getting killed as direct target of
hate between races & religions, my P.T.S.D. in
anger of losing 16 years to have children jumped
in to help so karma or God can forgive
me for my 2 abortions in college & right after
college (1 being at 4-5 month old abortion).
If I were a man, or a woman in different
situation, I wouldn't care who died in this war.

* My PTSD jumped when I heard a 6 year-old Palestinian boy got killed by an all-American - looking man with a strange nose 26 times.

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

(A) The First Amendment of the Constitution states:
"Congress shall make no law respecting an establishment of religion..."

(B) Article III Standing to satisfy 3-part test of:
(1) suffered an injury in fact (invasion of a legally protected interest (concrete & particularized) affect in a personal/individual way)
(2) That is fairly traceable to the challenged conduct of defendant.
(3) That is likely to be redressed by a favorable judicial decision

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

No.

I asked for a letter to Congress to say whatever you're doing attached to ✡ is against the 1st Amendment so this is very redressable.

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

Yes, lots of injustices happened to be as I came out as the female Buddha by your courtesy.

(1) 22-16074 in 2022 Mai-Trang Thi Nguyen Vs. The U.S.A. New This lawsuit documented the 2020 vote by mail system violated my equal voting rights of 1 vote per voter, & no votes for dead people.

(2) 09-17793 and 09-00047 in 2009 Mai-Trang Thi Nguyen VS. Starbucks Corporation This lawsuit documented my 1st time being a disabled & a mental as a bullying, harassment, & sexually assaulted in minor form by the 3.1 gap which includes violation of my religious freedom.

MAI-TRANG THI NGUYEN
Name

Mai-Trang Thi Nguyen
Signature

Semi-homeless with no address

furycustomerservice@yahoo.com
Address

3/25/2024 (Monday 2:17 pm)
Date

I would like some self-hating-Jew children on peace KPFA radio to furnish information to me to do this work.

(3) There's 1 more lawsuit but it's in CA Supreme Court (Workers compensation). Judge shut my case even though I pleaded I was still in crippled pain. Gave me $2,000 which I returned the cheap check.

The alleged perpetrators were a Jew man, a Muslim woman, a latino with Indigenous-American blood, & H.R. Man named David.

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

** You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.**

1. **Case Name:** MAI-TRANG THI NGUYEN
2. **Case Number:** 23-CV-06047
3. **What documents were served?** *[Write the full name or title of the document or documents]* Second Evidence for Dismissal Hearing
4. **How was the document served?** *[check one]*
   - [x] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)
5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Christopher F Jue
   150 Almaden Blvd., #900
   San Jose, CA 95113

6. **When were the documents sent?** 3/25/2024
7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: [signature]

Name: MAI-TRANG THI NGUYEN

Address: No address