Case 5:23-cv-06047-VKD   Document 35   Filed 03/29/24   Page

FIRST-CLASS MAIL
NEOPOST
03/11/2024
US POSTAGE $000.64°
ZIP 95113
041M11277547

FILED
MAR 29 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

NSN  SAN JOSE CA 950

NIXIE
958    DC    1
RETURN TO SENDER
NO NUMBER
UNABLE TO FORWARD
*2472-00680-27-36*
BC:
0003/27/24

RETURN TO SENDER
NO LONGER AT THIS ADDRESS

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS



Mai-Trang Thi Nguyen
1669 Hollenbeck Avenue
Sunnyvale, CA 95050

23-cv-06047-VKD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 23-cv-06047-VKD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 24 |

Plaintiff Mai-Trang Thi Nguyen asks the Court for permission to appear by telephone at the hearing on defendant the United States' motion to dismiss currently set for April 9, 2024. Dkt. No. 24. The United States does not oppose this motion. Dkt. No. 26. Good cause appearing, Ms. Nguyen's motion is granted. The Court will provide instructions for accessing the hearing by telephone at a later date.

Additionally, in view of the pending motion to dismiss, the Court continues the case management conference currently set for March 26, 2024 to **May 14, 2024 at 1:30 p.m.** The parties' joint case management statement is due by **May 7, 2024.**

**IT IS SO ORDERED.**

Dated: March 11, 2024

VIRGINIA K. DEMARCHI
United States Magistrate Judge