| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820) |
| | United States Attorney |
| 2 | MICHELLE LO (NYRN 4315163) |
| | Chief, Civil Division |
| 3 | CHRISTOPHER F, JEU (CABN 247865) |
| 4 | Assistant United States Attorney |

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (415) 535-5082
    FAX: (408) 535-5066
    Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN, | Case No. 23-cv-06047-VKD |
| Plaintiff, | **DEFENDANT'S PROOF OF SERVICE OF COURT'S ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (DKT. NO. 34)** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | Judge: Hon. Virginia K. DeMarchi |

# PROOF OF SERVICE

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.

The undersigned further certifies on April 1, 2024, that he caused a copy of the following:

**1. COURT'S ORDER GRANTING DEFENDANT'S MOTION TO DISMISS. DKT. NO. 34**

**2. PROOF OF SERVICE**

to be served upon the party in this action as follows:

☑ EMAIL-FRCP 5(b)(2)(E) pursuant to written consent to service by electronic means by placing in a secure email in accordance with this office's practice, and addressed to the party's last known email address listed below:

Mai-Trang Thi Nguyen

Email: furlycustomerservice@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 1, 2024, in Santa Clara County, California.

/s/ *Christopher F. Jeu*
CHRISTOPHER F. JEU