UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 23-cv-06047-VKD<br><br>**JUDGMENT**<br>Re: Dkt. No. 34 |

On April 1, 2024, the Court granted defendant's motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction. Dkt. No. 34. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters judgment in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: April 2, 2024

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge