# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF | NORTHERN CALIFORNIA |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

**U.S. District Court case number:** | 23-CV-06047 |

**FILED APR 04 2024**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

**Date case was first filed in U.S. District Court:** | 11/22/2023 |

**Date of judgment or order you are appealing:** | 4/2/2024 |

**Docket entry number of judgment or order you are appealing:** | 37 |

**Fee paid for appeal?** *(appeal fees are paid at the U.S. District Court)*

☒ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

| MAI-TRANG THI NGUYEN |

**Is this a cross-appeal?** ☐ Yes  ☒ No

If yes, what is the first appeal case number? | |

**Was there a previous appeal in this case?** ☐ Yes  ☒ No

If yes, what is the prior appeal case number? | |

**Your mailing address (if pro se):**

| Current semi-homeless with no address |
| |

**City:** | Sunnyvale |  **State:** | CA |  **Zip Code:** | 94086 |

**Prisoner Inmate or A Number (if applicable):** | |

**Signature** | Mai-Trang Thi Nguyen (signed) |  **Date** | 3/23/2024 |

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

**RECEIVED**

APR 04 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> MAI-TRANG THI NGUYEN

Name(s) of counsel (if any):

>

Address: No address Semi-homeless

Telephone number(s): too poor & mental to have #

Email(s): furlycustomerservice@yahoo.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes  ☒ No
I WANT TO

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> The U.S.A

Name(s) of counsel (if any):

> Christopher F. Jeu
> 150 Almaden Blvd., #900

Address: San Jose, CA 95113

Telephone number(s): 415-535-5082

Email(s): Christopher.Jeu@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                       1                                  New 12/01/2018