Generated: Apr 4, 2024 3:09PM                                                                 Page 1/1



# U.S. District Court

## California Northern - San Jose

Receipt Date: Apr 4, 2024 3:09PM

Mai Trang Thi Nguyen
2260 Monroe St
#182
Santa Clara, CA 95050

Rcpt. No: 511019159        Trans. Date: Apr 4, 2024 3:09PM        Cashier ID: #CH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #5564100737 | 04/4/2024 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Comments: C23-6047 VKD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.