Name: MAI-TRANG THI NGUYEN
Address:

Phone:
Email: furlycustomerservice@yahoo.com
In Pro Per

FILED
APR 08 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAI-TRANG THI NGUYEN, Plaintiff

v.

The United States of America, Defendant(s).

CASE NUMBER: 23-CV-06047

Motion to Reconsider Dismissal of Complaint

(Enter document title in the space provided above)

I, Mai-Trang Thi Nguyen (the Plaintiff) would like to ask the Court to reconsider based on the following summary of my religious action:

I. "Nguyen" claimed that the Defendant (the U.S.A) through Congress has been violating the First Amendment of the Constitution in the last 75 years when "Congress" has been making laws respecting an establishment of religion Judaism with my evidence of a religious symbol of Judaism (the Star of David or ✡) sitting on the Israeli flag by sending money, arms, and 2000 lbs bombs to build, support, and defend ✡ to have its own new country in land stolen from Palestine; where the Palestinians have been living for the last 400 years; and

where Iran and the Hamas terrorists claimed their Muhammad died and went to heaven. Thus making this thumb-sized land, the Holy land, as the place where Jesus was born; land of the original indigenous people from 2,500 years ago as the ancient Jews (who were probably kicked out by God after they nailed God's son, Jesus; however the Jews said they were falsely blamed for Jesus' death) and the land where a religion called Islam whose God's representative named Muhammad died and went to heaven (probably why the religious soldiers of Islam, jihadis, and also the Hamas terrorists are fighting so stubbornly so & animalistic because they think this is a fight to defend their religion so they, too, can go to heaven via martyrdom). However, if the Israelis are able to demand back their ancestors' land from 2,500 years ago, then the indigenous people in + democracy via colonialism around the globe include nordic countries (Sweden, etc.) will be able to demand their ancestors' land back. FAIR GAME!

I, Trang, or Nguyen (the Defendant) believe what we are seeing in today's eruption in war here and there is to bring out me, as the female Buddha (the hard-core heterosexuality of the father of Jesus/God/Allah/Krishna/Ông Trời/etc. living in the Vietnamese female Buddha or the hardcore heterosexual female with hard core heterosexual egg anatomy philosopher. We are witnessing a religious war, not just between Protestants and Catholics, but all religions with me as a non-violent female to solve the male problems. I, too, was harmed by a Jewish man, an H.R. named David, a Muslim female, and indigenous American blood in a form of a Latino man; however, they are all GAY.

[III] I, Nguyen, believe I have Article III standing even though I am not physically in Gaza, Israel, and Occupied West Bank; nor do I have relatives over there during this Israel-Hamas war. However, my tax dollars coupled with my personal pain in the last 16 years in 5 pre-existing P.T.S.D. events do qualified me to pass all doors to sue with the below explanations:

(A) Vietnam war infant (born 1973) with brain trauma of bombing, gun, and stress of war which stunted her area of the brain which "sometimes" allows her to see that all humans are really God's children; thus, helping her to open up and adopt basic good teaching of all religions to become the female Buddha. However, this brain damage area can also lead to death if not guarded by her FEISTINESS in days before menstruation as her defense mechanism to fight off those who want to take advantage of her kindness. Starting @ 7 month old as a Vietnam war infant, she suffered physical pain and scars of dirty water from Hepatitis A which led her to develop mars-like scars on both cheeks as a new-born which might represent the map of the universe to search for the existence of God as the female Buddha, which had weird # non-human made coincidences similar to Israel-Hamas War.

(1) Vietnam war child who suffered NASTY irritation of the skin of a simple tuberculosis shot in the upper arm that grew into a big keloid scar that looks like a [illegible] of a Jesus cross that might serve as This scar will prevent the Christians in America from killing her while still living in America to pay off her debts before she goes back to where she came from.

