[Return address, handwritten:]
[illegible] Holbeck [crossed out]
Sunnyvale CA 94080

[Postage label:]
US POSTAGE IMI
$2.11
RDC 99
95050 FCM
Date of sale
04/01/24
02   8WSSK
2000394138

[Stamp:]
**RECEIVED**
APR 08 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

[Addressee, handwritten:]
~~US Supreme Court Clerk~~
Clerk US District Court
~~[illegible]~~ 280 S. 1st Street, #2112
San Jose, CA 95113
~~Washington DA 20543~~