1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8

MAI-TRANG THI NGUYEN,

Plaintiff,

Case No.  23-cv-06047-VKD

9

10

v.

**ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION**

11

UNITED STATES OF AMERICA,

Re: Dkt. No. 40

12

Defendant.

13

14

Plaintiff Mai-Trang Thi Nguyen has filed a motion for reconsideration (Dkt. No. 40) of the

15

Court's order dismissing her complaint without leave to amend (Dkt. No. 34).  The Court lacks

16

jurisdiction to reconsider its prior order because Ms. Nguyen has already filed a notice of appeal

17

(Dkt. No. 39) regarding the same order.  *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S.

18

56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it

19

confers jurisdiction on the court of appeals and divests the district court of its control over those

20

aspects of the case involved in the appeal.").

21

Accordingly, Ms. Nguyen's motion for reconsideration is denied.

22

**IT IS SO ORDERED.**

23

Dated: April 9, 2024

24

25

26

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge

27

28

United States District Court
Northern District of California