American democracy symbol of humanity once this religious action reminds Americans that the main difference in our democracy and others is the "separation of church and state" of First Amendment in the Constitution. This scar along with the mars-like scars on 3 strategic areas of her body are evidences of Nguyen, the Plaintiff, or Thang as the female Buddha, or the hardcore heterosexuality of the father of Jesus/God/Allah) krishna / Ông Trời / etc. living in the female body of a Vietnamese, or simply the hard-core-heterosexual-female-with-hardcore heterosexual reproductive-organs philosopher.

(2) She had plastic surgery at 19 years old (double-eye lid surgery) in which she has to divulge to let China know of her 1% dna linking to China so China won't revolt for God left big China out the God's picture for so long. However, she has a Vietnamese heart. When I, Nguyen, return to where I came from as the female Buddha, I, as a nice human being even though I'll have many discriminatory flaws, will give America even Israel a little gift of happiness to entertain them so they can leave me in peace.

(3) A Vietnamese refugee who came to America in 1984 at 11 years old. Prior to that, her boat crashed into Muslim Malaysian shore at night

India from 1% DNA also has Nguyen → some might be disappointed.

on a kinda windy night resulted in the drowning of a poor chubby Vietnamese female sitting near Nguyen's area on the boat. Then along with many boat mates, Nguyen was transferred to a secluded area in the forest of the Phillipines. A total of a year was spent on these 2 refugee camps. Nguyen was flown to GREAT AMERICA via Los Angeles airport and straight to Florida to live. Then volunteeringly, Nguyen was flown to San Jose or Saint Joseph, California to live during early high school years. All this escaping, boating, & flying work is for FATE to expose her to many teaching of different cultures to train her to become the female Buddha. However, as a working adult, Nguyen volunteered to live in South San Francisco and gay San Francisco to do her own research on why God created the gays. Unfortunately, near the end of Research, She nearly died gay San Francisco; so now she moved back to the Bay Area to be closer to her kind; and eventually go back to Vietnam forever (assuming if Viet Nam isn't too gay, or else to Cambodia to pay for the sins of Vietnam fighting with Cambodia in the 1970's, and even Laos).

I haven't quit this lawsuit, because I REALLY feel children of war stick together.

(B) Bullied, harrassed, and sexual assaulted (bosses) in a minor form victim by 3, 1 gay at Starbucks and their 5-7 heterosexual buds (baristas) in gay San Francisco at the beginning of gay Reign during Obama's 1st presidency, and the starting of the bullying epidemic on June 1st, 2008 which resulted in a Jewish gay boss Not reporting her WORK injury of a back-strain and kicked her out of the store infront of everyone and their mothers as an employee of Starbucks returning to get her pay check to pay for rent as a human with a backsprain & building in mental-illness pain. Furthermore an H.R. manager named DAVID (as the Star of David or ✡) laughed a little laugh on the phone when she called to report saying, "I think I was bullied by the gay bosses at Starbucks." H.R. David later fired her after receiving a letter threatened to sue which led Starbucks to cut off her health insurance to treat her backsprain and mental-illness of a work-injury (a serious one) being abandoned by an employer. Furthermore, she was bullied by an Eastern-Indian physical therapist doctor who placed his doctor's hand on her bare top thigh, and refused to give her an M.R.I. at first. After I immediately said "Doctor." in a firm & disappointed deep motherly voice, I think the Eastern-Indian STARBUCKS doctor felt bad & OK'ed my M.R.I. request weeks later. To make things worse, a Chinese American MALE doctor working for Worker's Compensation & female judge at the Workers' Compensation office shut ALL doors as soon as they found out from

* Even Vietnamese doctors & nurses were mean to my mental illness in San Jose, CA.

an M.R.I. result that she was really injured, and gave her $2,000 to move on with her newly disabled life with backpain; neck and head pain of dislocated calcium-built-up tightness of depression, confusion, fear, sadness, anger and revenge; knee pain of crawling around to search for help in doctor's appointments and lawsuit after lawsuit; arthritis hands from punching into the computers to release her revenge by suing; tendonitis right arms from punching into the computer & writing to sue; spasmic bottom feet from pounding her angry feet onto the pavement of the streets crawling around to sue, visit doctors, and looking for lawyers; and exhausted dried eyes from anger and hate while having to read extremely difficult law writings to sue on her own.

Luckily she survived because she sold her condo and most of her 401K; and was able to convince Social Security Disability that she was a disabled with mental-illness of revenge. She has been a semi-homeless living off her disability checks in last 14 years, finally paid off her $50K debt in credit cards & working as a temporary caregiver for IHSS while looking for a job with the Defendant (the U.S.A.) on reducing the gun violence epidemic via suing in from grants being established to help the American mentals to sue while placed on disability checks via disability office.

Nguyen was about to quit this job as soon as the hectic work schedule allowed her to make an appointment to see the doctor, taking advantage of Starbucks' kind health insurance plan for part-time workers (a kind offer for a company at the time).

During the 20-year U.S. WAR with Muslim

(NOTE: The other 2 gay-lesbian bosses are: (1) lesbian Muslim new store manager of 1 month sexually assaulted her in a minor form by brushing softly her lesbian breasts against Nguyen's breasts as lesbian walked by behind the counter. After 4 incidents, Nguyen finally rised up via her feisty days before her menstruation, by abruptly stepping back and looked at the lesbian Muslim young boss in the eyes to send STOP THIS NOW vibe. It was the lesbian Muslim boss and the gay Jewish male boss who bullied Trang into pulling out the extremely heavy floor mat behind the counter to clean. Normally it was OK with Nguyen (the plaintiff); however, after succumbing to everydays' nastiness of harassment & bullying for 8 months, Nguyen's 35-year-old body lost a lot of physical strength and said she couldn't do it. However, the gay Jew and lesbian Muslim said, "You have to do it" in mean & rather authoritarian voices of unprofessional bosses who worked for professional Starbucks Corporation. Two or three days later Nguyen suffered a back sprain while working on her 2nd day in the Union Street festival in Pacific Heights of gay San Francisco; and (2) the gay Latino boss with

I suffered on a "festival" day, too! A little similar to those young Israelis who suffered at the "dance festival."

indigenous American-reservation-blood male male kept propositioning her to have a baby with his gayness. When menstruation days were about to arrive, Nguyen's b—tchiness rised up and gave him a negative vibe to stop him from harassing her during work. Things went bitter & sour after that.

NOTE2: I forgot to mention that the gay Jewish boss kept pressuring me to hang out with him outside of work to see his band plays. I knew his intention is to use me as a female bait to lure in more heterosexual men for his gayness to flirt with, because without flirting with heterosexual men to flirt with, gay men would die to become flimsy and girly men with no more sex drive.

NOTE3: I also forgot to mention that the Chinese-American doctor failed to understand the injury of stress of being bullied by co-workers and bosses, coupled with the stress of me having to CRAWL around to find doctors and open up workers' compensation case, along with no money for Rent and no insurance (for I was fired), HELPED increased my disability rate. He only rated my disability to under 25%; therefore the workers' compensation judge closed the door eventhough I plea to her that I am still in pain & disabled. This was the first time I learned that judges have their own prejudice as human with power of judging. made a

[C] Thirty-five year old woman who lost all her years to have biological children (16 years that is). Whether it were the 3.1 GAYS who crippled me to turn me into an unhealthy woman who was too sick and poor to carry a biological baby or God's punishment on my second abortion around 3-5 month of age of the fetus, I developed angry P.T.S.D. as a hard-core heterosexual female FOR following the hard-core heterosexual law of nature to procreate by asking men to not flirt with men and women not to flirt with women to respect the existence of the sperms and eggs to procreate. Therefore, I developed P.T.S.D. for the death of my years to have biological children; thus, I became a spinster as a hardcore heterosexual female. I am Now 50.93 years old.

During this "unhealthy phase" my menstruation WAS UGLY!

(1) When I heard the Israel-Hamas war directly targeted baby in baby crib, incubator babies (5)

Israel — civilized AMERICA — Gaza

and a 6-year-old Palestinian-American boy (white-white American man with a Jewish-looking nose or a rather large nose who is a land-lord of this boy stabbed him 26 times in civilized America), this P.T.S.D jumped to sue to stop this new hate for tiny babies and children (especially 35% of Gaza is children who never

voted for the Hamas Terrorists as their government to turn into a war against children in America and in a possible WWIII. This P.T.S.D of dying quietly inside for my decision in life killed my years to have children jumped up to save these children (outside of wombs) and bring their values of life. Perhaps in this P.T.S.D illusion, I hope that if I die to stop this animalistic humanity at its first phase, then God will forgive me for my 2 abortions (one at 3-5 month old of the fetus). I don't think I would care as much for those poor dead children if I didn't suffer in this P.T.S.D of killing my years to have children via my 2 abortions which involved you know who, and who, and who and .1 who.

(2) This P.T.S.D. really feels that the 3.1 gays punished me and took away my years to have biological children because I wasn't kind to them during my menstruation time when they tried to woo me romantically as gays.

This P.T.S.D. favors the Muslim children a bit more because I feel the Jewish gay man & the H.R. David man (as the Star of David ✡) are the ones holding the power to report my back-strain work injury and write down report of why I think I was bullied by the gay bosses at Starbucks instead of threatening & fired me. This P.T.S.D. saw more Gazan children died compared to Israeli children.

Also, the Jewish boss didn't like it that I GAVE him a paper documenting all the nastiness in the store by lecturing him to do his work to stop co-workers from being unprofessional at work. This Jewish gay boss who was the oldest at Starbucks was acting like their friend, NOT their boss.

kicking me out of the store,

(3) Furthermore, this P.T.S.D., despite whatever you people think, will also force me to work on building fear among CEO's to set aside a lot of money for future lawsuits if they can't control their gay employees from sexually assaulting, harassing, and bullying their heterosexual employees for FORCING heterosexual workers to flirt with you as gay workers is darn right unnatural and even against God's teaching in religions. Thus, I will hope to work with a law maker to set up laws preventing gay bosses/employees/and even students forcing heterosexual people to flirt with them.

(4) I know this PTSD jumped when I found out children from both sides of Israel-Hamas war are the most innocent & even the 6-year-old Palestinian-American boy, because the illusion of this PTSD forced me to sue and reveal my SATAN'S abortion at 3-5 month AGE of the fetus to let humans know abortion at that stage is near murder for I nearly died & became a disabled, mental, lost all years to have bio children, and lost condo, most 401K and became a semi-homeless. This illusion of this PTSD sued to stop killing children, infants, & fetus at later stage of war hopes that God will forgive my evilness for I have changed 90% (except abortions in rape, incest, life of mothers and [illegible] death of babies after birth and before birth)

D) Social studies teacher who feared for her life so she had to quit abruptly after 1.5 months into her first job as a credential teacher teaching American and world history after a smart Filipino student aimed a football at her, a light Latino father charged at her closing into her safe space on After School night, a lesbian principal (new principal of 1.5 month in this school) who didn't seem to trust or support Nguyen. Also, I dreamt I was raped in the school's bathroom with 5-8 boys in the bathroom. This P.S.T.D jumped to get a chance to teach what I couldn't teach for I feel humans must know all history (good and bad) so we can compromise (lose here, win there) with the following teaching:

1. IRAN & Hamas said they are fighting a religious war for their Muhammad also died in the Holy land eventhough the ancient Jews were the 1st indigenous people (2,500 years ago)
2. First Amendment says separation of church and State, so no religious symbol ✡ support.
3. If the original indigenous people in Palestine Region get their land back, so will the indigenous people in America, Canada, nordic countries, New Zealand, Australia, and Latin America.
4. Gaza is the war zone where 35% of population is children and they never voted for the Hamas!
5. Todays US democracy & international war values.

(margin notes: "and change to improve our souls before we die"; "(2,500 years ago)"; "descendant of ancient Jews (ISRAELIS)")

hang out there.

E) the female Buddha who got kicked out by the gay Jewish boss after he snooped onto my religious website on Myspace and miss-interpreted my pain when I said, "Thank God there is pot or I'll blow up the place." My old myspace account was where I put my philosophies as the female Buddha who embraces all basic and "ONLY good" teaching of human's religions, and even atheism. I detailed what those basic teaching of each religion (even Judaism, BUT of course Islam) in my writing called "Evidence for Dismissal Hearing in U.S. District Court of Northern District of California with docket # 32 in case number 23-CV-06047.

As a disabled with growing mental-illness, I called the Jewish gay boss that I had to return to the store to get my check to pay for rent. Upon giving me the check, the gay Jewish boss said "Don't ever come back." this happened when I was still an employee of Starbucks and when there were so many ex-coworkers there, along with co-workers and customers.

When I heard this Israel-Hamas war involved Jewish people from Nazi camps stealing more land than God gave them by kicking the Palestinians out and even killing them, this P.T.S.D jumped (✡ kicked out Islam for land grabbing AND ✝ America supports at all cost).

I think gay Jewish boss got scared from all the jihadi bombing during that time

One white female co-worker was fired; but she was still allowed to

If Biden & his ✝ people takes over Holy land, they'll place transgender right logo over Easter's day. Shame.

CV-127 (09/09) PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Such shame for Jews, Israeli children Gazan: on (and Jesus was born today for they need Christian

~ Ile Conclusion ~

Il, Mai-Trang Thi Nguyen, pray that you allow me to sue; however, thanks to my homemade physical therapy of neck and head stretching, my neck and head pain has been reduced by 90% so Il no longer care if Il win or lose because Il was able to explain myself better in the last few writings in this lawsuit for humans to read. Il would love a stay-at-home job with the defendant (the U.S.A) via the social security disability agency to reduce gun violence by suing, getting the mentals on disability checks for them to rest their painful heads at home to sue, and go through physical therapy & psychiatry, and give healthy food to them. As soon as Il pay of my debts in America, help America become more slender by my "No-eating-after-4-p.m. diet, and my exercising as the exercising guru to get slender bodies as humans in America & even Vietnam (yes, they are getting fat & chunky & even obese, too, probably from eating too many dogs and cats and not their yummy Buddhist tofu meat); then Il will relinquish my genocide, gay, and United States of Latin America citizenship. Il am dying to leave, but my crippledness & mental-illness won't let me.

Peace, Love, via Suing. Sincerely,

Mai-Trang Thi Nguyen

MAI-TRANG THI NGUYEN

March 31st, 2024 Sunday (4:22 p.m.)

Zelle me @ furlycustomerservice@yahoo.com

bombs. They had plenty of bomb during X-mas 2023 on the eve of Christmas, they bombed 100 Gazan terrorists (35% is children)

Thank heaven the Israeli terrorists didn't bomb too many Gazans on Easter's Day. Democracy

If Biden & his Ø+ takes over Holy land, they'll put transgender rights logo over Easter's Day

Happy Easter's Day

Justice Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

** You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.**

1. **Case Name:** MAI-TRANG THI NGUYEN v. The United States
2. **Case Number:** 23-CV-06047
3. **What documents were served?** *[Write the full name or title of the document or documents]* Motion to Reconsidera
4. **How was the document served?** *[check one]*
   - [x] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)
5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Christopher F. Jeu
   150 Almaden Blvd., #900
   San Jose, CA 95113

6. **When were the documents sent?** 4/1/2024
7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: [signature]

Name: MAI-TRANG THI NGUYEN

Address: —

Justice Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

** You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.**

1. **Case Name:** MAI-TRANG THI NGUYEN v. The United States
2. **Case Number:** 23-CV-06047
3. **What documents were served?** *[Write the full name or title of the document or documents]* Motion to Reconsidera
4. **How was the document served?** *[check one]*
   - [x] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)
5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Christopher F. Jeu
   150 Almaden Blvd., #900
   San Jose, CA 95113

6. **When were the documents sent?** 4/1/2024
7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: [signature]

Name: MAI-TRANG THI NGUYEN

Address: —